# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 18, 2025

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
18th Floor
New York, NY 10004-0000

Mr. George M. Padis
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
3rd Floor
Dallas, TX 75242-1699

        No. 25-10534    A.A.R.P. v. Trump
                        USDC No. 1:25-CV-59

Dear Mr. Gelernt, Mr. Padis,

Any party filing a matter outside normal business hours (M-F, 8:00
a.m. – 5:00 p.m.) that may require the court's immediate attention
should call the emergency duty deputy and inform them of the
filing, even if the matter does not qualify as an emergency under
5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-
442-0252.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Christina Gardner*
                        By: _____
                        Christina A. Gardner, Deputy Clerk
                        504-310-7684