# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10534   A.A.R.P. v. Trump
                  USDC No. 1:25-CV-59

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Roeshawn Johnson, Deputy Clerk
                            504-310-7998

Mr. Lee P. Gelernt
Ms. Karen S. Mitchell
Mr. George M. Padis