**(ORDER LIST: 604 U.S.)**

**SATURDAY, APRIL 19, 2025**

**ORDER IN PENDING CASE**

24A1007    A.A.R.P., ET AL. V. TRUMP, PRESIDENT OF U.S., ET AL.

There is before the Court an application on behalf of a putative class of detainees seeking an injunction against their removal under the Alien Enemies Act. The matter is currently pending before the Fifth Circuit. Upon action by the Fifth Circuit, the Solicitor General is invited to file a response to the application before this Court as soon as possible. The Government is directed not to remove any member of the putative class of detainees from the United States until further order of this Court. See 28 U. S. C. §1651(a).

Justice Thomas and Justice Alito dissent from the Court's order. Statement from Justice Alito to follow.