# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 16, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re:  A.A.R.P., et al.
     v. Donald J. Trump, President of the United States, et al.
     No. 24-1177
     (Your No. 25-10534)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 18, 2025 and placed on the docket May 16, 2025 as No. 24-1177.

Sincerely,

**Scott S. Harris**, Clerk

by

Robert Meek
Assistant Clerk- Emergency Applications

Attorney