# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

May 20, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-10534    A.A.R.P. v. Trump  
                        USDC No. 1:25-CV-59

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary Frances Yeager, Deputy Clerk  
504-310-7686

Mr. Lee P. Gelernt  
Ms. Karen S. Mitchell  
Mr. George M. Padis  
Ms. Nancy Naseem Safavi

**P.S. to counsel: The appeal is expedited.** An expedited briefing schedule will issue under separate cover.