

Lee Gelernt
Deputy Director
Immigrants' Rights Project
ACLU National Legal Department

May 21, 2025

The Honorable Lyle W. Cayce
Clerk, U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:   *A.A.R.P. v. Trump*, No. 25-10534
           Case Caption Correction

Dear Mr. Cayce:

    Petitioners-Appellants respectfully submit this letter to correct the caption in this case. On April 21, 2025, three days after an appeal to this Court was filed, the case caption was amended. *See* Order, *W.M.M. v. Trump*, No. 25-cv-59-H (W.D. Tex. Apr. 21, 2025), ECF No. 44. The following reflects the current caption:

W.M.M., on their own behalf and on behalf of others similarly situated; F.G.M., on their own behalf and on behalf of others similarly situated, A.R.P., on their own behalf and on behalf of others similarly situated,

        Petitioners - Appellants

v.

Donald J. Trump, in his official capacity as President of the United States; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the United States Department of Homeland Security, in her official capacity; United States Department of Homeland Security; Todd Lyons, Acting Director of the Director of United States Immigration and Customs Enforcement, in his official capacity; United States Immigration and Customs Enforcement; Marco Rubio, Secretary of State, in his official capacity; United States State Department; Josh Johnson, in his official capacity as acting Dallas Field Office Director for United States Immigration and Customs Enforcement; Marcello



Villegas, in his official capacity as the Facility Administrator of the Bluebonnet Detention Center; Phillip Valdez, in his official capacity as Facility Administrator of the Eden Detention Center; Jimmy Johnson, in his/her official capacity as Facility Administrator of the Prairieland Detention Center; Judith Bennett, in her official capacity as Warden of the Rolling Plains Detention Center,

      Respondents - Appellees

Thank you for your attention to this matter.

      Sincerely,

      /s/ Lee Gelernt
      Lee Gelernt
      AMERICAN CIVIL LIBERTIES UNION FOUNDATION
      IMMIGRANTS' RIGHTS PROJECT
      125 Broad St., 18th Floor
      New York, NY 10004
      T:  (212) 549-2660
      lgelernt@aclu.org



## CERTIFICATE OF SERVICE

    I hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

Dated: May 21, 2025　　　　　　　　　　　　/s/ *Lee Gelernt*
　　　　　　　　　　　　　　　　　　　　　Lee Gelernt

125 Broad St, 18th Floor, New York, NY | lgelernt@aclu.org | 212-549-2660