# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 21, 2025

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

        No. 25-10534    W.M.M. v. Trump
                        USDC No. 1:25-CV-59

Dear Mr. Gelernt,

In light of the court order of May 20, 202 expediting the above captioned appeal, please adhere to the following expedited briefing schedule.

- Appellants' brief is due on 05/30/2025
- Appellees' brief is due on 06/10/2025
- Appellants' reply brief is due on 06/17/2025

**Once each of the briefs have been accepted, please provide the Court with paper copies via overnight mail.**

The case is tentatively calendared for oral argument the week of June 30, 2025. A copy of the court's printed calendar indicating the exact date and time of the hearing will be provided prior to the hearing date. Please adhere to the expedited briefing schedule without requesting extensions in order to ensure the availability of the briefs to the court prior to oral argument.

Record Excerpts: 5th Cir. R. 30.1.7(c) provides that the electronic PDF version of the record excerpts should contain pages representing the "tabs" identified in the index of the document. However, we remind attorneys that the actual paper copies of record excerpts filed with the court must contain actual physical tabs that extend beyond the edge of the document, to facilitate easy identification and review of tabbed documents.

Brief Covers: THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S). YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT.

<u>Dismissal of Appeals:</u> The clerk may dismiss appeals without notice if you do not file a brief on time, or otherwise fail to comply with the rules.

<u>Appearance Form:</u> If you have not electronically filed a "Form for Appearance of Counsel," you must do so within 14 days of this date. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12.  The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.

**Electronic Record on Appeal (EROA):**  We permit you to download all or part of the electronic record on appeal (EROA) after this is approved by the U.S. District Court.  You will receive a notice when access to the EROA is available. Counsel must be approved for electronic filing and be listed as an attorney of record in the case before access will be granted.  Instructions for accessing and downloading the EROA will be included in the notice you receive from the district court, but are also available here: http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm.

Please note that sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. You must file a motion in our court for access to sealed documents, which will be provided by the district court only upon the filing and granting of a motion by our court.

**Citation Guidelines:**  Pursuant to 5th Cir. R. 28.2.2, use the following citation format:

- For single record cases, use "ROA." followed by the page number (e.g., "ROA.123").
- For multiple record cases, cite "ROA." followed by the Fifth Circuit appellate case number, followed by the page of the record (e.g., "ROA.13-12345.123").
- Each citation must end with a period (.) or semicolon (;).

**Brief Template:**  The clerk's office provides brief templates and a tool to check briefs for potential deficiencies before docketing. To access these resources, log in to CM/ECF and select 'Brief Template' (Counsel Only) or 'PDF Check Document' from the Utilities menu or the "Attorney Toolbox".

**Reminder Regarding Sealed Documents:**  Our court presumes the public has a right to court records, and request to seal pleadings, record excerpts, or other documents must be justified with particularity. Simply stating that the originating court sealed the matter is insufficient. Counsel is responsible for justifying a request to file under seal, as well as for notifying the court when sealing is no longer necessary. An unopposed motion to seal does not relieve counsel of the obligation to justify the motion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Enclosure(s)

cc w/encl:
    Mr. George M. Padis
    Ms. Nancy Naseem Safavi

_____

Case No. 25-10534

_____

W.M.M., on their own behalf and on behalf of others similarly situated; F.G.M., on their own behalf and on behalf of others similarly situated; A.R.P., on their own behalf and on behalf of others similarly situated,

Petitioners - Appellants

v.

Donald J. Trump, in his official capacity as President of the United States; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the United States Department of Homeland Security, in her official capacity; United States Department of Homeland Security; Todd Lyons, Acting Director of the Director of United States Immigration and Customs Enforcement, in his official capacity; United States Immigration and Customs Enforcement; Marco Rubio, Secretary of State, in his official capacity; United States State Department; Josh Johnson, in his official capacity as acting Dallas Field Office Director for United States Immigration and Customs Enforcement; Marcello Villegas, in his official capacity as the Facility Administrator of the Bluebonnet Detention Center; Phillip Valdez, in his official capacity as Facility Administrator of the Eden Detention Center; Jimmy Johnson, in his/her official capacity as Facility Administrator of the Prairieland Detention Center; Judith Bennett, in her official capacity as Warden of the Rolling Plains Detention Center,

Respondents - Appellees