# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 03, 2025

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

　　　No. 25-10534　　W.M.M. v. Trump
　　　　　　　　　USDC No. 1:25-CV-59

Dear Mr. Gelernt,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 3 days.

Record citations are not in the proper format.  Every assertion in briefs regarding matters in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court.  See Fed. R. App. P. 28(a)(8)(A) and 5th Cir. R. 28.2.2.  See Form 1 http://www.ca5.uscourts.gov/docs/default-source/forms/fifth-circuit-court-of-appeals-form-1.pdf?sfvrsn=4.

You may download the record on appeal and supplemental record on appeal by logging into CM/ECF and going to the Utilities menu and select 'Attorney Toolbox'.  You must use the original record on appeal for citations in the brief.

Note:  Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.  Please do not send paper copies of the brief until requested to do so by the clerk's office.  The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary.  The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.  Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

_Christina Gardner_

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

cc:  Mr. Spencer Amdur
     Mr. Daniel Galindo
     Ms. Ashley Gorski
     Ms. Kathryn Lynn Huddleston
     Mr. Omar C. Jadwat
     Mr. My Khanh Ngo
     Mr. George M. Padis
     Ms. Nancy Naseem Safavi
     Mr. Oscar Sarabia Roman
     Mr. Hina Shamsi
     Ms. Noelle Smith
     Mr. Patrick Toomey