# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 06, 2025

Mr. Lee P. Gelernt  
American Civil Liberties Union Foundation  
Immigrants' Rights Project  
125 Broad Street  
New York, NY 10004-0000

    No. 25-10534   W.M.M. v. Trump  
                         USDC No. 1:25-CV-59

Dear Mr. Gelernt,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.  Exception:  As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Mary Frances Yeager, Deputy Clerk  
                        504-310-7686

cc:  Mr. Spencer Amdur  
     Mr. Noah Baron  
     Ms. Amy E. Davis  
     Mr. Norman Larry Eisen

```
Mr. Daniel Galindo
Ms. Brianne Jenna Gorod
Ms. Ashley Gorski
Ms. Kathryn Huddleston
Mr. Omar C. Jadwat
Mr. My Khanh Ngo
Mr. George M. Padis
Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin
```