# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Docket No. 25-10534

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners – Appellants*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents – Appellees*

**On Appeal from**
United States District Court for the Northern District of Texas,
No. 1:25-cv-59-H

**JOINT MOTION FOR LEAVE TO SUPPLEMENT THE RECORD AND FILE EXCESS PAGES FOR RECORD EXCERPTS**

The parties in this appeal jointly move for leave to supplement the record with relevant documents from other Alien Enemies Act cases. Briefing the issues in this appeal requires citing exhibits and filings from preliminary injunction and summary judgment proceedings in other, parallel cases, which are necessary to address the issues in this case. The parties will submit a supplemental appendix with their respective principal brief to reflect their proposed supplements to the record of appeal.

The parties have conferred and jointly represent that they believe granting their request would assist this Court's review of this case, as well as the Supreme Court's review should it decide to hear it. The parties also request leave to file record excerpts in excess of the 40-page limit. *See* 5th Cir. R. 30.1.6.

Dated: May 30, 2025

Spencer Amdur
Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
Cody Wofsy
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
F: (332) 220-1702
E: samdur@aclu.org

Respectfully submitted,

*/s/Lee Gelernt*
Lee Gelernt
Daniel Galindo
Ashley Gorski
Patrick Toomey
Sidra Mahfooz
Omar Jadwat
Hina Shamsi
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004

1

E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org

Brian Klosterboer
Tx Bar No.  24107833
Thomas Buser-Clancy
TX Bar No. 24078344
Savannah Kumar
TX Bar No. 24120098
Charelle Lett
TX Bar No. 24138899
Ashley Harris
TX Bar No. 24123238
Adriana Piñon
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org
aharris@aclutx.org
apinon@aclutx.org

T: (212) 549-2660
F: (332) 220-1702
E: lgelernt@aclu.org
E: dgalindo@aclu.org
E: agorski@aclu.org
E: ptoomey@aclu.org
E: smahfooz@aclu.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005
T: (212) 549-2500
F: (332) 220-1702
E: khuddleston@aclu.org

*For Petitioners-Appellants
W.M.M., F.G.M., A.R.P., et al.*

*Barred in Texas and Arizona only; supervised by a member of the D.C. Bar*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

SARAH S. WILSON
Assistant Director

/s/ Nancy N. Safavi
NANCY N. SAFAVI
Senior Trial Attorney
TX Bar No. 24042342
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington DC 20044
Phone:  (202) 514-9875
E-Mail:  Nancy.Safavi@usdoj.gov

*Attorneys for Respondents-Appellees*