# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 03, 2025

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

    No. 25-10534   W.M.M. v. Trump
                      USDC No. 1:25-CV-59

Dear Mr. Gelernt,

The following pertains to your record excerpts electronically filed on 5/30/25.

We filed your record excerpts. However, you must make the following correction(s) within the next 3 days.

You need to correct or add:

Copy of the notice of appeal(s) is required, see 5th Cir. R. 30.1.4(b).

Optional contents exceed 99 page limitation by 47 pages, see 5th Cir. R. 30.1.6.

Please note that record citations in the brief should reference the original record on appeal and not record excerpts.

Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made. Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore,

you may still use this event to submit a sufficient record excerpts.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Christina A. Gardner, Deputy Clerk
                                        504-310-7684

cc:   Mr. Spencer Amdur
      Mr. Daniel Galindo
      Ms. Ashley Gorski
      Ms. Kathryn Lynn Huddleston
      Mr. Omar C. Jadwat
      Mr. My Khanh Ngo
      Mr. George M. Padis
      Ms. Nancy Naseem Safavi
      Mr. Oscar Sarabia Roman
      Mr. Hina Shamsi
      Ms. Noelle Smith
      Mr. Patrick Toomey