# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 06, 2025

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

    No. 25-10534   W.M.M. v. Trump
                      USDC No. 1:25-CV-59

Dear Mr. Gelernt,

We have reviewed your electronically filed Record Excerpts and it is sufficient.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents**. See 5th Cir. R. 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED".  Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header.  Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

```
                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary Frances Yeager, Deputy Clerk
                        504-310-7686
```

cc:  Mr. Spencer Amdur
     Mr. Noah Baron
     Ms. Amy E. Davis
     Mr. Norman Larry Eisen
     Mr. Daniel Galindo
     Ms. Brianne Jenna Gorod
     Ms. Ashley Gorski
     Ms. Kathryn Huddleston
     Mr. Omar C. Jadwat
     Mr. My Khanh Ngo
     Mr. George M. Padis
     Ms. Nancy Naseem Safavi
     Mr. Oscar Sarabia Roman
     Mr. Hina Shamsi
     Ms. Noelle Smith
     Mr. Carl Takei
     Mr. Darren S. Teshima
     Mr. Patrick Toomey
     Ms. Leah Tulin