# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

June 03, 2025

Ms. Brianne Jenna Gorod
Constitutional Accountability Center
1200 18th Street, N.W.
Suite 501
Washington, DC 20036

    No. 25-10534   W.M.M. v. Trump
                      USDC No. 1:25-CV-59

Dear Ms. Gorod,

You must submit the 7 paper copies of your amicus curiae brief required by 5th Cir. R. 31.1 **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.

                                  Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Mary Frances Yeager, Deputy Clerk
                                    504-310-7686

cc:  Mr. Spencer Amdur
     Mr. Daniel Galindo
     Mr. Lee P. Gelernt
     Ms. Ashley Gorski
     Ms. Kathryn Huddleston
     Mr. Omar C. Jadwat
     Mr. My Khanh Ngo
     Mr. George M. Padis
     Ms. Nancy Naseem Safavi
     Mr. Oscar Sarabia Roman
     Mr. Hina Shamsi
     Ms. Noelle Smith
     Mr. Patrick Toomey