No. 25-10534

# United States Court of Appeals for the Fifth Circuit

---

W.M.M., F.G.M., and A.R.P. et al.,

*Petitioners-Appellants,*

v.

DONALD J. TRUMP, *in his official capacity as President of the United States,* et al.,

*Respondents-Appellees*

---

On Appeal from the United States District Court
for the Northern District of Texas
No. 1:25-CV-59

---

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF THE BRENNAN CENTER FOR JUSTICE, THE CATO INSTITUTE, AND PROFESSORS OF LAW ILYA SOMIN AND JOHN DEHN AS AMICI CURIAE IN SUPPORT OF PETITIONERS-APPELLANTS**

---

Gregory L. Diskant
Aron Fischer
Emma Ellman-Golan
Isaac Weingram
Anna Blum
PATTERSON BELKNAP WEBB & TYLER
1133 Avenue of the Americas
New York, New York 10036
Phone: (212) 336-2000
gldiskant@pbwt.com

Leah J. Tulin
Katherine Yon Ebright
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
1140 Connecticut Avenue NW,
Suite 1150
Washington, DC 20036
Phone: (202) 650-6397
tulinl@brennan.law.nyu.edu

Ilya Somin
Professor of Law
ANTONIN SCALIA LAW SCHOOL
GEORGE MASON UNIVERSITY
3301 Fairfax Dr.
Arlington, VA 22201
Phone: (703) 993-8069
isomin@gmu.edu

*Counsel for Amici Curiae*

# CERTIFICATE OF INTERESTED PERSONS

Amici certify that, in addition to those listed in Appellants' Certificate of Interested Persons, the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal:

**Amici:**

1. The Brennan Center for Justice;
2. The Cato Institute;
3. Ilya Somin;
4. John Dehn.

None of amici have any parent corporations and no publicly held company owns 10% or greater ownership of any amici.

*Counsel for Amici*: Leah J. Tulin and Katherine Yon Ebright of the Brennan Center for Justice; Professor Ilya Somin of the Antonin Scalia Law School; and Gregory L. Diskant, Aron Fischer, Emma Ellman-Golan, Isaac Weingram, and Anna Blum of Patterson Belknap Webb & Tyler LLP.

Date: June 2, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/Leah J. Tulin*
　　　　　　　　　　　　　　　　　　Leah J. Tulin

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29, the Brennan Center for Justice, the Cato Institute, and Professors of Law Ilya Somin and John Dehn (collectively, "Amici") respectfully move for leave to file an amici curiae brief in support of Petitioners-Appellants W.M.M., F.G.M., A.R.P., and others similarly situated. A copy of the proposed brief is attached to this motion.

Counsel for Amici conferred with counsel for the parties to request their consent to file the proposed brief. Counsel for Petitioners-Appellants consent to the filing of the proposed brief. Counsel for Respondents-Appellees do not oppose the filing of this brief.

## STATEMENT OF INTEREST OF AMICI CURIAE

The Brennan Center is a nonpartisan think tank and public interest law institute that seeks to improve systems of democracy and justice. The Center has conducted extensive research on presidential emergency powers, including the Alien Enemies Act.

The Cato Institute is a nonpartisan public policy research foundation dedicated to advancing the principles of individual liberty, free markets, and limited government. The Institute has long had a focus on both immigration policy and issues related to civil liberties.

Ilya Somin is Professor of Law at the Scalia Law School, George Mason University and B. Kenneth Simon Chair in Constitutional Studies

at the Cato Institute. He writes extensively on constitutional law and immigration law and policy. His writings and briefs have been cited by the U.S. Supreme Court, lower federal courts, state supreme courts, and the Supreme Court of Israel. He is the author of multiple books on constitutional law and migration rights.

John Dehn is Associate Professor of Law and Faculty Director of the National Security and Civil Rights Program at Loyola University Chicago School of Law. A retired U.S. Army judge advocate, Professor Dehn writes in his personal capacity on constitutional and international law in areas related to foreign affairs, armed conflict, U.S. military law, and national self-defense. His work has been cited by the Office of Legal Counsel, the Second Circuit, and in briefs related to military commissions.

As individuals and institutions that have produced extensive work on issues of constitutional law, presidential power, civil liberties, immigration law, and the Alien Enemies Act, amici have a strong interest in this appeal, which concerns the interpretation and applicability of the Alien Enemies Act.

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

Under Federal Rule of Appellate Procedure 29, a motion for leave to file an amicus brief must be accompanied by the proposed brief and state the movant's interest and the reason why an amicus brief is desirable and

why the matters asserted are relevant to the disposition of the case. Fed. R. App. P. 29(a)(3). Although courts of appeal "enjoy broad discretion to grant or deny leave to amici under Rule 29," this Court has made clear that courts are "'well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted.'" *Lefebure v. D'Aquilla*, 15 F.4th 670, 673 (5th Cir. 2021) (quoting *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002)).

Amici's proposed brief meets the requisite standard. As explained above, amici have a clear interest in this litigation and have significant expertise on the legal questions at issue. The proposed brief is desirable because it provides useful analysis relevant to the disposition of this case.

*First*, the brief examines the ordinary public meaning of the terms "invasion" and "predatory incursion" at the time of the enactment of the Alien Enemies Act, bringing to the Court's attention a number of historical sources that shed light on the appropriate interpretation of the law.

*Second*, the brief explains that the political question doctrine does not prevent courts from correcting obvious mistakes made by the political branches, even when foreign affairs and matters of war are involved.

*Finally*, amici provide valuable context on the wide-ranging implications of allowing the president to adopt such a broad interpretation of the Alien Enemies Act.

Accordingly, amici respectfully request that the Court grant leave for them to file their proposed brief.

Respectfully submitted,

*/s/ Leah J. Tulin*

| | |
|---|---|
| Gregory L. Diskant<br>Aron Fischer<br>Emma Ellman-Golan<br>Isaac Weingram<br>Anna Blum<br>PATTERSON BELKNAP WEBB & TYLER<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Phone: (212) 336-2000<br>gldiskant@pbwt.com | Leah J. Tulin<br>Katherine Yon Ebright<br>BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW<br>1140 Connecticut Avenue NW, Suite 1150<br>Washington, DC 20036<br>Phone: (202) 650-6397<br>tulinl@brennan.law.nyu.edu<br><br>Ilya Somin<br>Professor of Law<br>ANTONIN SCALIA LAW SCHOOL<br>GEORGE MASON UNIVERSITY<br>3301 Fairfax Dr.<br>Arlington, VA 22201<br>Phone: (703) 993-8069<br>isomin@gmu.edu<br><br>*Counsel for Amici Curiae* |

June 2, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

*/s/ Leah J. Tulin*
