# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 03, 2025

Mr. Darren S. Teshima
Covington & Burling, L.L.P.
415 Mission Street
Suite 5400
San Francisco, CA 94105

    No. 25-10534   W.M.M. v. Trump
                   USDC No. 1:25-CV-59

Dear Mr. Teshima,

You must submit the 7 paper copies of your amici curiae brief required by 5th Cir. R. 31.1 **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.

You must electronically file a "Form for Appearance of Counsel" within 10 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Mary Frances Yeager, Deputy Clerk
                            504-310-7686

cc:  Mr. Spencer Amdur
     Mr. Daniel Galindo
     Mr. Lee P. Gelernt
     Ms. Brianne Jenna Gorod
     Ms. Ashley Gorski
     Ms. Kathryn Huddleston
     Mr. Omar C. Jadwat
     Mr. My Khanh Ngo
     Mr. George M. Padis

Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Patrick Toomey