# United States Court of Appeals
## for the
# Fifth Circuit

Case No. 25-10534

W.M.M., on their own behalf and on behalf of others similarly situated; F.G.M., on their own behalf and on behalf of others similarly situated; A.R.P., on their own behalf and on behalf of others similarly situated,

*Petitioners-Appellants,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, Attorney General of the United States, in her official capacity; KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director of the United States Immigration and Customs Enforcement, in his official capacity; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCO RUBIO, Secretary of State, in his official capacity; UNITED STATES STATE DEPARTMENT; JOSH JOHNSON, in his official capacity as acting Dallas Field Office Director for United States Immigration and Customs Enforcement; MARCELLO VILLEGAS, in his official capacity as the Facility Administrator of the Bluebonnet Detention Center; PHILLIP VALDEZ, in his official capacity as Facility Administrator of the Eden Detention Center; JIMMY JOHNSON, in his/her official capacity as Facility Administrator of the Prairieland Detention Center; JUDITH BENNETT, in her official capacity as Warden of the Rolling Plains Detention Center,

*Respondents-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, ABILENE, NO. 1:25-CV-59

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* LEGAL HISTORIAN ERIC L. MULLER IN SUPPORT OF PETITIONERS-APPELLANTS**

AMY E. DAVIS
  *Counsel of Record*
LAW CENTER OF AMY E. DAVIS
151 CALLE DE SAN FRANCISCO
SUITE 200, PMB 1263
SAN JUAN, PR 00901
(214) 838-3501
adavis@cdfirm.com

*Counsel for Amicus Curiae*

# (800) 4-APPEAL • (812796)

# UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE PROFESSOR ERIC L. MULLER IN SUPPORT OF PETITIONERS

Pursuant to Rule 29(a)(3) of the Federal Rules of Appellate Procedure, Professor Eric L. Muller respectfully moves for leave to file the accompanying amicus curiae brief in support of Petitioners. The undersigned, who is admitted to practice before this Court, is filing on behalf of Professor Muller, who is not admitted in the Fifth Circuit.

All parties have consented to the filing of this amicus brief.

**Interest of the Amicus Curiae**

Professor Eric L. Muller is the Dan K. Moore Distinguished Professor of Jurisprudence and Ethics at the University of North Carolina School of Law and a nationally recognized scholar of the wartime treatment of Japanese Americans. His research and publications focus extensively on the legal and constitutional history of government action during national security crises. He offers this brief to provide historical perspective on the risks of unexamined executive claims of "invasion" in the application of the Alien Enemies Act. A detailed statement of his identity and interest is included in the accompanying brief pursuant to Rule 29(a)(4).

**Grounds for Leave**

This brief will assist the Court by contextualizing the government's present assertions within a well-documented historical parallel—the government's

erroneous invocation of "invasion" during the Japanese American curfew and exclusion cases of World War II. Professor Muller's insights are based on decades of scholarship and primary source analysis not presented by the parties, and his perspective will aid the Court in its evaluation of the government's invocation of the Alien Enemies Act. The brief is timely under Rule 29(a)(6) and does not duplicate arguments made by the parties.

For the foregoing reasons, Amicus respectfully requests that the Court grant leave to file the accompanying amicus curiae brief.

Respectfully submitted,

**LAW CENTER OF AMY E. DAVIS PR, LLC**

__/s/ Amy E. Davis_____
Amy E. Davis
Texas Bar No. 24007083
151 Calle de San Francisco
Ste. 200, PMB 1263
San Juan, PR 00901
**Telephone:** (214) 838-3501
**Email:** adavis@cdfirm.com

*Counsel of Record for Amicus Curiae*

On the Motion:

/s/ Eric L. Muller_____
Eric L. Muller
Dan K. Moore Distinguished Professor
UNC School of Law
Amicus Curiae
Not admitted to the U.S. Fifth Circuit Court of Appeals

CERTIFICATE OF SERVICE

I hereby certify that on June 3rd, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

/s/ Amy E. Davis
Amy E. Davis

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of FED. R. APP. P. 27(d) because it contains 297 words according to the word processing software used to draft this document.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font size 14.

/s/ Amy E. Davis
Amy E. Davis