# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

June 04, 2025

Mr. Norman Larry Eisen
State Democracy Defenders Fund
District of Columbia
600 Pennsylvania Avenue, S.E.
Suite 15180
Washington, DC 20003

    No. 25-10534   W.M.M. v. Trump
                           USDC No. 1:25-CV-59

Dear Mr. Eisen,

The following pertains to your amici curiae brief electronically filed on June 3, 2025.

The brief is lacking the following:

Statement pursuant to FRAP 29(a)(4)(E)

Please make the necessary corrections by June 5, 2025.

Note:  Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.  Please do not send paper copies of the brief until requested to do so by the clerk's office.  The brief is not sufficient until final review by the clerk's office.  If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary.  The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.  Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Mr. Spencer Amdur
     Ms. Amy E. Davis
     Mr. Daniel Galindo
     Mr. Lee P. Gelernt
     Ms. Brianne Jenna Gorod
     Ms. Ashley Gorski
     Ms. Kathryn Huddleston
     Mr. Omar C. Jadwat
     Mr. My Khanh Ngo
     Mr. George M. Padis
     Ms. Nancy Naseem Safavi
     Mr. Oscar Sarabia Roman
     Mr. Hina Shamsi
     Ms. Noelle Smith
     Mr. Darren S. Teshima
     Mr. Patrick Toomey
     Ms. Leah Tulin