# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 06, 2025

Mr. Norman Larry Eisen
State Democracy Defenders Fund
District of Columbia
600 Pennsylvania Avenue, S.E.
Suite 15180
Washington, DC 20003

    No. 25-10534   W.M.M. v. Trump
                     USDC No. 1:25-CV-59

Dear Mr. Eisen,

You must submit the 7 paper copies of your *amici curiae* brief required by 5th Cir. R. 31.1 **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Mary Frances Yeager, Deputy Clerk
                                  504-310-7686

cc:  Mr. Spencer Amdur
     Ms. Amy E. Davis
     Mr. Daniel Galindo
     Mr. Lee P. Gelernt
     Ms. Brianne Jenna Gorod
     Ms. Ashley Gorski

```
Ms. Kathryn Huddleston
Mr. Omar C. Jadwat
Mr. My Khanh Ngo
Mr. George M. Padis
Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin
```