**NOTICE OF FORM FOR APPEARANCE** (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* ***Each attorney representing a party must complete a separate form.*** *(COMPLETE ENTIRE FORM unless otherwise noted).*

**Fifth Cir. Case NO.** 25-10534

W.M.M., et al.                                     vs. Trump, et. al.
_____          _____
(Short Title)

The Clerk will enter my appearance as Counsel for Amici Curiae Japanese American Citizens League

and other Asian American and Pacific Islander ("AAPI") organizations

_____

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae

☐ Appellant(s)      ☐ Appellee(s)            ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

s/ Darren Seiji Teshima                          DTeshima@cov.com
_____                 _____
(Signature)                                     (e-mail address)

Darren Seiji Teshima                             CA 238875
_____                 _____
(Type or print name)                            (State/Bar No.)

_____
(Title, if any)

_____
(Firm or Organization)

Address_____ Covington & Burling LLP; 415 Mission Street, Suite 5400

City & State_____ San Francisco, CA                    Zip 94105

Primary Tel. (415) 591-6000    Cell Phone: _____    (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgement form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Darren Seiji Teshima

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
N/A

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes   ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes   ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case habeas corpus petitions

If answer to (1) or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
For B.(2) - please see Exhibit B

_____

Name of Court or Agency_____

Status of Appeal (if any)_____

Other Status (if not appealed)_____

**NOTE:** Attach sheet to give further details.                        DKT-5A REVISED June 2023

# [CORRECTED] EXHIBIT A

Japanese American Citizens League (JACL)
18 Million Rising
AAPI Equity Alliance
AAPI NJ
AAPI Youth Rising
APIA Vote-MI
Asian American Association of New Mexico
Asian American Bar Association of Greater Chicago
Asian American Bar Association of New York
Asian American Bar Association of the Greater Bay Area
Asian American Coalition of Ohio
Asian American Lawyers Association of Massachusetts
Asian American Organizing Project
Asian Americans Advancing Justice | Chicago
Asian Americans United
Asian Counseling and Referral Service
Asian Law Alliance
Asian Pacific American Bar Association of Silicon Valley
Asian Pacific American Women Lawyers Alliance
Asian Refugees United
Asian Texans for Justice
Asian/Pacific Bar Association of Sacramento
AZ AANHPI Advocates
Bainbridge Island Japanese American Exclusion Memorial Association
Chinese American Citizens Alliance
Chinese American Citizens Alliance Portland Lodge
Chinese American Legal Defense Alliance (CALDA)
Chinese for Affirmative Action
Crystal City Pilgrimage Committee

Densho

Filipino American Lawyers Association of New York

Filipino American Lawyers of San Diego

Filipino Bar Association of Northern California (FBANC)

Freedom Action Now, Inc.

Freedom, Inc.

Friends of Minidoka

Friends of the Historical Museum at Fort Missoula

Japanese American Bar Association

Japanese American Memorial Pilgrimages

Japanese American Museum of Oregon

Japanese American National Museum

Japanese Community Youth Council

Japanese Peruvian Oral History Project

Korean American Bar Association of Washington DC

Little Tokyo Service Center

Minidoka Pilgrimage Planning Committee

Minoru Yasui Legacy Project

Missouri Asian American Bar Association

National Asian Pacific American Bar Association (NAPABA)

National Filipino American Lawyers Association

New Mexico Asian Family Center

Nikkei for Civil Rights & Redress

Nikkei Heritage Association of Washington

Nikkei Progressives

OCA-Asian Pacific American Advocates

Pacific Asian Counseling Services

Pan Asian Lawyers of San Diego

Stop AAPI Hate

TeachAAPI

Topaz Museum

Tule Lake Committee
Vietnamese American Bar Association of Northern California (VABANC)
Vietnamese American Community Center of the East Bay

**EXHIBIT B**

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| Zacarias Matos v. Trump | 03-15-2025 | 1:25-cv-00057 | SDTX |
| J.A.V. v. Trump | 04-09-2025 | 1:25-cv-00072 | SDTX |
| W.M.M. v. Trump | 04-16-2025 | 1:25-cv-00059 | NDTX |
| Sanchez Puentes v. Garite | 04-16-2025 | 3:25-cv-00127 | WDTX |
| H.I.D.R. et al v. Trump et al | 04-18-2025 | 1:25-cv-00060-H | NDTX |
| M.A.P.S. v. Garite | 05-10-2025 | 3:25-cv-00171 | WDTX |