# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 4, 2025
Lyle W. Cayce
Clerk

No. 25-10534

W.M.M., *on their own behalf and on behalf of others similarly situated*;
F.G.M., *on their own behalf and on behalf of others similarly situated*;
A.R.P., *on their own behalf and on behalf of others similarly situated*,

                                        *Petitioners—Appellants*,

*versus*

Donald J. Trump, *in his official capacity as President of the United States*; Pamela Bondi, *Attorney General of the United States, in her official capacity*; Kristi Noem, *Secretary of the United States Department of Homeland Security, in her official capacity*; United States Department of Homeland Security; Todd Lyons, *Acting Director of the Director of United States Immigration and Customs Enforcement, in his official capacity*; United States Immigration and Customs Enforcement; Marco Rubio, *Secretary of State, in his official capacity*; United States State Department; Josh Johnson, *in his official capacity as acting Dallas Field Office Director for United States Immigration and Customs Enforcement*; Marcello Villegas, *in his official capacity as the Facility Administrator of* the Bluebonnet Detention Center; Phillip Valdez, *in his official capacity as Facility Administrator of* the Eden Detention Center; Jimmy Johnson, *in his/her official capacity as Facility Administrator of* the Prairieland Detention Center; Judith Bennett, *in her official capacity as Warden of the Rolling Plains Detention Center*,

                                        *Respondents—Appellees*.

No. 25-10534

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:25-CV-59
_____

ORDER:

    IT IS ORDERED that the unopposed motion filed by The Brennan Center for Justice at New York University School of Law, The Cato Institute, Professors of Lawn Ilya Somin and John Dehn to file *amici curiae* brief is GRANTED.

    IT IS FURTHER ORDERED that the unopposed motion filed by Legal Historian Eric Muller to file *amicus curiae brief* is GRANTED.

                          LYLE W. CAYCE, CLERK
                          United States Court of Appeals
                              for the Fifth Circuit
                              <u>/s/ Lyle W. Cayce</u>

ENTERED AT THE DIRECTION OF THE COURT