# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 04, 2025

Ms. Leah Tulin
Brennan Center for Justice at NYU School of Law
1140 Connecticut Avenue, N.W.
Suite 1150
Washington, DC 20036

    No. 25-10534   W.M.M. v. Trump
                      USDC No. 1:25-CV-59

Dear Ms. Tulin,

You must submit the 7 paper copies of your amici curiae brief required by 5th Cir. R. 31.1 **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Mary Frances Yeager, Deputy Clerk
                      504-310-7686

cc:  Mr. Spencer Amdur
     Ms. Amy E. Davis
     Mr. Daniel Galindo
     Mr. Lee P. Gelernt
     Ms. Brianne Jenna Gorod
     Ms. Ashley Gorski
     Ms. Kathryn Huddleston
     Mr. Omar C. Jadwat
     Mr. My Khanh Ngo
     Mr. George M. Padis
     Ms. Nancy Naseem Safavi
     Mr. Oscar Sarabia Roman
     Mr. Hina Shamsi
     Ms. Noelle Smith
     Mr. Darren S. Teshima
     Mr. Patrick Toomey