# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 04, 2025

Ms. Amy E. Davis
Law Center of Amy E. Davis, L.L.C.
151 Calle de Francisco
Suite 200, PMB 1263
San Juan, PR 00901

    No. 25-10534   W.M.M. v. Trump
                        USDC No. 1:25-CV-59

Dear Ms. Davis,

You must submit the 7 paper copies of your amicus curiae brief required by 5th Cir. R. 31.1 **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc:  Mr. Spencer Amdur
     Mr. Daniel Galindo
     Mr. Lee P. Gelernt
     Ms. Brianne Jenna Gorod
     Ms. Ashley Gorski
     Ms. Kathryn Huddleston
     Mr. Omar C. Jadwat
     Mr. My Khanh Ngo
     Mr. George M. Padis
     Ms. Nancy Naseem Safavi
     Mr. Oscar Sarabia Roman
     Mr. Hina Shamsi
     Ms. Noelle Smith
     Mr. Darren S. Teshima
     Mr. Patrick Toomey
     Ms. Leah Tulin