# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 06, 2025

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

        No. 25-10534    W.M.M. v. Trump
                        USDC No. 1:25-CV-59

Dear Mr. Gelernt,

We have reviewed your electronically filed Appellants' Brief and
it is sufficient.

You must submit the 7 paper copies of your brief required by 5th
Cir. R. 31.1 **via overnight mail** pursuant to 5th Cir. ECF Filing
Standard E.1.

Failure to timely provide the appropriate number of copies may
result in the dismissal of your appeal pursuant to 5th Cir. R.
42.3.

The paper copies of your brief/record excerpts must **not** contain a
header noting "RESTRICTED".  Therefore, please be sure that you
print your paper copies **from this notice of docket activity** and
not the proposed sufficient brief/record excerpts filed event so
that it will contain the proper filing header.  Alternatively, you
may print the sufficient brief/record excerpts directly from your
original file without any header.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary Frances Yeager, Deputy Clerk
                        504-310-7686

cc: Mr. Spencer Amdur
    Mr. Noah Baron
    Mr. Thomas Paul Buser-Clancy
    Ms. Amy E. Davis
    Mr. Norman Larry Eisen
    Mr. Daniel Galindo
    Ms. Brianne Jenna Gorod
    Ms. Ashley Gorski
    Ms. Kathryn Huddleston
    Mr. Omar C. Jadwat
    Mr. My Khanh Ngo
    Mr. George M. Padis
    Ms. Nancy Naseem Safavi
    Mr. Oscar Sarabia Roman
    Mr. Hina Shamsi
    Ms. Noelle Smith
    Mr. Carl Takei
    Mr. Darren S. Teshima
    Mr. Patrick Toomey
    Ms. Leah Tulin