# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 11, 2025

Ms. Nancy Naseem Safavi
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

    No. 25-10534   W.M.M. v. Trump
                            USDC No. 1:25-CV-59

Dear Ms. Safavi,

We have reviewed your electronically filed record excerpts and it is sufficient.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Renee S. McDonough, Deputy Clerk
                                      504-310-7673

cc:
    Mr. Spencer Amdur
    Mr. Noah Baron
    Mr. Thomas Paul Buser-Clancy
    Ms. Amy E. Davis
    Mr. Norman Larry Eisen
    Mr. Daniel Galindo

Mr. Lee P. Gelernt
Ms. Brianne Jenna Gorod
Ms. Ashley Gorski
Ms. Kathryn Huddleston
Mr. Omar C. Jadwat
Mr. My Khanh Ngo
Mr. George M. Padis
Ms. Adriana Cecilia Pinon
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin