# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 11, 2025

Ms. Nancy Naseem Safavi
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

    No. 25-10534    W.M.M. v. Trump
                          USDC No. 1:25-CV-59

Dear Ms. Safavi,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

Record References: Although this brief contains record citations, they do not follow the required format. Every assertion in briefs regarding matters in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. For example, in single record appeals, ROA.123 and for multi record appeals the case number followed by the page number ROA.18-20668.123. The use of "id" is not permitted when citing to the record on appeal. See FED. R. APP. P.28(a)(8)(A) and 5TH CIR. R.28.2.2. See Form 1 http://www.ca5.uscourts.gov/docs/default-source/forms/fifth-circuit-court-of-appeals-form-1.pdf?sfvrsn=4 .

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is

sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           */s/ Renee McDonough*
By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
    Mr. Spencer Amdur
    Mr. Noah Baron
    Mr. Thomas Paul Buser-Clancy
    Ms. Amy E. Davis
    Mr. Norman Larry Eisen
    Mr. Daniel Galindo
    Mr. Lee P. Gelernt
    Ms. Brianne Jenna Gorod
    Ms. Ashley Gorski
    Ms. Kathryn Huddleston
    Mr. Omar C. Jadwat
    Mr. My Khanh Ngo
    Mr. George M. Padis
    Ms. Adriana Cecilia Pinon
    Mr. Oscar Sarabia Roman
    Mr. Hina Shamsi
    Ms. Noelle Smith
    Mr. Carl Takei
    Mr. Darren S. Teshima
    Mr. Patrick Toomey
    Ms. Leah Tulin