# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 08, 2025

Ms. Nancy Naseem Safavi
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

No. 25-10534    W.M.M. v. Trump
USDC No. 1:25-CV-59

Dear Ms. Safavi,

Your brief has been deemed sufficient.  You must submit the 7 paper
copies of your brief required by 5th Cir. R. 31.1 **via overnight
mail** pursuant to 5th Cir. ECF Filing Standard E.1.

If your brief was insufficient and required corrections, the paper
copies of your brief must **not** contain a header noting "RESTRICTED".
Therefore, please be sure that you print your paper copies **from
this notice of docket activity** and not the proposed sufficient
brief filed event so that it will contain the proper filing header.
Alternatively, you may print the sufficient brief directly from
your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Mr. Spencer Amdur
     Mr. Noah Baron
     Mr. Thomas Paul Buser-Clancy
     Ms. Amy E. Davis
     Mr. Tiberius T. Davis
     Mr. Norman Larry Eisen

Mr. Drew C. Ensign
Mr. Daniel Galindo
Mr. Lee P. Gelernt
Ms. Brianne Jenna Gorod
Ms. Ashley Gorski
Ms. Kathryn Huddleston
Mr. Thomas T. Hydrick
Mr. Omar C. Jadwat
Mr. My Khanh Ngo
Mr. George M. Padis
Ms. Adriana Cecilia Pinon
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin