# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Docket No. 25-10534

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners – Appellants*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents – Appellees*

**On Appeal from**
United States District Court for the Northern District of Texas,
No. 1:25-cv-59-H

**UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Respondents in this appeal move for leave to supplement the record with new notice documents for Alien Enemies Act cases. Addressing the issue of notice in the briefs requires citing to the most relevant and recent information about the notice process for alien enemies. As stated in the joint motion to supplement the record, Respondents will submit a supplemental appendix with their principal brief to reflect their other proposed supplements to the record of appeal.

The parties have conferred, and the Petitioner does not oppose provided they have an opportunity to submit rebuttal material should they deem it necessary. Respondents represent that they believe granting their request would assist this Court's review of this case, as well as the Supreme Court's review should it decide to hear it.

Dated: June 10, 2025

Respectfully Submitted,
YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

SARAH S. WILSON
Assistant Director

/s/ Nancy N. Safavi
NANCY N. SAFAVI
Senior Trial Attorney

TX Bar No. 24042342  
P.O. Box 878 Ben Franklin Station  
Washington DC 20004  
(202) 514-9865  
Nancy.Safavi@usdoj.gov  

*Attorneys for Respondents-Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I further certify that Petitioners-Appellants' counsel is a registered CM/ECF user and will be served through the CM/ECF system.

        */s/ Nancy Safavi*
        NANCY N. SAFAVI
        Senior Trial Attorney
        U.S. Department of Justice, Civil Division
        Office of Immigration Litigation
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044
        (202) 514-9875