Exhibit F

**NOTICE AND WARRANT OF APPREHENSION AND REMOVAL**
**UNDER THE ALIEN ENEMIES ACT**

A-File No: _____   Date: _____

In the Matter of: _____

Date of Birth: _____          Sex:      Male      Female

**Warrant of Apprehension and Removal**

**To any authorized law enforcement officer:**

The President has found that Tren de Aragua is perpetrating, attempting, or threatening an invasion or predatory incursion against the territory of the United States, and that Tren de Aragua members are thus Alien Enemies removable under Title 50, United States Code, Section 21.

_____ has been determined to be: (1) at least fourteen years of
    (Full Name of Alien Enemy)

age; (2) not a citizen or lawful permanent resident of the United States; (3) a citizen of Venezuela; and (4) a member of Tren de Aragua. Accordingly, he or she has been determined to be an Alien Enemy and, under Title 50, United States Code, Section 21, he or she shall be apprehended, restrained, and removed from the United States pursuant to this Warrant of Apprehension and Removal.

   **Signature of Supervisory Officer:** _____

   **Title of Officer:** _____   **Date:** _____

**Notice to Alien Enemy**

I am a law enforcement officer authorized to apprehend, restrain, and remove Alien Enemies. You have been determined to be at least fourteen years of age; not a citizen or lawful permanent resident of the United States; a citizen of Venezuela; and a member of Tren de Aragua. Accordingly, under the Alien Enemies Act and Presidential Proclamation, *Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren De Aragua*, you have been determined to be an Alien Enemy subject to apprehension, restraint, and removal from the United States. Until you are removed from the United States, you will be detained under Title 50, United States Code, Section 21. Any statement you make now or while you are in custody may be used against you in any administrative or judicial proceeding. This is not a removal under the Immigration and Nationality Act.

You may be removed from the United States seven days following receipt of this Notice and Warrant of Apprehension and Removal Under the Alien Enemies Act. If you desire to contest your removal under the Alien Enemies Act and Presidential Proclamation, you may do so by filing a petition for writ of habeas corpus in the United States District Court for the District in which you are detained. Here, that is:

>  United States District Court
>  Northern District of Texas—Abilene Division
>  341 Pine Street, Room 2008
>  Abilene, TX 79601

You may retain counsel to assist you in the preparation and filing of such petition and seeking any related

Form AEA-21B

relief. You will be permitted to make telephone calls for that purpose. A list of attorneys who may be available will be provided to you upon request.

After being removed from the United States, you must request and obtain permission from the Secretary of Homeland Security to enter or attempt to enter the United States at any time. Should you enter or attempt to enter the United States without receiving such permission, you will be subject to immediate removal and may be subject to criminal prosecution and imprisonment.

Signature of alien: _____   Date: _____

---

### CERTIFICATE OF SERVICE

I personally served a copy of this Notice and Warrant upon the above-named person on _____, with a copy written in a language that he or she understands. I also ensured that the Notice and Warrant was read to the above-named person in a language he or she understands.
(Date)

---

Form AEA-21B

## VERIFICATION OF REMOVAL

A-File No:_____   Date:_____

Alien Enemy's name:_____

| Departure Date | Port of Departure | Manner of Departure |
|---|---|---|
| Signature of Verifying Officer | | Title of Officer |

**Photograph of alien removed**

**Right index fingerprint of alien removed**

_____
(Signature of alien whose fingerprint and photograph appear above)

_____
(Signature of official taking fingerprint)

Form AEA-21C