# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Docket No. 25-10534

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners – Appellants*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents – Appellees*

**On Appeal from**
United States District Court for the Northern District of Texas,
No. 1:25-cv-59-H

**PETITIONERS-APPELLANTS' OPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Petitioners-Appellants move for leave to supplement the record with the National Intelligence Council ("NIC") memorandum entitled "Venezuela: Examining Regime Ties to Tren de Aragua."[1] The NIC memorandum bears directly on the parties' arguments and provides critical context to address the issues in this case. Respondents-Appellees oppose the motion.

Petitioners-Appellants submit the NIC memorandum in direct response to Respondents-Appellees' having submitted and relied heavily on an FBI assessment report as to TdA, *see* Answering Brief 9, 11, 28, 34, 43, 45, without submitting the contrary assessment of 17 other intelligence agencies. The memorandum's inclusion is thus necessary to ensure the Court has a complete and accurate record.

This Court has the "inherent equitable authority to supplement the record on appeal." *United States ex rel. Minna Ree Winer Children's Class Trust v. Regions Bank of La.*, 110 F.3d 794 at *4 (5th Cir. 1997) (unpublished opinion); *Dickerson v. Alabama*, 667 F.2d 1364, 1367-68 (11th Cir. 1982). Declining to do so here "would be contrary to both the interests of justice and the efficient use of judicial resources." *Gibson v. Blackburn*, 744 F.2d 403, 405 n.3 (5th Cir. 1984) (quoting *Dickerson*, 667 F.2d at 1367). And a remand for supplementation of the record

---

[1] The NIC memorandum became public after the government released it pursuant to a Freedom of Information Act request submitted by the Freedom of the Press Foundation. Letter from Erin Morrison, Office of the Director of National Intelligence, to Lauren Harper, Freedom of Press Foundation (May 5, 2025), https://perma.cc/3GC7-TY3E.

1

would only compound the inefficiency—delaying resolution of the important issues in this litigation despite all parties' familiarity with the memorandum and the Supreme Court's directive that this Court resolve both the merits and the notice questions in this case.

In the alternative, the Court should take judicial notice of the memorandum, which is public, directly relevant, and not subject to reasonable dispute. *See Funk v. Stryker Corp.*, 631 F.3d 777, 783 (5th Cir. 2011) (affirming taking judicial notice of "publicly-available documents and transcripts produced by [a government agency], which were matters of public record directly relevant to the issue at hand"); *Kitty Hawk Aircargo, Inc. v. Chao*, 418 F.3d 453, 457 (5th Cir. 2005) (taking judicial notice of document published by government agency).

Petitioners-Appellants respectfully submit that granting their request would aid the Court's review of this case, as well as the Supreme Court's review should it decide to grant certiorari.

Dated: June 17, 2025

Respectfully submitted,

*/s/Lee Gelernt*

| | |
|---|---|
| Spencer Amdur | Lee Gelernt |
| Noelle Smith | Daniel Galindo |
| Oscar Sarabia Roman | Ashley Gorski |
| My Khanh Ngo | Patrick Toomey |
| Cody Wofsy | Omar Jadwat |
| AMERICAN CIVIL LIBERTIES | Hina Shamsi |
| UNION FOUNDATION | AMERICAN CIVIL LIBERTIES |
| 425 California Street, Suite 700 | UNION FOUNDATION |

2

San Francisco, CA 94104
T: (415) 343-0770
F: (332) 220-1702
E: samdur@aclu.org
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org

Brian Klosterboer
Tx Bar No.  24107833
Thomas Buser-Clancy
TX Bar No. 24078344
Savannah Kumar
TX Bar No. 24120098
Charelle Lett
TX Bar No. 24138899
Ashley Harris
TX Bar No. 24123238
Adriana Piñon
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org
aharris@aclutx.org
apinon@aclutx.org

125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (332) 220-1702
E: lgelernt@aclu.org
E: dgalindo@aclu.org
E: agorski@aclu.org
E: ptoomey@aclu.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005
T: (212) 549-2500
F: (332) 220-1702
E: khuddleston@aclu.org

*For Petitioners-Appellants
W.M.M., F.G.M., A.R.P., et al.*

*Barred in Texas and Arizona only; supervised by a member of the D.C. Bar*

**CERIFICATE OF SERVICE**

I certify that, on June 17, 2025, a true and correct copy of this document was transmitted to the Clerk of the United States Court of Appeals for the Fifth Circuit via the Court's CM/ECF document filing system, and on all counsel of record.

*/s/Lee Gelernt*
Lee Gelernt