# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 18, 2025

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

    No. 25-10534   W.M.M. v. Trump
                       USDC No. 1:25-CV-59

Dear Mr. Gelernt,

You must submit the 7 paper copies of your reply brief required by 5th Cir. R. 31.1 **via overnight mail** pursuant to 5th Cir. ECF Filing Standard E.1.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Mary Frances Yeager, Deputy Clerk
                       504-310-7686

cc:  Mr. Spencer Amdur
     Mr. Noah Baron
     Mr. Thomas Paul Buser-Clancy
     Ms. Amy E. Davis
     Mr. Norman Larry Eisen
     Mr. Daniel Galindo
     Ms. Brianne Jenna Gorod
     Ms. Ashley Gorski
     Ms. Kathryn Huddleston
     Mr. Thomas T. Hydrick
     Mr. Omar C. Jadwat
     Mr. My Khanh Ngo
     Mr. George M. Padis
     Ms. Adriana Cecilia Pinon
     Ms. Nancy Naseem Safavi
     Mr. Oscar Sarabia Roman
     Mr. Hina Shamsi

```
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin
```