**NOTICE OF FORM FOR APPEARANCE** (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).*

Fifth Cir. Case NO. 25-10534

W.M.M., et.al.,                                    vs. Trump, et.al.,

(Short Title)

The Clerk will enter my appearance as Counsel for Trump, Donald J.; Bondi, Pamela; Noem, Kristi

United States Department of Homeland Security; United States State Department; Lyons, Todd

Rubio, Marco; Johnson, Josh; Villegas, Marcello; Valdez, Phillip; Johnson, Jimmy; Bennett, Judith

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**    ☐ Petitioner(s)    ☑ Respondent(s)    ☐ Amicus Curiae

☐ Appellant(s)    ☑ Appellee(s)    ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

(Signature)                                    Tiberius.Davis@usdoj.gov

(e-mail address)

Tiberius Davis                                    D.C. Bar 90020605

(Type or print name)                          (State/Bar No.)

Counsel to Assistant Attorney General

(Title, if any)

United States Department of Justice, Civil Division

(Firm or Organization)

Address    950 Pennsylvania Avenue, Suite 400

City & State Washington, D.C.                              Zip 20530-0001

Primary Tel. 202-514-4357    Cell Phone: _____ (Optional)

NOTE: When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** DrewEnsign

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

N/A

B. Inquiry of Counsel. To your knowledge:

(1) Is any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes    ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes    ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☑ Yes    ☐ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case Habeas and injunction

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

There are several Alien Enemies Act cases with injunctions entered. One must be appealed soon, J.A.V. v. Trump ,No. 1:25-CV-072,  (S.D. Tex.); M.A.P.S. v. Garite, 25-cv-00171 (W.D. Tex.).

Name of Court or Agency Southern District of Texas and Western District of Texas

Status of Appeal (if any) No appeal yet.

Other Status (if not appealed) J.A.V. has a pemanant injunciton and must be appealed soon, M.A.P.S. has PI.

NOTE: Attach sheet to give further details.                    DKT-5A REVISED June 2023

## Additional Defendants

- United States Immigration and Customs Enforcement