# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 23, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10534    W.M.M. v. Trump  
                       USDC No. 1:25-CV-59

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary Frances Yeager, Deputy Clerk  
504-310-7686

Mr. Spencer Amdur  
Mr. Noah Baron  
Mr. Thomas Paul Buser-Clancy  
Ms. Amy E. Davis  
Mr. Tiberius T. Davis  
Mr. Norman Larry Eisen  
Mr. Daniel Galindo  
Mr. Lee P. Gelernt  
Ms. Brianne Jenna Gorod  
Ms. Ashley Gorski  
Ms. Kathryn Huddleston  
Mr. Thomas T. Hydrick  
Mr. Omar C. Jadwat  
Mr. My Khanh Ngo  
Mr. George M. Padis  
Ms. Adriana Cecilia Pinon  
Ms. Nancy Naseem Safavi  
Mr. Oscar Sarabia Roman  
Mr. Hina Shamsi  
Ms. Noelle Smith  
Mr. Carl Takei  
Mr. Darren S. Teshima  
Mr. Patrick Toomey  
Ms. Leah Tulin