# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 23, 2025
Lyle W. Cayce
Clerk

No. 25-10534

W.M.M., *on their own behalf and on behalf of others similarly situated*;
F.G.M., *on their own behalf and on behalf of others similarly situated*;
A.R.P., *on their own behalf and on behalf of others similarly situated*,

*Petitioners—Appellants*,

*versus*

DONALD J. TRUMP, *in his official capacity as President of the United States*; PAMELA BONDI, *Attorney General of the United States, in her official capacity*; KRISTI NOEM, *Secretary of the United States Department of Homeland Security, in her official capacity*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, *Acting Director of the Director of United States Immigration and Customs Enforcement, in his official capacity*; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCO RUBIO, *Secretary of State, in his official capacity*; UNITED STATES STATE DEPARTMENT; JOSH JOHNSON, *in his official capacity as acting Dallas Field Office Director for United States Immigration and Customs Enforcement*; MARCELLO VILLEGAS, *in his official capacity as the Facility Administrator of* THE BLUEBONNET DETENTION CENTER; PHILLIP VALDEZ, *in his official capacity as Facility Administrator of* THE EDEN DETENTION CENTER; JIMMY JOHNSON, *in his/her official capacity as Facility Administrator of* THE PRAIRIELAND DETENTION CENTER; JUDITH BENNETT, *in her official capacity as Warden of the Rolling Plains Detention Center*,

*Respondents—Appellees.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:25-CV-59

---

ORDER:

    IT IS ORDERED that Appellants' opposed motion to supplement the record on appeal with National Intelligence Council (NIC) memorandum entitled Venezuela: Examining Regime Ties to Tren de Aragua is CARRIED WITH THE CASE.

                  LYLE W. CAYCE, CLERK
                  United States Court of Appeals
                     for the Fifth Circuit
                     <u>/s/ Lyle W. Cayce</u>

    ENTERED AT THE DIRECTION OF THE COURT