# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM).*

**Fifth Cir. Case NO.**  25-10534

W.M.M., et al., _____   vs.  Trump, et al., _____

(Short Title)

The Clerk will enter my appearance as Counsel for  Trump, Donald J.; Bondi, Pamela; Noem, Kristi

U.S Department of Homeland Security; U.S. State Department; Lyons, Todd; Rubio, Marco;

Johnson, Josh; Villegas, Marcello; Valdez, Phillip; Johnson, Jimmy; Bennett, Judith; U.S. ICE

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☑ Respondent(s)   ☐ Amicus Curiae

☐ Appellant(s)   ☑ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

s/ Drew C. Ensign _____      drew.c.ensign@usdoj.gov _____

(Signature)                                      (e-mail address)

Drew C. Ensign _____      Arizona: 025463 _____

(Type or print name)                           (State/Bar No.)

Deputy Assistant Attorney General _____      ☑ Male   ☐ Female

(Title, if any)

United States Department of Justice, Civil Division

(Firm or Organization)

Address  950 Pennsylvania Avenue, Suite 3129

City & State  Washington, D.C. _____      Zip 20530-0001

Primary Tel.  (202) 514-2331      Cell Phone: _____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgement form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Drew Ensign

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

☐ Yes   ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

☑ Yes   ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

☑ Yes   ☐ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case  Habeas and injunction

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

There are several Alien Enemies Act cases with injunctions entered. One must be appealed soon,

J.A.V. v. Trump, No. 1:25-CV-072, (S.D. Tex.); M.A.P.S. v. Garite, 25-cv-00171 (W.D. Tex.).

Name of Court or Agency  Southern District of Texas and Western District of Texas

Status of Appeal (if any)  No appeal yet

Other Status (if not appealed)  J.A.V. has a pemanant injuction and must be appealed soon, M.A.P.S has PI

**NOTE:** Attach sheet to give further details.

DKT-5A REVISED February 2017