# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Docket No. 25-10534

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners – Appellants*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents – Appellees*

**On Appeal from**
United States District Court for the Northern District of Texas,
No. 1:25-cv-59-H

# PARTIES' JOINT MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

The parties jointly move for leave to supplement the record with relevant documents from other Alien Enemies Act cases. Briefing the issues in this appeal requires citing exhibits and filings from preliminary injunction and summary judgment proceedings in other, parallel cases, which are necessary to address the issues in this case. The parties filed a joint stipulation on May 30, 2025, to submit a supplemental appendix with their respective principal briefs, which the Court granted. Respondents filed their supplemental record excerpts with their principal brief on June 10, but Respondents' excerpts were deemed defective because the excerpts were not submitted on May 30 with Petitioners' supplemental record excerpts.

The parties have conferred, and jointly represent that they believe granting their request would assist this Court's review of this case, as well as the Supreme Court's review should it decided to hear it.

Dated: June 23, 2025

    Respectfully Submitted,
    YAAKOV M. ROTH
    Principal Deputy Assistant Attorney General
    Civil Division

    DREW C. ENSIGN
    Deputy Assistant Attorney General

    SARAH S. WILSON
    Assistant Director

/s/ Nancy N. Safavi
NANCY N. SAFAVI
Senior Trial Attorney
TX Bar No. 24042342
P.O. Box 878 Ben Franklin Station
Washington DC 20004
(202) 514-9865
Nancy.Safavi@usdoj.gov

*Attorneys for Respondents-Appellees*

*/s/Lee Gelernt*
Lee Gelernt
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
E: lgelernt@aclu.org

*For Petitioners-Appellants*
*W.M.M., F.G.M., A.R.P., et al.*

2