# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 24, 2025

Ms. Nancy Naseem Safavi
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

        No. 25-10534    W.M.M. v. Trump
                        USDC No. 1:25-CV-59

Dear Ms. Safavi,

We received your Joint Motion to Supplement Record on Appeal with attached Supplemental Record Excerpts. The Supplemental Record Excerpts are the incorrect attachments. Therefore, we are taking no action on the aforementioned motion.

Any request to supplement the record should contain the actual documents needed to be supplemented. The documents are not yet allowed to be filed as Record Excerpts. If the motion to supplement the record is granted, we will send the allowed documents to district court and request a supplemental record. Then, the Record Excerpts and record citations can be completed.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary Frances Yeager, Deputy Clerk
                        504-310-7686

cc:  Mr. Spencer Amdur
     Mr. Noah Baron
     Mr. Thomas Paul Buser-Clancy
     Ms. Amy E. Davis
     Mr. Tiberius T. Davis
     Mr. Norman Larry Eisen

Mr. Drew C. Ensign
Mr. Daniel Galindo
Mr. Lee P. Gelernt
Ms. Brianne Jenna Gorod
Ms. Ashley Gorski
Ms. Kathryn Huddleston
Mr. Thomas T. Hydrick
Mr. Omar C. Jadwat
Mr. My Khanh Ngo
Mr. George M. Padis
Ms. Adriana Cecilia Pinon
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin