# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 27, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10534    W.M.M. v. Trump
                    USDC No. 1:25-CV-59

Enclosed is an order entered in this case.

The court has granted the motion to supplement or correct the record in this case. The originating court is **immediately** requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Ms. Safavi, once the record is supplemented, the supplemental record excerpts will require pagination. Also, a sufficient brief remains outstanding in this case. Please correct your record citations as previously requested and file the proposed sufficient brief as soon as possible.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Spencer Amdur
Mr. Noah Baron
Mr. Thomas Paul Buser-Clancy
Ms. Amy E. Davis
Mr. Tiberius T. Davis
Mr. Norman Larry Eisen
Mr. Drew C. Ensign
Mr. Daniel Galindo
Mr. Lee P. Gelernt
Ms. Brianne Jenna Gorod
Ms. Ashley Gorski
Ms. Kathryn Huddleston
Mr. Thomas T. Hydrick
Mr. Omar C. Jadwat

Ms. Karen S. Mitchell
Mr. My Khanh Ngo
Mr. George M. Padis
Ms. Adriana Cecilia Pinon
Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin