# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Docket No. 25-10534

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners – Appellants*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents – Appellees*

**On Appeal from**
United States District Court for the Northern District of Texas,
No. 1:25-cv-59-H

**PARTIES' JOINT MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

The parties jointly move for leave to supplement the record with relevant documents from other Alien Enemies Act cases. Briefing the issues in this appeal requires citing exhibits and filings from preliminary injunction and summary judgment proceedings in other, parallel cases, which are necessary to address the issues in this case. The parties filed a joint stipulation on May 30, 2025, to submit a supplemental appendix with their respective principal briefs, which the Court granted. Respondents filed their supplemental record excerpts with their principal

brief on June 10, but Respondents' excerpts were deemed defective because the excerpts were not submitted on May 30 with Petitioners' supplemental record excerpts.

The parties have conferred and jointly represent that they believe granting their request would assist this Court's review of this case, as well as the Supreme Court's review should it decided to hear it.

Dated: June 23, 2025

        Respectfully Submitted,
        YAAKOV M. ROTH
        Principal Deputy Assistant Attorney General
        Civil Division

        DREW C. ENSIGN
        Deputy Assistant Attorney General

        SARAH S. WILSON
        Assistant Director

        /s/ Nancy N. Safavi
        NANCY N. SAFAVI
        Senior Trial Attorney
        TX Bar No. 24042342
        P.O. Box 878 Ben Franklin Station
        Washington DC 20004
        (202) 514-9865
        Nancy.Safavi@usdoj.gov

*Attorneys for Respondents-Appellees*

*/s/Lee Gelernt*
Lee Gelernt
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
E: lgelernt@aclu.org

*For Petitioners-Appellants*
*W.M.M., F.G.M., A.R.P., et al.*

## **CERTIFICATE OF SERVICE**

I certify that on June 26, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the CM/ECF system. Counsel for Petitioners are registered with the CM/ECF and will be served by the CM/ECF system.

/s/ Nancy N. Safavi
NANCY N. SAFAVI
Senior Trial Attorney
TX Bar No. 24042342
P.O. Box 878 Ben Franklin Station
Washington DC 20004
(202) 514-9865
Nancy.Safavi@usdoj.gov