**LEE GELERNT**
*DEPUTY DIRECTOR*
*IMMIGRANTS' RIGHTS PROJECT*



**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**

National Office

125 Broad Street, 18th Floor
New York NY 10014
p. (212) 549-2660
f. (332) 220-1702
lgelernt@aclu.org

*By CM/ECF*

June 27, 2025

Mr. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

**Re: Rule 28(j) Letter, *W.M.M. v. Trump*, No. 25-10534**

Dear Mr. Cayce:

    Pursuant to Federal Rule of Appellate Procedure 28(j), Petitioners–Appellants ("Petitioners") write to bring the Court's attention to the attached decision by Judge Stephanie L. Haines of the U.S. District Court for the Western District of Pennsylvania in *W.J.C.C. v. Trump*, No. 3:25-cv-153 (W.D. Pa. June 18, 2025), ECF No. 37, published after Petitioners' reply brief was submitted. The decision (at pages 7–13) grants the petitioner a preliminary injunction based on the court's conclusion that the government's newest notice protocols under the Alien Enemies Act are deficient and do not comply with due process. In particular, the court explains why seven days' notice ahead of removal deprives the petitioner of sufficient notice and opportunity to be heard. This discussion is therefore relevant to Petitioners' due process claim in this case. *See* ECF Nos. 55-1 (at 38–47), 144 (at 21–25).

                Respectfully submitted,

                */s/ Lee Gelernt*
                Lee Gelernt
                American Civil Liberties Union
                    Foundation

                *Counsel for Petitioners-Appellants*

cc (via CM/ECF):
All appellate counsel of record

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing letter complies within the type-volume limitations of Fed. R. App. P. 28(j) because the body contains 142 words. This letter also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)(A) because this letter was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Date: June 27, 2025

*/s/ Lee Gelernt*
Lee Gelernt
American Civil Liberties Union
  Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org

*Counsel for Petitioners–Appellants*