# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Docket No. 25-10534

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners – Appellants*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents – Appellees*

**On Appeal from**
United States District Court for the Northern District of Texas,
No. 1:25-cv-59-H

## CONSENT MOTION TO REVIEW DOCKET ACCESS RESTRICTION

The docket in this case is not currently available to the public. Petitioners-Plaintiffs conferred with counsel for Respondents-Defendants, who relayed that they consent to making the docket publicly available. Accordingly, Petitioners-Plaintiffs respectfully move the Court to lift all viewing restrictions on the docket to make all prior and future filings electronically available to the public, unless the Court grants leave to file under seal or in redacted form.

1

| | |
|---|---|
| Dated: July 7, 2025 | Respectfully submitted, |
| | /s/Lee Gelernt |
| Spencer Amdur | Lee Gelernt |
| Noelle Smith | Daniel Galindo |
| Oscar Sarabia Roman | Ashley Gorski |
| My Khanh Ngo | Patrick Toomey |
| Cody Wofsy | Omar Jadwat |
| AMERICAN CIVIL LIBERTIES | Hina Shamsi |
| UNION FOUNDATION | AMERICAN CIVIL LIBERTIES |
| 425 California Street, Suite 700 | UNION FOUNDATION |
| San Francisco, CA 94104 | 125 Broad Street, 18th Floor |
| T: (415) 343-0770 | New York, NY 10004 |
| F: (332) 220-1702 | T: (212) 549-2660 |
| E: samdur@aclu.org | F: (332) 220-1702 |
| E: nsmith@aclu.org | E: lgelernt@aclu.org |
| E: osarabia@aclu.org | E: dgalindo@aclu.org |
| E: mngo@aclu.org | E: agorski@aclu.org |
| E: cwofsy@aclu.org | E: ptoomey@aclu.org |
| | E: ojadwat@aclu.org |
| Brian Klosterboer | E: hshamsi@aclu.org |
| Tx Bar No. 24107833 | |
| Thomas Buser-Clancy | Kathryn Huddleston* |
| TX Bar No. 24078344 | AMERICAN CIVIL LIBERTIES |
| Savannah Kumar | UNION FOUNDATION |
| TX Bar No. 24120098 | 915 15th Street, NW, 7th Floor |
| Charelle Lett | Washington, DC 20005 |
| TX Bar No. 24138899 | T: (212) 549-2500 |
| Ashley Harris | F: (332) 220-1702 |
| TX Bar No. 24123238 | E: khuddleston@aclu.org |
| Adriana Piñon | |
| TX Bar No. 24089768 | *For Petitioners-Appellants* |
| ACLU FOUNDATION OF TEXAS, INC. | *W.M.M., F.G.M., A.R.P., et al.* |
| 1018 Preston St. | |
| Houston, TX 77002 | *Barred in Texas and Arizona only;* |
| (713) 942-8146 | *supervised by a member of the D.C. Bar* |
| bklosterboer@aclutx.org | |
| tbuser-clancy@aclutx.org | |
| skumar@aclutx.org | |

clett@aclutx.org
aharris@aclutx.org
apinon@aclutx.org