# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 16, 2025

Mr. Spencer Amdur
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Thomas Paul Buser-Clancy
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Tiberius T. Davis
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20530

Mr. Drew C. Ensign
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Daniel Galindo
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

Ms. Ashley Gorski
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Ms. Kathryn Huddleston
American Civil Liberties Union
915 15th Street, N.W.
7th Floor
Washington, DC 20005-0000

Mr. Omar C. Jadwat
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
18th Floor
New York, NY 10004-0000

Mr. My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
San Francisco, CA 94104

Mr. George M. Padis
Sbaiti & Company, P.L.L.C.
2200 Ross Avenue
Suite 4900W
Dallas, TX 75201

Ms. Adriana Cecilia Pinon
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Ms. Nancy Naseem Safavi
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

Mr. Oscar Sarabia Roman
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Hina Shamsi
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Ms. Noelle Smith
American Civil Liberties Union Foundation
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Patrick Toomey
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

    No. 25-10534    W.M.M. v. Trump
                          USDC No. 1:25-CV-59

Dear Counsel:

The Court advises all counsel that if the Respondents intend to submit a petition for rehearing en banc in this case, they should do so by Monday, September 22 at noon. Further, the Court advises that if the Respondents do indeed file a petition for rehearing en banc, Petitioners may file a response by Monday, September 29 at noon.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Mary Frances Yeager, Deputy Clerk
                                      504-310-7686

cc:  Mr. Noah Baron
     Ms. Amy E. Davis
     Mr. Norman Larry Eisen
     Ms. Brianne Jenna Gorod
     Mr. Thomas T. Hydrick
     Mr. Carl Takei
     Mr. Darren S. Teshima
     Ms. Leah Tulin