

JB:NNS  
39-73-3555

U.S. Department of Justice  
Civil Division  
Office of Immigration Litigation  
Washington, DC 20004

September 24, 2025

**VIA CM/ECF**  
Mary Frances Yeager  
Case Management Clerk  
600 S. Maestri Place, Suite 115  
New Orleans, LA 70130-3408  
(504) 310-7700

      RE:   W.M.M. v. Trump, et al.,  
               <u>Docket No. 25-10534 (5th Cir. 2025)</u>

Dear Clerk:

     Enclosed please find Respondent's Corrected Petition for Rehearing En Banc. The brief filed on Monday, September 22, 2025, contained minor errors within the opening pages and tables. The attached version corrects these errors. These include: correcting the order of the listed items and adding missing page numbers in the "Table of Contents," and adding additional line items and their corresponding page numbers for the "Table of Authorities."

                                   Sincerely,

                                   JOHN W. BLAKELEY  
                                   Senior Counsel  
                                   Office of Immigration Litigation

            By:

                                   NANCY N. SAFAVI  
                                   Senior Trial Attorney  
                                   P. O. Box 878, Ben Franklin Station  
                                   Washington, D. C.  20044  
                                   (202) 514-9875