# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 29, 2025

Mr. Norman Larry Eisen
Democracy Defenders Fund
600 Pennsylvania Avenue, S.E.
Suite 15180
Washington, DC 20003

　　　No. 25-10534　　W.M.M. v. Trump
　　　　　　　　　　　USDC No. 1:25-CV-59

Dear Mr. Eisen,

We filed your brief. However, you must make the following corrections within the next 10 days.

You need to correct or add:

Caption on the brief does not agree with the caption of the case in compliance with Fed. R. App. P. 32(a)(2)(C). Caption must exactly match the Court's Official Caption (See Official Caption below)

The cover must state whether the rehearing supports affirmance or reversal.

Name of originating court is missing from the cover.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of

service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
- Mr. Spencer Amdur
- Mr. Noah Baron
- Mr. Thomas Paul Buser-Clancy
- Ms. Amy E. Davis
- Mr. Tiberius T. Davis
- Mr. Drew C. Ensign
- Mr. Daniel Galindo
- Mr. Lee P. Gelernt
- Ms. Brianne Jenna Gorod
- Ms. Ashley Gorski
- Ms. Kathryn Huddleston
- Mr. Thomas T. Hydrick
- Mr. Omar C. Jadwat
- Mr. My Khanh Ngo
- Mr. George M. Padis
- Ms. Adriana Cecilia Pinon
- Ms. Nancy Naseem Safavi
- Mr. Oscar Sarabia Roman
- Mr. Hina Shamsi
- Ms. Noelle Smith
- Mr. Carl Takei
- Mr. Darren S. Teshima
- Mr. Patrick Toomey
- Ms. Leah Tulin