# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 30, 2025

Mr. Spencer Amdur
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Thomas Paul Buser-Clancy
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Tiberius T. Davis
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20530

Mr. Drew C. Ensign
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Daniel Galindo
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

Ms. Ashley Gorski
American Civil Liberties Union Foundation
125 Broad Street

18th Floor
New York, NY 10004-2400


Ms. Kathryn Huddleston
American Civil Liberties Union
915 15th Street, N.W.
7th Floor
Washington, DC 20005-0000


Mr. Omar C. Jadwat
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
18th Floor
New York, NY 10004-0000


Mr. My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
San Francisco, CA 94104


Mr. George M. Padis
Sbaiti & Company, P.L.L.C.
2200 Ross Avenue
Suite 4900W
Dallas, TX 75201


Ms. Adriana Cecilia Pinon
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288


Ms. Nancy Naseem Safavi
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044


Mr. Oscar Sarabia Roman
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104


Mr. Hina Shamsi
American Civil Liberties Union Foundation
125 Broad Street
18th Floor

New York, NY 10004-2400


Ms. Noelle Smith
American Civil Liberties Union Foundation
425 California Street
7th Floor
San Francisco, CA 94104


Mr. Patrick Toomey
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400


     No. 25-10534     W.M.M. v. Trump
                   USDC No. 1:25-CV-59


Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Appellants will have until October 30, 2025, to file an en banc brief and the Appellees' en banc brief is due on December 01, 2025. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee). Unless directed otherwise, principal brief rules apply to en banc grants and supplemental briefs requested by the court.

Additionally, reply briefs are not allowed when cases are granted en banc unless you have leave of court.

The case will be calendared at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by October 15, 2025. Copies of Amicus briefs are not required.

Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Mr. Noah Baron
    Ms. Amy E. Davis
    Mr. Norman Larry Eisen
    Ms. Brianne Jenna Gorod
    Mr. Thomas T. Hydrick
    Mr. Carl Takei
    Mr. Darren S. Teshima