# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Docket No. 25-10534

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners – Appellants*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents – Appellees*,

## On Appeal from
United States District Court for the Northern District of Texas,
No. 1:25-cv-59-H

## UNOPPOSED MOTION FOR 7-DAY EXTENSION OF TIME TO FILE APPELLANTS' EN BANC BRIEF

Spencer Amdur
Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
Cody Wofsy
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
E: samdur@aclu.org
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org

Lee Gelernt
Daniel Galindo
Ashley Gorski
Patrick Toomey
Omar Jadwat
Hina Shamsi
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
E: lgelernt@aclu.org
E: dgalindo@aclu.org
E: agorski@aclu.org

E: cwofsy@aclu.org

Brian Klosterboer
Tx Bar No.  24107833
Thomas Buser-Clancy
TX Bar No. 24078344
Savannah Kumar
TX Bar No. 24120098
Charelle Lett
TX Bar No. 24138899
Ashley Harris
TX Bar No. 24123238
Adriana Piñon
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS,
INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org
aharris@aclutx.org
apinon@aclutx.org

E: ptoomey@aclu.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005
(212) 549-2500
E: khuddleston@aclu.org

*For Petitioners-Appellants*
*W.M.M., F.G.M., A.R.P., et al.*

*\*Barred in Texas and Arizona only;*
*supervised by a member of the D.C.*
*Bar*

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellants respectfully request a 7-day extension of time, up to and including November 6, 2025, in which to file their en banc brief. Appellants conferred with the government, which does not oppose this motion provided that it receives a comparable 7-day extension.

1.      On September 30, 2025, this Court granted the government's Petition for Rehearing En Banc. Under the current briefing schedule, Appellants' en banc brief is due on October 30, 2025, and the government's en banc brief is due on December 1, 2025. *See* Dkt. No. 219-2. Oral argument is currently scheduled during the Court's en banc sitting in January 2026, on a date to be determined. *Id.*

2.      Appellants respectfully move the Court to extend their briefing deadline by seven days, which would make Appellants' brief due on November 6, 2025. Appellants do not oppose similarly extending the government's deadline, which would make its brief due on December 8, 2025.

3.      The requested 7-day extension is supported by good cause, as it will allow counsel for Appellants adequate time to properly brief this case and it will not delay resolution of this matter. The attorney with principal responsibility for this matter, Lee Gelernt, has multiple engagements that will require significant attention during the upcoming briefing period, including preparing for and presenting oral argument on October 23 in *Luna Gutierrez v. Noem*, No. 1:25-cv-1766-SLS (D.D.C.)

1

(motion to dismiss and motion for class certification), and on November 3 in *Refugee and Immigrant Center for Education and Legal Services v. Noem*, No. 25-5243 (D.C. Cir.) (appeal of summary judgment and class certification), and substantial upcoming filings in *Ms. L v. U.S. Immigration and Customs Enforcement*, No. 3:18-cv-428 (S.D. Cal.) (motion to enforce settlement), and *J.G.G. v. Trump*, 1:25-cv-766 (D.D.C.) (preliminary injunction motion).

4.    This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if Appellants' unopposed request for an extension of time is granted. This is Appellants' first request for an extension of this deadline.

## CONCLUSION

For the foregoing reasons, Appellants respectfully request that the Court grant their motion for a 7-day extension, making their en banc brief due on November 6. Appellants do not oppose resetting the briefing deadline for Appellees' en banc brief to December 8.

2

Dated: October 9, 2025

Respectfully submitted,

*/s/Lee Gelernt*

Spencer Amdur
Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
Cody Wofsy
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
E: samdur@aclu.org
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org

Brian Klosterboer
Tx Bar No. 24107833
Thomas Buser-Clancy
TX Bar No. 24078344
Savannah Kumar
TX Bar No. 24120098
Charelle Lett
TX Bar No. 24138899
Ashley Harris
TX Bar No. 24123238
Adriana Piñon
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS,
INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org

Lee Gelernt
Daniel Galindo
Ashley Gorski
Patrick Toomey
Omar Jadwat
Hina Shamsi
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
E: lgelernt@aclu.org
E: dgalindo@aclu.org
E: agorski@aclu.org
E: ptoomey@aclu.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005
(212) 549-2500
E: khuddleston@aclu.org

*For Petitioners-Appellants
W.M.M., F.G.M., A.R.P., et al.*

*\*Barred in Texas and Arizona only;
supervised by a member of the D.C.
Bar*

3

aharris@aclutx.org
apinon@aclutx.org

## CERTIFICATE OF SERVICE

I certify that on October 9, 2025, a true and correct copy of this document was transmitted to the Clerk of the United States Court of Appeals for the Fifth Circuit via the Court's CM/ECF document filing system, and therefore served electronically on all counsel of record.

*/s/ Lee Gelernt*
Lee Gelernt

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 383 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Times New Roman) using Microsoft Word (the same program used to calculate the word count).

*/s/ Lee Gelernt*
Lee Gelernt