# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 10, 2025

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

    No. 25-10534   W.M.M. v. Trump
                        USDC No. 1:25-CV-59

Dear Mr. Gelernt,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673

cc:
    Mr. Spencer Amdur
    Mr. Noah Baron
    Mr. Thomas Paul Buser-Clancy
    Ms. Amy E. Davis
    Mr. Tiberius T. Davis
    Mr. Norman Larry Eisen
    Mr. Drew C. Ensign
    Mr. Daniel Galindo
    Ms. Brianne Jenna Gorod
    Ms. Ashley Gorski
    Ms. Kathryn Huddleston
    Mr. Thomas T. Hydrick
    Mr. Omar C. Jadwat
    Mr. Sean Ming-Jun Lau
    Mr. My Khanh Ngo

```
Mr. George M. Padis
Ms. Adriana Cecilia Pinon
Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin
```