No. 25-10534

# In the United States Court of Appeals for the Fifth Circuit

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners-Appellants*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents-Appellees*.

*On Appeal from the United States District Court for the Northern District of Texas*

**UNOPPOSED MOTION OF
CONSTITUTIONAL ACCOUNTABILITY CENTER
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
IN SUPPORT OF PETITIONERS-APPELLANTS**

Movant, Constitutional Accountability Center, hereby requests leave under Federal Rule of Appellate Procedure 29(a)(3) to file an *amicus curiae* brief in support of Petitioners-Appellants. The brief is attached as an exhibit to this motion. In support of its motion, *amicus* states as follows:

1. *Amicus* Constitutional Accountability Center (CAC) is a think tank and public interest law firm dedicated to fulfilling the progressive promise of the Constitution's text and history. CAC works in our courts, through our government, and with legal scholars to improve understanding of the Constitution and preserve the rights and freedoms it guarantees.

2. CAC seeks to uphold constitutional protections for noncitizens as well as for citizens. It also has developed expertise in the text and history of the Alien Enemies Act (AEA), as well as the history of the Founding era, and accordingly has an interest in this case.

3. The proposed brief contains unique information that may aid the Court's resolution of this case—namely, significant historical evidence that sheds light on the meaning of the phrase "foreign nation or government" as it is used in the AEA. As *amicus* explains in its proposed brief, the lawmakers who passed the AEA in 1798 understood the terms "nation" and "government" to be defined by the law of nations, and the law of nations set certain criteria that any entity was required to meet to be considered a nation or government. As the brief explains, TdA does not satisfy those criteria and is thus not a "nation or government" within the meaning of the TdA. Notwithstanding this, the panel in this case concluded that it did not matter that the Proclamation at issue here is directed only at TdA. The brief also explains why that conclusion is at odds with the AEA's text and history.

4. *Amicus* contacted the parties to ascertain whether they would consent to the filing of this brief. Appellants consent to the filing of this brief, and Appellees do not oppose it.

WHEREFORE, movant respectfully requests leave to file the accompanying *amicus curiae* brief.

Respectfully submitted,

/s/ Brianne Gorod
Elizabeth B. Wydra
Brianne J. Gorod
Smita Ghosh
Ana M. Builes
CONSTITUTIONAL ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW, Suite 1200
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

Dated: November 13, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on November 13, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 13th day of November 2025.

/s/ Brianne J. Gorod
Brianne J. Gorod

*Counsel for Amicus Curiae*
