# No. 25-10534

## United States Court of Appeals for the Fifth Circuit

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners—Appellants,*

– v. –

Donald J. Trump, *in his official capacity as President of the United States*, et al.,

*Respondents—Appellees.*

On Appeal From the United States District Court
for the Northern District of Texas
USDC NO. 1:25-CV-59

**CONSENTED TO MOTION OF JAPANESE AMERICAN CITIZENS LEAGUE AND OTHER ASIAN AMERICAN AND PACIFIC ISLANDER ORGANIZATIONS TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PETITIONERS-APPELLANTS**

Noah Baron
Asian Americans Advancing Justice | AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 868-0396
nbaron@advancingjustice-aajc.org

Robert S. Chang
Fred T. Korematsu Center for Law and Equality
UC Irvine School of Law
401 E. Peltason Dr.
Irvine, CA 92697
Telephone: (949) 824-3034
rchang@law.uci.edu

Darren Seiji Teshima
Robert D. Fram
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
dteshima@cov.com
rfram@cov.com

Benedict M. Lenhart
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5114
blenhart@cov.com

Carl Takei
Asian Law Caucus
55 Columbus Ave.
San Francisco, CA 94111
Telephone: (415) 212-8588
carlt@asianlawcaucus.org

*Attorneys for Amicus Curiae*

Movants, The Japanese American Citizens League and Other Asian American and Pacific Islander Organizations (together, "JACL"), hereby request leave under Federal Rule of Appellate Procedure 29(a)(3) to file an *amicus curiae* brief in support of Petitioners-Appellants. The brief is attached as an exhibit to this motion.

*Amicus* The Japanese American Citizens League and over 60 other Asian American Pacific Islander organizations are committed to preserving Japanese American history, serving AAPI communities, and advancing civil rights. Many were involved in redress efforts for World War II ("WWII") incarcerations, the coram nobis lawsuits, and ongoing advocacy for Japanese Latin Americans.

*Amicus* JACL contacted the parties to ascertain whether they would consent to the filing of this brief. Petitioners-Appellants and Respondents-Appellees consent to the filing of this brief.

WHEREFORE, movant respectfully requests leave to file the accompanying *amicus curiae* brief.

Respectfully submitted,
COVINGTON & BURLING LLP

_____
Darren Seiji Teshima
Robert D. Fram
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
dteshima@cov.com
rfram@cov.com

Benedict M. Lenhart
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5114
blenhart@cov.com

Robert S. Chang
Fred T. Korematsu Center for Law and Equality
UC Irvine School of Law
401 E. Peltason Dr.
Irvine, CA 92697
Telephone: (949) 824-3034
rchang@law.uci.edu

Carl Takei
Asian Law Caucus
55 Columbus Ave.
San Francisco, CA 94111
Telephone: (415) 212-8588
carlt@asianlawcaucus.org

Noah Baron
Asian Americans Advancing Justice |AACJ
1620 L Street NW, Suite 1050

Washington, DC 20036
Telephone: (202) 868-0396
nbaron@advancingjustice-aajc.org

*Counsel for Amici Curiae Japanese American Citizens League and other Asian American and Pacific Islander ("AAPI") organizations*

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on November 13, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 13th day of November 2025.

*/s/ Darren Teshima*
Darren Seiji Teshima

*Counsel for Amici Curiae Japanese American Citizens League and other Asian American and Pacific Islander ("AAPI") organizations*