# EXHIBIT A

Japanese American Citizens League (JACL)

18 Million Rising

AAPI Equity Alliance

AAPI NJ

AAPI Youth Rising

APIA Vote-MI

Asian American Association of New Mexico

Asian American Bar Association of Greater Chicago

Asian American Bar Association of New York

Asian American Bar Association of the Greater Bay Area

Asian American Coalition of Ohio

Asian American Lawyers Association of Massachusetts

Asian American Organizing Project

Asian Americans Advancing Justice | Chicago

Asian Americans United

Asian Counseling and Referral Service

Asian Law Alliance

Asian Pacific American Bar Association of Silicon Valley

Asian Pacific American Women Lawyers Alliance

Asian Refugees United

Asian Texans for Justice

Asian/Pacific Bar Association of Sacramento

AZ AANHPI Advocates

Bainbridge Island Japanese American Exclusion Memorial Association

Chinese American Citizens Alliance

Chinese American Citizens Alliance Portland Lodge

Chinese American Legal Defense Alliance (CALDA)

Chinese for Affirmative Action

Crystal City Pilgrimage Committee

Densho

Filipino American Lawyers Association of New York

Filipino American Lawyers of San Diego

Filipino Bar Association of Northern California (FBANC)

Freedom Action Now, Inc.

Freedom, Inc.

Friends of Minidoka

Friends of the Historical Museum at Fort Missoula

Japanese American Memorial Pilgrimages

Japanese American Museum of Oregon

Japanese American National Museum

Japanese Community Youth Council

Japanese Peruvian Oral History Project

Korean American Bar Association of Washington DC

Little Tokyo Service Center

Minidoka Pilgrimage Planning Committee

Minoru Yasui Legacy Project

Missouri Asian American Bar Association

National Asian Pacific American Bar Association (NAPABA)

National Filipino American Lawyers Association

New Mexico Asian Family Center

Nikkei for Civil Rights & Redress

Nikkei Heritage Association of Washington

Nikkei Progressives

OCA-Asian Pacific American Advocates

Pacific Asian Counseling Services

Pan Asian Lawyers of San Diego

Stop AAPI Hate

TeachAAPI

Topaz Museum

Tule Lake Committee

Vietnamese American Bar Association of Northern California (VABANC)

Vietnamese American Community Center of the East Bay