No. 25-10534

# In the United States Court of Appeals for the Fifth Circuit

---

W.M.M., ET AL.,

*Petitioners - Appellants*,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, ET AL.,

*Respondents - Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
NO. 1:25-CV-00059

---

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* PROFESSOR ANDREW KENT IN SUPPORT OF PETITIONERS-APPELLANTS AND SUPPORTING AFFIRMANCE**

Deborah Malamud
Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
(212) 841-1000
dmalamud@cov.com

Brandon R. Gould
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
bgould@cov.com

*Attorneys for* Amicus Curiae *Professor Andrew Kent*

November 13, 2025

## SUPPLEMENTAL STATEMENT OF INTERESTED PARTIES

Pursuant to Fifth Circuit Rule 29.2 and Rule 28.2.1, *amicus curiae* make the following supplemental statement of interested parties to fully disclose all those with an interest in this brief.

<u>Amicus Curiae</u>
Andrew Kent

<u>Counsel for Amicus Curiae</u>
Brandon R. Gould
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
bgould@cov.com

Deborah Malamud
Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
(212) 841-1000
dmalamud@cov.com

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Pursuant to Federal Rule of Appellate Procedure 27 and 29(a)(3), *amicus curiae* Andrew Kent (hereinafter "*amicus*") respectfully moves for leave to file an *Amicus Curiae* Brief in Support of Petitioners-Appellants and Supporting Affirmance.

## MOVANT'S INTEREST

*Amicus* is a professor of constitutional law, foreign relations and the law, and legal history, who has written extensively about executive power, national security, the separation of powers, and the U.S Founding era. *Amicus* has a strong interest in the outcome of this litigation, as demonstrated by a recent publication about the Alien Enemies Act, which is described in his proposed *amicus* brief. *Amicus* believes the proposed *amicus* brief, will help the Court assess the parties' arguments concerning the meaning of the Alien Enemies Act of 1798.

*Amicus* Professor Andrew Kent is the Joseph M. McLaughlin Chair and Professor of Law at Fordham University. He earned his J.D. at Yale Law School. His research on constitutional law and legal history has been published in leading academic journals, including the *Harvard Law Review*, the *Columbia Law Review*, *Georgetown Law Journal*, and the *Journal of American Constitutional History*.

## CONSENT OF THE PARTIES

On November 6 and 10, *amicus*, through undersigned counsel, sought and received consent from counsel for the parties to file the proposed *amicus curiae* brief. On November 6, counsel for Petitioners-Appellants consented to the filing of the proposed *amicus curiae* brief, and on November 10, Respondents-Appellees consented to the filing of the proposed *amicus curiae* brief.

## REASON FOR AND RELEVANCE OF *AMICUS CURIAE*

Prospective *amicus* respectfully submits that his brief will assist the Court by providing information relevant to the question of the ordinary public meaning of the statutory terms "alien enemy," "invasion," and "predatory incursion," when the Alien Enemies Act was enacted in 1798. Professor Kent's brief will bring to the Court's attention a number of historical sources that shed light on the appropriate interpretation of the law.

## CONCLUSION

For the foregoing reasons, *amicus* respectfully requests that the Court grant leave to file an *amicus curiae* brief in support of Petitioners-Appellants.

Dated: November 13, 2025

Respectfully Submitted,

*/s/ Brandon Gould*
Brandon R. Gould
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
bgould@cov.com

## CERTIFICATE OF SERVICE

I, Brandon R. Gould, hereby certify that on November 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants:

Date:  November 13, 2025                                       Respectfully Submitted,

*/s/ Brandon R. Gould*
Brandon R. Gould
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
bgould@cov.com

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d), I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 345 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Times New Roman 14-point font using Microsoft Word 365.

Date:  November 13, 2024

Respectfully Submitted,

*/s/ Brandon R. Gould*
Brandon R. Gould
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
bgould@cov.com