# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 14, 2025

Mr. Norman Larry Eisen
Democracy Defenders Fund
600 Pennsylvania Avenue, S.E.
Suite 15180
Washington, DC 20003

    No. 25-10534   W.M.M. v. Trump
                     USDC No. 1:25-CV-59

Dear Mr. Eisen,

We received your amicus brief. A motion is needed to file the amicus brief at this point in the appeal, therefore, we are taking no action on this filing.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673

cc:
    Mr. Spencer Amdur
    Mr. Noah Baron
    Mr. Thomas Paul Buser-Clancy
    Ms. Amy E. Davis
    Mr. Tiberius T. Davis
    Mr. Drew C. Ensign
    Mr. Daniel Galindo
    Mr. Lee P. Gelernt
    Ms. Brianne Jenna Gorod
    Ms. Ashley Gorski
    Ms. Kathryn Huddleston
    Mr. Thomas T. Hydrick
    Mr. Omar C. Jadwat
    Mr. Sean Ming-Jun Lau
    Mr. My Khanh Ngo
    Mr. George M. Padis
    Ms. Adriana Cecilia Pinon
    Ms. Nancy Naseem Safavi

```
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin
```