# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 14, 2025

Ms. Leah Tulin
Brennan Center for Justice at NYU School of Law
1140 Connecticut Avenue, N.W.
Suite 1150
Washington, DC 20036

    No. 25-10534   W.M.M. v. Trump
                       USDC No. 1:25-CV-59

Dear Ms. Tulin,

We received your amicus brief. A motion is needed to file the amicus brief at this point in the appeal, therefore, we are taking no action on this filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
    Mr. Spencer Amdur
    Mr. Noah Baron
    Mr. Thomas Paul Buser-Clancy
    Ms. Amy E. Davis
    Mr. Tiberius T. Davis
    Mr. Norman Larry Eisen
    Mr. Drew C. Ensign
    Mr. Daniel Galindo
    Mr. Lee P. Gelernt
    Ms. Brianne Jenna Gorod
    Ms. Ashley Gorski
    Ms. Kathryn Huddleston
    Mr. Thomas T. Hydrick
    Mr. Omar C. Jadwat
    Mr. Sean Ming-Jun Lau
    Mr. My Khanh Ngo
    Mr. George M. Padis
    Ms. Adriana Cecilia Pinon

Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey