# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10534   A.R.P. v. Trump
                  USDC No. 1:25-CV-59

Enclosed is an order entered in this case.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Lisa E. Ferrara, Deputy Clerk
                         504-310-7675

Mr. Spencer Amdur
Mr. Noah Baron
Mr. Thomas Paul Buser-Clancy
Ms. Amy E. Davis
Mr. Tiberius T. Davis
Mr. Norman Larry Eisen
Mr. Drew C. Ensign
Mr. Daniel Galindo
Mr. Lee P. Gelernt
Ms. Brianne Jenna Gorod
Ms. Ashley Gorski
Mr. Brandon R. Gould
Ms. Kathryn Huddleston
Mr. Thomas T. Hydrick
Mr. Omar C. Jadwat
Mr. Sean Ming-Jun Lau
Mr. My Khanh Ngo
Mr. George M. Padis
Ms. Adriana Cecilia Pinon
Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin