# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 19, 2025

Ms. Brianne Jenna Gorod
Constitutional Accountability Center
1730 Rhode Island Avenue, N.W.
Suite 501
Washington, DC 20036

    No. 25-10534   A.R.P. v. Trump
                        USDC No. 1:25-CV-59

Dear Ms. Gorod,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Lisa E. Ferrara, Deputy Clerk
                            504-310-7675

cc:
    Mr. Spencer Amdur
    Mr. Noah Baron
    Mr. Thomas Paul Buser-Clancy
    Ms. Amy E. Davis
    Mr. Tiberius T. Davis
    Mr. Norman Larry Eisen
    Mr. Drew C. Ensign
    Mr. Daniel Galindo
    Mr. Lee P. Gelernt
    Ms. Ashley Gorski
    Mr. Brandon R. Gould
    Ms. Kathryn Huddleston
    Mr. Thomas T. Hydrick
    Mr. Omar C. Jadwat
    Mr. Sean Ming-Jun Lau
    Mr. My Khanh Ngo
    Mr. George M. Padis
    Ms. Adriana Cecilia Pinon

Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin