# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 19, 2025

Mr. Darren S. Teshima
Covington & Burling, L.L.P.
415 Mission Street
Suite 5400
Suite 5400
San Francisco, CA 94105

   No. 25-10534   A.R.P. v. Trump
                    USDC No. 1:25-CV-59

Dear Mr. Teshima,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Lisa E. Ferrara, Deputy Clerk
                    504-310-7675

cc:
   Mr. Spencer Amdur
   Mr. Noah Baron
   Mr. Thomas Paul Buser-Clancy
   Ms. Amy E. Davis
   Mr. Tiberius T. Davis
   Mr. Norman Larry Eisen
   Mr. Drew C. Ensign
   Mr. Daniel Galindo
   Mr. Lee P. Gelernt
   Ms. Brianne Jenna Gorod
   Ms. Ashley Gorski
   Mr. Brandon R. Gould
   Ms. Kathryn Huddleston
   Mr. Thomas T. Hydrick
   Mr. Omar C. Jadwat
   Mr. Sean Ming-Jun Lau
   Mr. My Khanh Ngo

Mr. George M. Padis
Ms. Adriana Cecilia Pinon
Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Patrick Toomey
Ms. Leah Tulin