# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 19, 2025

Ms. Leah Tulin
Brennan Center for Justice at NYU School of Law
1140 Connecticut Avenue, N.W.
Suite 1150
Washington, DC 20036

    No. 25-10534   A.R.P. v. Trump
                     USDC No. 1:25-CV-59

Dear Ms. Tulin,

You must electronically file a "Form for Appearance of Counsel" for Professor Geoffrey Corn within 14 days from this date, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3.  The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              */s/ Lisa E. Ferrara*
                       By: _____
                       Lisa E. Ferrara, Deputy Clerk
                       504-310-7675

cc:
    Mr. Spencer Amdur
    Mr. Noah Baron
    Mr. Thomas Paul Buser-Clancy
    Ms. Amy E. Davis
    Mr. Tiberius T. Davis
    Mr. Norman Larry Eisen
    Mr. Drew C. Ensign
    Mr. Daniel Galindo
    Mr. Lee P. Gelernt
    Ms. Brianne Jenna Gorod
    Ms. Ashley Gorski
    Mr. Brandon R. Gould
    Ms. Kathryn Huddleston
    Mr. Thomas T. Hydrick
    Mr. Omar C. Jadwat

```
Mr. Sean Ming-Jun Lau
Mr. My Khanh Ngo
Mr. George M. Padis
Ms. Adriana Cecilia Pinon
Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
```