# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 19, 2025

Ms. Leah Tulin
Brennan Center for Justice at NYU School of Law
1140 Connecticut Avenue, N.W.
Suite 1150
Washington, DC 20036

　　No. 25-10534　A.R.P. v. Trump
　　　　　　　　　USDC No. 1:25-CV-59

Dear Ms. Tulin,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Lisa E. Ferrara, Deputy Clerk
　　　　　　　　　　　　　　　504-310-7675

cc:
　　Mr. Spencer Amdur
　　Mr. Noah Baron
　　Mr. Thomas Paul Buser-Clancy
　　Ms. Amy E. Davis
　　Mr. Tiberius T. Davis
　　Mr. Norman Larry Eisen
　　Mr. Drew C. Ensign
　　Mr. Daniel Galindo
　　Mr. Lee P. Gelernt
　　Ms. Brianne Jenna Gorod
　　Ms. Ashley Gorski
　　Mr. Brandon R. Gould
　　Ms. Kathryn Huddleston
　　Mr. Thomas T. Hydrick
　　Mr. Omar C. Jadwat
　　Mr. Sean Ming-Jun Lau
　　Mr. My Khanh Ngo
　　Mr. George M. Padis

Ms. Adriana Cecilia Pinon
Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey