# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 19, 2025

Mr. Norman Larry Eisen
Democracy Defenders Fund
600 Pennsylvania Avenue, S.E.
Suite 15180
Washington, DC 20003

    No. 25-10534   A.R.P. v. Trump
                            USDC No. 1:25-CV-59

Dear Mr. Eisen,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Lisa E. Ferrara, Deputy Clerk
                                        504-310-7675

cc:
- Mr. Spencer Amdur
- Mr. Noah Baron
- Mr. Thomas Paul Buser-Clancy
- Ms. Amy E. Davis
- Mr. Tiberius T. Davis
- Mr. Drew C. Ensign
- Mr. Daniel Galindo
- Mr. Lee P. Gelernt
- Ms. Brianne Jenna Gorod
- Ms. Ashley Gorski
- Mr. Brandon R. Gould
- Ms. Kathryn Huddleston
- Mr. Thomas T. Hydrick
- Mr. Omar C. Jadwat
- Mr. Sean Ming-Jun Lau
- Mr. My Khanh Ngo
- Mr. George M. Padis
- Ms. Adriana Cecilia Pinon

```
Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Carl Takei
Mr. Darren S. Teshima
Mr. Patrick Toomey
Ms. Leah Tulin
```