No. 25-10534

## United States Court of Appeals
## for the Fifth Circuit

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners—Appellants,*

– v. –

Donald J. Trump, *in his official capacity as President of the United States*, et al.,

*Respondents—Appellees.*

On Appeal From the United States District Court
for the Northern District of Texas
USDC NO. 1:25-CV-59

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR AMICI CURIAE JAPANESE AMERICAN CITIZENS LEAGUE AND OTHER ASIAN AMERICAN AND PACIFIC ISLANDER ("AAPI") ORGANIZATIONS**

Noah Baron
Asian Americans Advancing Justice
| AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 868-0396
nbaron@advancingjustice-aajc.org

Robert S. Chang
Fred T. Korematsu Center for Law
and Equality
UC Irvine School of Law
401 E. Peltason Dr.
Irvine, CA 92697
Telephone: (949) 824-3034
rchang@law.uci.edu

Darren Seiji Teshima
Robert D. Fram
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
dteshima@cov.com
rfram@cov.com

Benedict M. Lenhart
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5114
blenhart@cov.com

Carl Takei
Asian Law Caucus
55 Columbus Ave.
San Francisco, CA 94111
Telephone: (415) 212-8588
carlt@asianlawcaucus.org

*Attorneys for Amicus Curiae*

Pursuant to Fifth Circuit Rule 27.1.10, Amici Curiae Japanese American Citizens League and other Asian American and Pacific Islander ("AAPI") organizations respectfully move to withdraw Carl Takei's appearance in this case, and to substitute Joshua Rosenthal as Counsel to replace Mr. Takei. In support of this Motion, *amici* state the following:

1. Carl Takei is departing the Asian Law Caucus on December 1, 2025.

2. Mr. Rosenthal is entering a Notice of Appearance in this case in a separate docket entry.

3. In addition to Mr. Rosenthal, *amici* will continue to be represented by counsel at Asian Americans Advancing Justice | AAJC, the Fred T. Korematsu Center for Law and Equality, and Covington & Burling LLP.

Respectfully submitted,

COVINGTON & BURLING LLP

Darren Seiji Teshima
Robert D. Fram
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
dteshima@cov.com
rfram@cov.com

Benedict M. Lenhart
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5114

blenhart@cov.com

Robert S. Chang
Fred T. Korematsu Center for Law and
Equality
UC Irvine School of Law
401 E. Peltason Dr.
Irvine, CA 92697
Telephone: (949) 824-3034
rchang@law.uci.edu

*/s/ Carl Takei*
Carl Takei
Asian Law Caucus
55 Columbus Ave.
San Francisco, CA 94111
Telephone: (415) 212-8588
carlt@asianlawcaucus.org

Noah Baron
Asian Americans Advancing Justice
|AACJ
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 868-0396
nbaron@advancingjustice-aajc.org

*Counsel for Amici Curiae Japanese
American Citizens League and other
Asian American and Pacific Islander
("AAPI") organizations*

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Carl Takei*
Carl Takei

*Counsel for Amici Curiae*
*Japanese American Citizens*
*League and other Asian*
*American and Pacific Islander*
*("AAPI") organizations*