# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 02, 2025

Mr. Noah Baron
Asian Americans Advancing Justice - AAJC
1620 L Street, N.W.
Suite 1050
Washington, DC 20036

Mr. Carl Takei
Asian Law Caucus
55 Columbus Avenue
San Francisco, CA 94111

Mr. Darren S. Teshima
Covington & Burling, L.L.P.
415 Mission Street
Suite 5400
Suite 5400
San Francisco, CA 94105

　　　　No. 25-10534　　A.R.P. v. Trump
　　　　　　　　　　　　USDC No. 1:25-CV-59

Dear Mr. Baron, Mr. Takei, Mr. Teshima,

We are taking no action on the motion to withdraw as counsel.  It was incorrectly filed as a motion filed on behalf of party instead of as a motion filed on behalf of counsel. In light of counsel is retained, no motion is necessary. The party's remaining counsel may file a letter in the case advising that this attorney is no longer representing this party.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　　*Lisa E. Ferrara*
　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Lisa E. Ferrara, Deputy Clerk
　　　　　　　　　　　　　　　　504-310-7675

cc:
　　Mr. Spencer Amdur

Mr. Thomas Paul Buser-Clancy
Ms. Amy E. Davis
Mr. Tiberius T. Davis
Mr. Norman Larry Eisen
Mr. Drew C. Ensign
Mr. Daniel Galindo
Mr. Lee P. Gelernt
Ms. Brianne Jenna Gorod
Ms. Ashley Gorski
Mr. Brandon R. Gould
Ms. Kathryn Huddleston
Mr. Thomas T. Hydrick
Mr. Omar C. Jadwat
Mr. Sean Ming-Jun Lau
Ms. Sidra Mahfooz
Mr. My Khanh Ngo
Mr. George M. Padis
Ms. Adriana Cecilia Pinon
Ms. Nancy Naseem Safavi
Mr. Oscar Sarabia Roman
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Patrick Toomey
Ms. Leah Tulin