# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 28, 2026

Mr. Spencer Amdur
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Thomas Paul Buser-Clancy
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Tiberius T. Davis
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20530

Mr. Drew C. Ensign
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Daniel Galindo
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

Ms. Ashley Gorski
American Civil Liberties Union Foundation
125 Broad Street
18th Floor

New York, NY 10004-2400

Ms. Kathryn Huddleston
American Civil Liberties Union
915 15th Street, N.W.
7th Floor
Washington, DC 20005-0000

Mr. Omar C. Jadwat
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
18th Floor
New York, NY 10004-0000

Mr. Sean Ming-Jun Lau
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Ms. Sidra Mahfooz
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004-2400

Mr. My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
San Francisco, CA 94104

Mr. George M. Padis
Sbaiti & Company, P.L.L.C.
3102 Maple Avenue
Suite 4900W
Dallas, TX 75201

Ms. Adriana Cecilia Pinon
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Ms. Nancy Naseem Safavi
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

Mr. Oscar Sarabia Roman
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Hina Shamsi
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Ms. Noelle Smith
American Civil Liberties Union Foundation
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Patrick Toomey
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

     No. 25-10534   A.R.P. v. Trump
                            USDC No. 1:25-CV-59

Dear Counsel:

At oral argument, counsel for petitioners informed the court that two of the named petitioners, W.M.M. and F.G.M., have been removed from the country under the immigration laws. But neither petitioners' counsel nor the government's counsel was able to provide the court with information regarding the immigration status of the only named petitioner who remains in this country, A.R.P. The court directs counsel for the petitioners and for the government to provide, within seven days, the complete immigration status of all three named petitioners, including the one who remains in this country. It is to be filed in this office on or before Wednesday February 4, 2026.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Lisa E. Ferrara, Deputy Clerk
                                            504-310-7675

cc:
    Mr. Noah Baron
    Ms. Amy E. Davis
    Mr. Norman Larry Eisen
    Ms. Brianne Jenna Gorod

Mr. Brandon R. Gould
Mr. Thomas T. Hydrick
Mr. William Jeffrey Olson
Mr. Joshua A. Rosenthal
Mr. Joseph David Spate
Mr. Carl Takei
Mr. Darren S. Teshima
Ms. Leah Tulin