In The United States Court of Appeals

For The 5th Circuit

Appeal No: 25-10534

W.M.M

and

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Proposed Plaintiff-Intervenor

v.

TRUMP

<u>Emergency Motion to Intervene, Disqualify Opposing Counsel, and Transfer to the Original Jurisdiction Docket of the US Supreme Court</u>

The Plaintiff respectfully requests the Court allow intervention by right under Federal Rule of Civil Procedure 24 in accordance with Article 13 and 14 of the UN Convention against Torture. Disqualify Opposing Counsel for failing to be candid with the Tribunal. Given the nature of the case involving foreign and Ambassadors immediately transfer this case to the Original Jurisdiction Docket of the US Supreme Court.

I.    Background

The Proposed Intervenor filed an Emergency Motion to Intervene and Consolidate at ECF 212 December 16, 2025 in US District Court District of Columbia Case No 1:25-cv-00766-JEB JGG

et al. V. Trump et al. The relief requested in US District Court District of Columbia Case No

1:25-cv-04178 Hedling V Trump et al is:

Declaratory Relief:
1. Declares in line with the Nuremberg Principles US Military Personnel can be held criminally liable under international criminal law for obeying orders they know to be unlawful.
2. Declares warrants from foreign courts or international tribunals exercising Universal Jurisdiction in matters of international criminal law in the absence of the Department of Justice to act lawfully can be executed by the Military Police of the United States Army.
3. Determines if the Secretary of the Treasury in line with international law is the acting President of the United States.
Injunctive Relief:
1. Sets a deadline for a special presidential election to take place to ensure a peaceful transition of power.
2. Any relief this Court Deems Just and Proper.

Per EX 2 an EX Parte TRO filed January 21, 2026 Hedling V Boasberg requesting the following relief

1. Suspend the Defendants ability to act as a Article 3 Judge.

2. Transfer his duties to another Article 3 Judge.

3. Immediately assign and all the Plaintiff's unassigned Litigation

4. Any relief this Court Deems Just and Proper.

In addition to the January EX 3 the affidavit in Support of the January 16, 2026 appeal of the

Denial of the Emergency Motion to Intervene and Consolidate. Along with EX 4 a December 31,

2025 Emergency Motion for a Declaratory Judgment requesting

"1, Determines given the number of Ambassadors and Foreign Ministers refusing to aid the class members by invoking Article 35 of the UN Charter to hold Donald J Trump accountable for the Crime Against Humanity of Mass Deportation. If the Court lacks subject matter jurisdiction as cases involving Ambassadors are Original jurisdiction cases of the US Supreme Court"

It is doubtful the Court has Subject Matter Jurisdiction.

II.    Neither the ACLU or the Defendants can lie via omission to the Tribunal

To exclude the Proposed Intervenor is a violation of the Principles of Jus Cogens. To lie to their

clients respectively the class members and the American people is inexcusable.

Conclusion

The Plaintiff respectfully requests the Court allow intervention by right under Federal Rule of

Civil Procedure 24 in accordance with Article 13 and 14 of the UN Convention against Torture.

Disqualify Opposing Counsel for failing to be candid with the Tribunal. Given the nature of the

case involving foreign and Ambassadors immediately transfer this case to the Original

Jurisdiction Docket of the US Supreme Court.

Signed on the 28th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)


Respectfully submitted,
/s/ Borealis S Hedling
Proposed Plaintiff-Intervenor
 They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957

Certification of Service

I certify under penalty of perjury a good faith attempt was made to email documents to relevant parties and file this action with the ECF help desk having no other means of transmission.

The Plaintiffs Counsel

nsmith@aclu.org

mngo@aclu.org

osarabia@aclu.org

samdur@aclu.org

cwofsy@aclu.org

aspitzer@acludc.org

smichelman@acludc.org

ashah@acludc.org

lgelernt@aclu.org

dgalindo@aclu.org

agorski@aclu.org

ptoomey@aclu.org

smahfooz@aclu.org

ojadwat@aclu.org

hshamsi@aclu.org

m.tan@aclu.org

strivedi@democracyforward.org

bgirard@democracyforward.org

mwaldman@democracyforward.org

srich@democracyforward.org

sperryman@democracyforward.org

awiggins@democracyforward.org

ccoogle@democracyforward.org

pboisture@democracyforward.org

The Department of Justice:

Drew.c.ensign@usdoj.gov

tiberius.davis@usdoj.gov

SUPREMECTBRIEFS@usdoj.gov & USADCS.ServiceCivil@usdoj.gov

johnny.walker@usdoj.gov

alicia.dupree@usdoj.gov

usadc.civil@usdoj.gov


Signed on the 28th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)


Respectfully submitted,
/s/ Borealis S Hedling
Proposed Plaintiff-Intervenor
 They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957