RECEIVED

Jan 28, 2026

U.S. COURT OF APPEALS

FIFTH CIRCUIT

US District Court District of Columbia

Case No: _____

To be assigned

Borealis S Hedling
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Plaintiff

V.

James Emanuel Boasberg (Chief Judge of the DC Circuit
US District Court District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001
Defendant

**Subject Matter Jurisdiction:**

The Alien Tort Statute (ATS) 28 U.S.C. § 1350 Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

1. The Plaintiff will note a Emergency Petition for a Writ of Mandamus is not a timely enough judicial remedy for the irreparable harm the Defendant is having on the Plaintiff's access to the courts. Or per EX 1 a January 2, 2026 email entitled "I would also caution the High Court Central Office a US Court just upheld my Defacto Public Execution via medical deprivation and Transnational Repression." The Plaintiff's right to life.

2. Per EX 2 a December 5, 2026 Emergency Response to the Swedish Police War Crimes Unit that is respectively EX 1 in ECF 212 a Emergency Motion to Intervene and Consolidate in JGG et al v Trump et al. Denied January 16, 2026 in a Minute Order. That appears to exploit attitudinal biases against filers that have potential difficulties with written communication at times is not just an abuse of discretion. Per the still not granted Emergency Motion for an EX Parte TRO in US District Court District of Columbia Case No 1:25-cv-04062-UNA Hedling v Meek et al. Is the literal definition of obstructing access to the Courts as these cases go unassigned for no valid reasons when the Defendant holds the primary obligation for Case assignment.

US District Court District of Columbia

Case No: 1:25-cv-04062-UNA

Emergency Motion for a EX Parte TRO

Hedling

V.

Meek et al.

1. Per the below the Plaintiff as the last lump sum to be paid for equity in their property still in an illegal foreclosure is to be paid near the end of January 2026. Absent the Court acting on the Plaintiff's Motion for Summary Judgment for the relief requested November 14, 2025:

**<u>Injunctive Relief:</u>**

1. As long as the Government of the United States refuses to meet their obligations to provide fair and adequate compensation to the Plaintiff as required by Article 14 of the UN Convention against Torture. Direct Clerks of US Courts to accept the Plaintiff's filings via email at no cost.
2. End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all government services.
3. Any Relief this Court Deems Just and Proper.

**<u>Declaratory Relief:</u>**
1. Declares the enforceable right to Redress in Article 14 of the UN Convention against Torture is a self executing provision absent Congress meeting requirements to provide a Framework in the US Legal system as required by the plain text of the Treaty.
2. Declares victims of torture have a constitutional right to counsel when seeking redress.
3. Declares victims of torture are exempt from court costs. Under Article 13 of the UN Convention against Torture as charging them is a form of ill-treatment and delays prompt review.
4. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence.
5. Declares Foreign Ambassadors are not Immune to legal claims in US Courts arising from violations of international criminal law.
6. Determines if the US Supreme Court Jurisdictional deadline of 90 days in cases arising from claims under Article 14 of the UN Convention against Torture is enforceable.

2. Will be forced to figure out service of process absent counsel in some of the most complex human rights litigation filed in a US Court. Be robbed of more resources.

I Borealis S Hedling (former legal name: Jeremy M Lawson) request if the Courts don't grant access to proceed in Forma Pauperis by the time the 3rd lump sum payment for equity sold in the Property at 1 Lydall ST Manchester, CT 06042 is paid be dispersed as follows. Given a lack of identity documents or means of receiving funds. I authorize ███████ to receive the full $5,000 from ████████████ to facilitate this transaction.



1.  $605 check payable to "Clerk, U.S. District Court" Memo line "Case: 25-5398"

2.  $405 check payable to "Clerk, U.S. District Court" Memo line "Case: 1:25-cv-04062"

3.  $405 check payable to "Clerk, U.S. District Court" Memo line "Case: 1:25-cv-04178"

4.  $405 check payable to "Clerk, U.S. District Court" Memo line "Case: 1:25-cv-04268"

5.  $405 check payable to "Clerk, U.S. District Court" Memo line "Case: 1:26-cv-0098"

6.  $405 check payable to "Clerk, U.S. District Court" Memo line "Case: 1:26-cv-00101"

Mailed US Express Mail to:

US District Court Clerks Office
333 Constitution Ave NW
Washington, DC 20001

The remainder of the funds approximately $1440 I request be combined with the $3000 in cash I authorize my sister h█████████ to give to p█████████ pay for the retainer of an attorney to appropriately advise on the best financial services to ensure future economic independence and safety as an individual with disabilities.

Signed on the 17th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

/s/ Borealis S Hedling
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957

3.  Given each of the Defendants have been effectively served via email repeatedly and this entire litigation is about meeting the basic plain text requirements of Article 13 and 14 of the UN Convention against Torture. The Plaintiff seeks the to Court act to preserve what little assets the Plaintiff may have access to versus further destroying their life to shield officials violating international law.

4.  The Plaintiff has no adequate remedy at law.

Wherefore the Plaintiff Prays the Court:

1.  Allows the Plaintiff to retain the proceeds from the sale of the equity in their property and have those proceeds not be countable in any concurrent Motions to Proceed in Forma Pauperis.

2.  Any relief this Court Deems Just and Proper.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 17th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland).

Respectfully submitted,
/s/ Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957



3. Per a January 21, 2026 Motion to Clarify this is not legal…

US District Court District of Columbia

Case No: 1:25-cv-00766-JEB

**Emergency Motion to Clarify**

J.G.G. et al.,
Plaintiffs,

and

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Future Appellant-Plaintiff

v.

Trump et al.
Defendants,

The Future Appellant-Plaintiff respectfully requests the Court to clarify 2 facts of law. To help guide the Circuit Court of Appeals in pending appeals.

1. In regards to the Courts denial of the Emergency Motion to Intervene and Consolidate at ECF 212 on January 16, 2026. Please clarify if this denial also constitutes a ruling on The January 3, 2026 Motion to Recuse and For Summary Judgement at ECF 226.

2. In regards to the January 20, 2026 Order denying leave to file a January 13, 2026 Motion to Disqualify Opposing Counsel at ECF 228. If this is based on merits or asserted lack of standing to right to intervene under Article 13 and 14 of the UN Convention Against Torture.

Signed on the 21st of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Future Appellant-Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)

Borealis.appeals@gmail.com
+1-959-999-8957

Wherefore The Plaintiff Prays the Court.

1. Suspend the Defendants ability to act as a Article 3 Judge.

2. Transfer his duties to another Article 3 Judge.

3. Immediately assign and all the Plaintiff's unassigned Litigation

4. Any relief this Court Deems Just and Proper.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 21st of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Respectfully submitted,
/s/ Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
+1-959-999-8957
Borealis.appeals@gmail.com




# I would also caution the High Court Central Office a US Court just upheld my Defacto Public Execution via medical deprivation and Transnational Repression

1 message

**Borealis** <borealis.appeals@gmail.com>                                    Fri, Jan 2, 2026 at 5:16 p.m.
To: Deed Poll Query <deedpollquery@courts.ie>, HighCourtCentralOffice@courts.ie, OfficeoftheCEO@courts.ie, info@judicialcouncil.ie, hrc-sr-truth@un.org
Cc: ogis@nara.gov, contact@csso.gov.ie, Niall Collins <niall.collins@oireachtas.ie>, helen.mcentee@oireachtas.ie

I am fairly certain enrolling the 25/9/25 deeds poll as is. Contextually is appropriate...

---------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Fri, Jan 2, 2026, 4:31 PM
Subject: PID 1551608/25 Borealis S Hedling: The US District Court denies basically medical care in a January 2, 2025 order against Article 14 of the UN Convention Against Torture
To: International Protection Office <info@ipo.gov.ie>
Cc: <info@judicialcouncil.ie>, <sgcentral@un.org>, <press@trumporg.com>, <Robert.E.McGuire@usdoj.gov>, <drew.c.ensign@usdoj.gov>, <alicia.dupree@usdoj.gov>, <Usadc.servicecivil@usdoj.gov>, <SUPREMECTBRIEFS@usdoj.gov>, <johnny.walker@usdoj.gov>, <shecker@heckerfink.com>, <jdabbs@heckerfink.com>, <dpatton@heckerfink.com>, <rdean@srvhlaw.com>, <AD1-AGC@nycourts.gov>, <nsmith@aclu.org>, <mngo@aclu.org>, <osarabia@aclu.org>, <samdur@aclu.org>, <cwofsy@aclu.org>, <aspitzer@acludc.org>, <smichelman@acludc.org>, <ashah@acludc.org>, <lgelernt@aclu.org>, <dgalindo@aclu.org>, <agorski@aclu.org>, <ptoomey@aclu.org>, <smahfooz@aclu.org>, <ojadwat@aclu.org>, <hshamsi@aclu.org>, <m.tan@aclu.org>, <strivedi@democracyforward.org>, <bgirard@democracyforward.org>, <mwaldman@democracyforward.org>, <srich@democracyforward.org>, <sperryman@democracyforward.org>, <awiggins@democracyforward.org>, <ccoogle@democracyforward.org>, <pboisture@democracyforward.org>, <tiberius.davis@usdoj.gov>, <executive.office@dcbar.org>, <JCD_PetitionforReview@ao.uscourts.gov>, <4CCA-JudicialComplaints@ca4.uscourts.gov>, <holysee.oas@diplomat.va>, <na.ireland@diplomat.va>, <hrc-sr-truth@un.org>, <administratorcls@cclsmiami.org>, <legalcooperation@oas.org>, <tramite@corteidh.or.cr>, <cidh-prensa@oas.org>, <CIDHDenuncias@oas.org>, <ethicsoffice@un.org>, <dppa-scsb3@un.org>, <dppa-repertoire@un.org>, <hrc-sr-education@un.org>, <hrc-ie-solidarity@un.org>, <hrc-ie-internationalorder@un.org>, <hrc-sr-disability@un.org>, <hrc-sr-torture@un.org>, <hrc-sr-freedex@un.org>, <hrc-sr-defenders@un.org>, <hrc-sr-freeassembly@un.org>, <thomaswenski@miamiarch.org>, <contact@flacathconf.org>, <abrito@britopllc.com>, <apiriou@britopllc.com>, <edward@taylordykema.com>, <dan@epsteinco.co>, <sarah.jones@bbc.co.uk>, <info@fundacioncompaz.org>, <hague@ictj.org>, <brussels@ictj.org>, <aroccatello@ictj.org>, <MAbohousene@ictj.org>, <MAbrahamyan@ictj.org>, <makumu@ictj.org>, <cboland@ictj.org>, <fbouzeineddine@ictj.org>, <kbusol@ictj.org>, <rcarranza@ictj.org>, <RCastellucci@ictj.org>, <acham@ictj.org>, <tchristmas@ictj.org>, <mcosson@ictj.org>, <rduthie@ictj.org>, <NElBejjani@ictj.org>, <selgantri@ictj.org>, <sfalasca@ictj.org>, <jfishkin@ictj.org>, <ggaskill@ictj.org>, <DGbery@ictj.org>, <agomez@ictj.org>, <CGGarcia@ictj.org>, <lgonzalez@ictj.org>, <ggutierrez@ictj.org>, <SHaroun@ictj.org>, <vhoelker@ictj.org>, <Fitani@ictj.org>, <sjallow@ictj.onmicrosoft.com>, <banne@ictj.org>, <cvertus@ictj.org>, <nkabawat@ictj.org>, <SKasande@ictj.org>, <rkiyimba@ictj.org>, <aknight@ictj.org>, <aprendiz@ictj.org>, <imartorelli@ictj.onmicrosoft.com>, <kmeregali@ictj.org>, <Emerrittcuneo@ictj.org>, <mcmoreno@ictj.org>, <MPorciuncula@ictj.org>, <kmuddell@ictj.org>, <jmugero@ictj.org>, <cmuñoz@ictj.org>, <ENaughton@ictj.org>, <ANdonga@ictj.org>, <ssouto@ictj.org>, <dramirez@ictj.org>, <mmrivera@ictj.org>, <stassew@ictj.org>, <hvarney@ictj.org>, <cvega@ictj.org>, <rwilloughby@ictj.org>, <sworkineh@ictj.org>, <democracy@coe.int>, <echrpress@echr.coe.int>, <helen.mcentee@oireachtas.ie>, <cdublin@cancilleria.gov.co>, <lzalabata@colombiaun.org>, <colombia@colombiaun.org>, <colombia@oas.org>, <donu.suiza@cancilleria.gov.co>, Atencion FGR <atencionfgr@fgr.org.mx>, <facultad@derecho.unam.mx>, CARLOS JAVIER VERDUZCO REINA <bufetejuridico@derecho.unam.mx>, <convotoriasderecho@uniandes.edu.co>, <derecho@uniandes.edu.co>, <seccionalmagdalenamedio@udea.edu.co>, <presidencia@cndj.gov.co>, <Direccion.juridica@javeriana.edu.co>, <admissions@naropa.edu>, <service@americanbar.org>, <ogis@nara.gov>, <hrwpress@hrw.org>, <hrwdc@hrw.org>, <press@amnesty.org>, <press@transparency.org>, <lordmayor@dublincity.ie>, <contact@csso.gov.ie>, <info@justice.ie>, <osd.pa.dutyofficer@mail.mil>, <AF.JAX.Workflow@us.af.mil>, <16AF.PA.MediaOps@us.af.mil>, <OnTheRecord@usmc.mil>, <PTGN_CHINFONEWSDESK@navy.mil>, <warcompa@socom.mil>, <osd.pentagonpressbadges@mail.mil>, <oaglitigationmailbox@advocategeneral.gov.uk>, <info@law4palestine.org>,

<sar@mfa.gov.il>, <911@mfa.gov.il>, <info@adalet.gov.tr>, <embassy.dublin@mfa.gov.tr>, <usadc.civil@usdoj.gov>, <info@ihrec.ie>, <Me...Rela...g.mi...omp... p...l...c...om>, <tips@themarysue.com>, <tips@newyorker.com>, <tips@injusticewatch.org>, <tips2@bloomberg.net>, <scoop@motherjones.com>, <newstips@commondreams.org>, <newsmanager@foxnews.com>, <news@skynews.com>, <news@thejournal.ie>, <news@irishstar.com>, <news@justsecurity.org>, <newsdesk@irishlegal.com>, <news@ctpublic.org>, <newsdesk@irishtimes.com>, <enquiries@ombudsman.org.za>, <info@medieombudsmannen.se>, <complaints@mediacouncil.ca>, <pfu@presse.no>, <Simon.harris@oireachtas.ie>, <ambassaden.dublin@gov.se>, <ambassaden.washington@gov.se>, <dmr@dmr.is>, <mfa@mfa.is>, <forseti@forseti.is>, <eirlanda@cancilleria.gov.co>, <cru@calbar.ca.gov>, PublicTrustLiaisonInquiry <PublicTrustLiaisonInquiry@calbar.ca.gov>, <ExecutiveDirector@calbar.ca.gov>, <GC@calbar.ca.gov>, <helpline@eda.admin.ch>, <sar@justice.gov.il>, <um@um.dk>, <pressevagten@um.dk>, <bbb@um.dk>, <udenrigsministeren@um.dk>, <dubamb@um.dk>, <GovPublicRecords@la.gov>, <SSK@ankl.dk>, <justitieombudsmannen@jo.se>, <delegation-china@eeas.europa.eu>, <delegation-strasbourg-1@eeas.europa.eu>, <delegation-argentina-pol@eeas.europa.eu>, <delegation-new-york-intern@eeas.europa.eu>, <delegation-japan@eeas.europa.eu>, <delegation-brazil@eeas.europa.eu>, <delegation-paris@eeas.europa.eu>, <EO@ombudsman.europa.eu>



(Attachments: # 1 Exhibit 19, # 2 Exhibit 20) (zjm) (Entered: 12/31/2025)

| Main Doc | Request for Leave to File Review | ⊘ |

220  Dec 30, 2025

REQUEST FOR LEAVE TO FILE REVIEW. The attached document requires leave to file: Motion for Declaratory - BOREALIS S. HEDLING. Reason(s): Filer is not a party to the case. (zjm) (Entered: 12/31/2025)

| Main Doc | Request for Leave to File Review | ⊘ |

Jan 2, 2026

MINUTE ORDER: As the relief sought has nothing to do with this case, the Court ORDERS that proposed Intervenor's 217 Motion is DENIED. So ORDERED by Chief Judge James E. Boasberg on January 2, 2026. (lcjeb4)

Jan 2, 2026      .Order

Jan 2, 2026

MINUTE ORDER: The Court ORDERS that the 218, 219, and 220 Requests for Leave to File are DENIED. So ORDERED by Chief Judge James E. Boasberg on January 2, 2026. (lcjeb4)

Order

2 of 2

**Newsletter**

Sign up to receive the Free Law Project newsletter with tips and announcements.

Subscribe

Which is effectively a flagrant violation of Article 14 of the UN Convention Against Torture and narrowing the courts

Jurisdiction abusively. Given effectively the assertion the US via the government of Ireland is causing the deprivation. The State Department is acting under the color of law. It is unreasonable that I could prevail in proceedings.

You can't appeal the denial of an EX Parte TRO. Until Judge Boasberg outright denies a Motion to Intervene and Consolidate it is not worth fighting the Denial of leave to file at ECF 218, 219, and 220.

--------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Wed, Dec 31, 2025, 10:46 PM
Subject: I also told scholars at risk I was so desperate for medical care your Government is required to provide me under Article 14 of the UN Convention Against Torture I have to beg hostile governments for it
To: <minister_fheris@dfheris.gov.ie>
Cc: <vpolitis@tcd.ie>, <hrc-sr-education@un.org>, <academic.registry@tcd.ie>, <philosophy@tcd.ie>

I don't feel like Trinity college not responding to me since 24/9/25 is super legal or ethical

--------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Wed, Dec 31, 2025, 10:38 PM
Subject: Help please: You will notice I was so desperate for medical care your Government is required to provide me under Article 14 of the UN Convention Against Torture I have to beg hostile governments for it
To: <sareurope@mu.ie>, <apply.scholarsatrisk@nyu.edu>

This is what happens when you are blacklisted by 100+ Universities. Even some of them are in your network...

--------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Mon, Dec 29, 2025, 12:28 AM
Subject: You will notice I was so desperate for medical care your Government is required to provide me under Article 14 of the UN Convention Against Torture I have to beg hostile governments for it
To: OMB Ombudsman Complaints <complaints@ombudsman.ie>, <minister_odonnell_office@health.gov.ie>, dohtocomplaints <dohtocomplaints@hse.ie>, <hrc-sr-truth@un.org>, <hrc-sr-disability@un.org>, <provost@tcd.ie>, <secretar@tcd.ie>, <law.postgraduate@tcd.ie>
Cc: <ogis@nara.gov>, <support@protectdefenders.eu>, <info@frontlinedefenders.org>

Denial of medical evacuations to Switzerland, Sweden, Columbia, and now begging a US Court.

Concurrent to Doctors without Borders.

What is your Governments actually response?

I can't have a bank account, go to college, get basic medication. Legitimately why is Simon Harris not incarcerated?

--------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Wed, Dec 24, 2025, 1:34 PM
Subject: Emergency Request for Representation in US District of Southern Florida: 1:25-cv-25894 Trump v. The BBC
To: <administratorcls@cclsmiami.org>, <thomaswenski@miamiarch.org>, <contact@flacathconf.org>, <hrc-ie-solidarity@un.org>, <hrc-sr-independencejl@un.org>
Cc: <info@crosscare.ie>, <procathedral@dublindiocese.ie>, <abrito@britopllc.com>, <apiriou@britopllc.com>, <edward@taylordykema.com>, <dan@epsteinco.co>, <sarah.jones@bbc.co.uk>

Good afternoon,
I have not had the best relationship with the Catholic Church globally on a systemic level. Cross Care and St Mary's Pro Cathedral on an individual level have helped me through an incredibly terrible time. Seeking resolution via peacefully reconciliation and solidarity in fighting to stop the Crime Against Humanity of Mass Deportation seems to be a better path forward.

This lawsuit needs to be immediately dismissed for a willful failure to exclude a Rule 19 Indispensable Party it is just a version of bread and circuses to intimidate media aggressly, proud that media are helping the Trump administration accountable to avoid liability themselves.

Thanks,
Borealis S Hedling
They / Them

10:39

# DICASTERY FOR THE DOCTRINE OF THE FAITH subject matter jurisdiction for failing to provide Refuge Add label

**Borealis** Nov 24

to na.ireland, info, hr... ∨

Good morning,
Do you dispute you failed to provide an answer to any request I have made for help since August 2025?

In your absence beyond the Auditor General of the Vatican to act since November 2024. The only answer the Catholic Church in regards to these matters was from Archidoses of Newark Director of Social Change Reverend Timothy Graff who told me to "stop".

To me it seems like a pretty serious charge and in line with this Courts Jurisdiction to act.

Thanks,
Borealis S Hedling
They / Them

↩  ← Reply all  → Forward  ☺

99+

No: 25-

In the United States Court of Appeals
for the Eleventh Circuit

Borealis S Hedling
Petitioner

On Clerk's Office Not Accepting Emergency Filings Against International
Instruments in The United States District Court for the
Southern District of Florida
23 Cr. 80101 (Cannon, J.)

**EMERGENCY PETITION FOR A WRIT OF MANDAMUS**

Legal name: Jeremy M Lawson

Chosen name: Borealis S Hedling

They / Them

8640 Ridge RD
Ellicott City, Maryland 21403

Action brought actio popularis under
Article 13 of the UN Convention against Torture and Other Cruel, Inhuman
or Degrading Treatment or Punishment

## TABLE OF CONTENTS

TABLE OF AUTHORITIES ....................................................3

INTRODUCTION ...............................................................6

STATEMENT OF JURISDICTION ...........................................8

RELIEF SOUGHT ..............................................................8

ISSUE PRESENTED ...........................................................8

FACTS NECESSARY TO UNDERSTAND ISSUE PRESENTED ..............8

I.   THIS COULD HAVE BEEN FIXED WITH 1 EMAIL 2/27/23 .............8
II.  ENFORCED DISAPPEARING AND ATTEMPTING TO MURDER
PEOPLE FOR SENDING YOU DOMESTIC VIOLENCE STICKERS
IS EXTREME. SO EXTREME THEY CLAIMED ASYLUM IN
CANADA ........................................................................16



II.  ENFORCED DISAPPEARING AND ATTEMPTING TO MURDER
     PEOPLE FOR SENDING YOU DOMESTIC VIOLENCE STICKERS
     IS EXTREME. SO EXTREME THEY CLAIMED ASYLUM IN
     CANADA ..................................................................16
III. EVEN AFTER TELLING THE UNITED NATIONS AND CL
     ASYLUM AGAIN IN ICELAND THE PETITIONER WAS S▮
     TO DIE OF EXPOSURE ...........................................19
IV.  BACK ON US SOIL TO DIE IN THE GUTTER WITH THE US
     GOVERNMENT'S EXPRESS CONSENT AND KNOWLEDGE ......21

REASONS WHY THE WRIT SHOULD BE ISSUED .................................23

A. The State of Connecticut attempted to murder a human rights defender
during a 133 day illegal imprisonment 4/11/24-8/23/24. The imprisonment
was in response to filing a civil rights injunction that implicated the
Governor and Attorney General in a 42 U.S.C. § 1983, 1985 (2+3), 1986
conspiracy. Based on the state not taking victims of domestic violence at
their word for emergency benefits as required by law since 11/28/22. The
Petitioner reported the issue 2/27/23. The Department of Justice has
known since 4/8/24. Has conspired with the State Department to have the

Petitioner illegally refouled 2 times and allowed Canada to detain them
illegally for 16 days 8/25/24-9/10/24 for writing another civil rights injunction
showing the US was not a "third safe country". Then letting Icelandic police
kidnap and refoul the Petitioner 11/12/24 with a concurrent Rule 39 interim
measures request, appeal of an illegally denied international protection
claim, and having referred Icelandic authorities to the International Criminal
Court. Knowing this and the consistent pattern of abuse could cause the
Petitioner's suicide. The Attorney General is liable under international law
and has no constitutional authority to act in any capacity the court needs to
be made aware.

CONCLUSION .......................................................................................25







US District Court District of Columbia

Case No: 1:25-cv-00766-JEB

Emergency Motion to Clarify

J.G.G. et al.,
Plaintiffs,

and

Borealis S Hedling
Traveldoge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)

Proposed Plaintiff-Intervenor

v.

Trump et al.
Defendants,

The Proposed Intervenor respectfully requests the Court clarify specifically in the Order at ECF 214 what it means by "provide them with hearings that satisfy the requirements of due process by January 5, 2026.

I.    Background

The Proposed Intervenor filed an Emergency Motion to Intervene and Consolidate at ECF 212 December 16, 2025. When Courts consider Motions for Summary Judgment they are supposed to consider the entire record. In the Memorandum Opinion at ECF 215 the Court doesn't opine on the obvious criminal liability the "Government". Via Secretary Noem, Deputy Attorney General Todd Blanche, or numerous other officials are required to face for participating in the Crime Against Humanity of Mass Deportation. It just allows the same institutional actors decide how to handle more hearings allowing "due process".

II.   Asking the Officials who sent these Human Beings to a Concentration Camp to Determine what "Due Process" They are Afforded is Criminally Negligent

As noted in EX 18 a December 23, 2025 to the ACLU who has had a week to not ignore the 5000 lbs gorilla in the room the filing at ECF 212. "The Due Process of asking the Nazi to remove labels is your goal 🔲?"




**So the ACLU refuses to tell their clients about their due process rights being violated by the Organization of American States?**

1 message

**Borealis Hedling** <switzerlandpleasehelpme@gmail.com>             Tue, Dec 23, 2025 at 9:47 a.m.
To: lgelernt@aclu.org, media@aclu.org, media@acludc.org, hrc-sr-truth@un.org, intake@acluct.org, intake@aclu-in.org, nsmith@aclu.org, mngo@aclu.org, osarabia@aclu.org, samdur@aclu.org, cwofsy@aclu.org, aspitzer@acludc.org, smichelman@acludc.org, ashah@acludc.org, dgalindo@aclu.org, agorski@aclu.org, ptoomey@aclu.org, smahfooz@aclu.org, ojadwat@aclu.org, hshamsi@aclu.org, m.tan@aclu.org, strivedi@democracyforward.org, bgirard@democracyforward.org, mwaldman@democracyforward.org, srich@democracyforward.org, sperryman@democracyforward.org, awiggins@democracyforward.org, ccoogle@democracyforward.org, pboisture@democracyforward.org, drew.c.ensign@usdoj.gov, tiberius.davis@usdoj.gov, hrc-sr-independence@un.org, executive.office@dcbar.org
Cc: ogis@nara.gov, ethicsoffice@un.org, ethicscommittee@mail.house.gov, ethicshotline@vsb.org, ethics@spj.org, ethics@treasury.gov, ethics@uec.rutgers.edu, ethics@fordham.edu, ethics@harvard.edu, ethicsinstitute@northeastern.edu, service@americanbar.org

It has been a week since I filed my motion to intervene and consolidate and you say nothing... The Due Process of asking the Nazi to remove labels is your goal ?

This is a Crime Against Humanity your clients are entitled to compensation and the perpetrators are criminally liable... You could call out the Organization of American States failing to exercise their contentious Jurisdiction. You still cover this up.

https://abcnews-go-com.cdn.ampproject.org/v/s/abcnews.go.com/amp/US/judge-orders-administration-submit-plans-return-migrants-deported/story?amp_gsa=1&amp_js_v=a9&id=128632777&usqp=mq331AQIUAKwASCAAgM%3D&amp_tf=From%20%251%24s&aoh=17664820969641&referrer=https%3A%2F%2Fwww.google.com&ampshare=https%3A%2F%2Fabcnews.go.com%2FUS%2Fjudge-administration-submit-plans-return-migrants-deported%2Fstory%3Fid%3D128632777

---

offer Plaintiffs a hearing without returning them to the United States so long as such hearing satisfied the requirements of due process," he wrote.

ACLU attorney Lee Gelernt, who is spearheading the lawsuit against the AEA deportations, said the men will finally get due process.

"The men endured immeasurable abuse but will now finally get the due process the Trump administration indisputably denied them," Gelernt said.

spearheading the lawsuit against the Nazi
deportations, said the men will finally get due
process.

"The men endured immeasurable abuse but
will now finally get the due process the
Trump administration indisputably denied
them," Gelernt said.

When you display what is happening visually not via walks of text that obscure the Orwellian
nature it really makes it imperative the Court clarify this order immediately.



Emergency Moti...



They say these are terrorists being held in a prison. Not human beings held in a concentration camp.



## NO ONE WAS SUPPOSED TO LEAVE ALIVE

Venezuelans deported by the Trump administration say they were tortured during their four months in CECOT.

By Gisela Salim-Peyer

Conclusion

Conclusion

The Proposed Intervenor respectfully requests the Court clarify specifically in the Order at ECF 214 what it means by "provide them with hearings that satisfy the requirements of due process by January 5, 2026.

Signed on the 23rd of December 2025 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland).

Respectfully submitted,
/s/ Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
+1-959-999-8957
Borealis.appeals@gmail.com



*cause reference number* _____

THE COURT OF SESSION

The Petition

of

**Borealis S Hedling**
&
**Kilmar Armando Abrego Garcia**

**Brought on Behalf of**

**Victims of the Trump and Bukele Administration**

**The People of the Sovereign Nation of Palestine**

**The Family of Alejandro Carranza and other victims of the US Military's acts of Terrorism and Piracy**

**(Pursuers)**

V.

**The British Broadcasting Corporation**
**(Defender)**

for

Stopping The BBC from Suppressing a Legal Framework to Hold Heads of State
Accountable for Crimes Against Humanity and Genocide

---------- Forwarded message ----------
From: **Borealis** <borealis.appeals@gmail.com>

Date: Tue, Dec 23, 2025, 11:53 PM
Subject: Also just kind of sharing to be public concerning a matter of privacy and censorship of Transnational Repression
To: <cahr-admin@york.ac.uk>, <hrc-sr-education@un.org>, <hrc-ie-solidarity@un.org>

Merry Christmas 🎄 to me I guess...

---------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Tue, Dec 23, 2025, 10:34 AM
Subject: Help me: Errata Emergency EX Parte TRO JGG et al v Trump et al. Case 1:25-cv-00766-JEB
To: <leesophia@nyu.edu>, <brennancenter@nyu.edu>, <civil.rights@ag.ny.gov>, <AD1-AGC@nycourts.gov>, <hrc-sr-independencejl@un.org>, <hrc-sr-truth@un.org>, <stephen.thompson@ag.ny.gov>

---------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Sun, Dec 21, 2025, 10:14 AM
Subject: Errata Emergency EX Parte TRO JGG et al v Trump et al. Case 1:25-cv-00766-JEB
To: DCD Intake <dcd_intake@dcd.uscourts.gov>, <AdminOversight@ao.uscourts.gov>, <hrc-sr-truth@un.org>

   
US District Court District of Columbia

Case No: 1:25-cv-00766-JEB

Emergency EX Parte Temporary Restraining Order

J.G.G. et al.,
Plaintiffs,

and

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)

Proposed Plaintiff-Intervenor

v.

Trump et al.
Defendants,

1. The Proposed Intervenor per EX 1 is facing a dire medical situation in Ireland absent the European Court of Human Rights per EX 2 a October 27, 2025 request for medical evacuation to Switzerland to receive a stellate ganglion block and ketamine infusion in Switzerland. As per EX 3 they called the Proposed Intervenor claims merit less to shield the Registrar of the Filtering Section.

2. The Proposed Intervenor has also reached Out to the International Rehabilitation Council for Torture Victims per EX 4 and Dictors Without Borders per EX 5 as potentially the last civil society organizations on earth that might assist. It is very doubtful they will.

3. The Proposed Intervenor also per EX 6 and 7 has asked for countries to use Article 35 of the UN Charter. Only Columbia has considered the potential. Although all countries are obligated to use it at this point.

4. The Proposed Intervenor has no adequate remedy at law.

Wherefore The Proposed Intervenor Prays the Court

1. Compels the US Embassy in Dublin to immediately arrange out patient medical care to assess and stabilize the Proposed Intervenor's precarious Medical Situation.

I swear Under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 21th of December 2025 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

Respectfully submitted,
/s/ Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
+1-959-999-8957
Borealis.appeals@gmail.com





← December 21, 20...

US District Court District of Columbia

Case No: 1:25-cv-00766-JEB

Exhibits List December 21, 2025

J.G.G. et al.,
Plaintiffs,

and

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)

Proposed Plaintiff-Intervenor

v.

Trump et al.
Defendants,

1. Email on being ignored since December 1, 2025 as I ran out of medication

2. October 27, 2025 Rule 39 Interim measures request #17 for medical evacuation requesting Stellate ganglion block and ketamine infusion.

3. October 30, 2025 denial of medical evacuation

4. December 20, 2025 email to the International Rehabilitation Council for Torture Victims (also sent Article 35 email)

5. December 20, 2025 email to Doctors Without Borders (also sent Article 35 email)

6. December 19, 2025 Petition to have countries use Article 35 of the UN Charter

7. Acknowledgement of receipt of Petition to use Article 35 of the UN Charter by the Attorney General of Columbia



**Erratta EX Parte TRO JGG et al v Trump et al.pdf**
71 KB

**December 21, 2025 Exhibits List JGG et al v. Trump et al (1).pdf**
57 KB

**EX 1 The level of absurd Transnational Repression the Government of Sweden is ignoring.pdf**
1.5 MB

**EX 2 Rule 39 Request 17.pdf**
868 KB

**EX 10.1 ECHR denial_copy.PDF.pdf**
174 KB

**EX 4 - To IRCT Help my still serious lack of basic medical attention.pdf**
1.1 MB

**EX 5 Doctors without Borders.pdf**
1.2 MB

**EX 7 Attorney General of Columbia Acknowledged.pdf**
232 KB

**EX 6 Petition to use Article 35 of the UN Charter.pdf**
1.9 MB



VB: FYI Emergency Response to Civil Rights Defenders on extreme discrimination against a human rights defender by the Government of Sweden  `Inbox`

registrator.stockholm@polisen.se  9:31 a.m.
to me

From   registrator.stockholm@polisen.se
To     borealis.appeals@gmail.com
Date   Dec 5, 2025, 9:31 a.m.
🔒     Standard encryption (TLS).
       View security details

Dear Sir/Madam,

Based on the contents in your email, it is difficult for us to determine the reason why you sent your email to the Swedish police.

We kindly ask you to get back to us, clarifying why you have contacted the Swedish police.

If you want to make a policereport we need some additional information:

- Complete personal and contact information for the affected.
- Full personal and contact details of the suspect (if available)
- What has occurred? (a detailed description of the crime, time, date and location).
- Attach documents, film or other evidence that may be important for further investigation.

If you cannot provide the above requested information the Police cannot file a report for further investigation.

Regards,
PKC/Operativa enheten
Polisregion Stockholm

106 75 Stockholm
Telefon: 114 14 (från utlandet +46 77 114 14 00)
registrator.stockholm@polisen.se

Mer information finns på www.polisen.se

*Tänk på miljön! Skriv inte ut det här meddelandet om det inte är nödvändigt.*

↩ Reply          �forward Forward

1

Name of victim: Borealis S Hedling

Former name: Jeremy M Lawson

Pronouns: They / Them

Date of Birth 29/3/1991

Travelodge Plus

44 Townsend ST Rm 120

Dublin 2 (Ireland)

Borealis.appeals@gmail.com

+1-959-999-8957

_____

Offender #1

Governor Edward Miner Lamont Jr.

Pronouns He / Him

210 Capitol Ave, Hartford, CT 06106, United States

+1-860-566-4840

governor.lamont@ct.gov

_____

Offender #2

Attorney General William Tong

Pronouns He / Him

165 Capitol Ave, Hartford, CT 06106, United States

+1-860-808-5318

Attorney.General@ct.gov

Offender #3

Minister Dominic A. LeBlanc

Pronouns He / Him

House of Commons
Ottawa, Ontario,
Canada
K1A 0A6

+1-613-992-1020

dominic.leblanc@parl.gc.ca
_____

Offender # 4

Former Icelandic National Police Commissioner Sigríður Björk Guðjónsdóttir

Unknown location and contact
_____

Offender #5

Former Prime Minister of Iceland Bjarni Benediktsson

Kirkjustræti, 101 Reykjavík, Iceland

+354-563-0500

bjarni.benediktsson@althingi.is
_____

Offender #6

President of Iceland Halla Tómasdóttir

Sóleyjargata 1, 101 Reykjavík

+354 540 4400

forseti@forseti.is

Offender #7

Tánaiste of Ireland Simon Harris

5a Quinnsborough Rd, Bray, Co. Wicklow

+353-016183805

simon.harris@oireachtas.ie

(This is not an exhaustive list)

_____

Oral "interviews" conducted by The Government of Iceland

23/9/24 interview (29 minutes)

https://drive.google.com/drive/folders/1cXcgPTfbvV4IMOdS71lKan5__qFSCrtE

24/10/24 interview (3.5 hours)

https://drive.google.com/drive/folders/1pzPw1VXZONG9aiSBnhQoEAipiPdXCWFs

Rejected Google Drive rejected evidence from 27/10/25 complaint against the Embassy of Sweden in Dublin to the Swedish Parliamentary Ombuds

https://drive.google.com/drive/folders/13bVZDd2YV-MGY75GVuZDe3Cvmyw1m5un

_____

Detailed description of Crimes:

I contacted the Swedish Police 3/12/15 as the UN, Council of Europe, Organization of American States, International Criminal Court, European Union, and all domestic remedies to prosecute these grave violations of international law have all been closed to me to shield institutional actors at the highest levels of Government. As a Human Rights Defender all I did was ask for victims of atrocities to be treated with dignity and compassion for this I have been subjected to an attempted extrajudicial killing, an enforced disappearance, multiple kidnappings by law enforcement agents, brutal economic torture (by state and non-state actors), and an intense campaign of psychological torture. Swedish authorities have also allowed these acts to go unanswered with impunity as noted in the original 3/12/25 email requesting your assistance entitled "FYI Emergency Response to Civil Rights Defenders on extreme discrimination against a human rights defender by the Government of Sweden". Law enforcement agencies have

always been willing to collude with each other to torture me. Maybe the Swedish Police can force them to finally answer records requests in investigation of those same agencies Cruelty.



*Emergency*

U.S District Court

Ministers of public safety / emergency preparedness    Elmore sealed    The State of CT
LAWSON, Jeremy Michael    EX1    EX2 in    v.
    Jeremy Lawson

FileID 0018-CY-00626-02
LAWSON, J 1991/3/29    PAGE 2 OF 6

| | No | Yes |
|---|---|---|
| e) been refused admission to, or ordered to leave Canada or any other country? | ✓ No | ☐ Yes |
| f) been involved in an act of genocide, a war crime or in the commission of a crime against humanity? | ✓ No | ☐ Yes |
| g) used, planned or advocated the use of armed struggle or violence to reach political, religious or social objectives? | ✓ No | ☐ Yes |
| h) been associated with a group that used, uses, advocated or advocates the use of armed struggle or violence to reach political, religious or social objectives? | ✓ No | ☐ Yes |
| i) been a member of an organization that is or was engaged in an activity that is part of a pattern of criminal activity? | ✓ No | ☐ Yes |
| j) been detained, incarcerated, or put in jail? | ☐ No | ✓ Yes |
| k) had any serious disease or physical or mental disorder? | ☐ No | ✓ Yes |

**If your answer to any of these questions is YES, provide details below**

ILLEGALLY INCARCERATED BETWEEN 2024-04-11 AND 2024-08-23 ON CHARGE OF ''HARASSMENT'' IN CONNECTICUT V. JEREMY
LAWSON. DOING THIS WAS A COMMISSION OF CONN GEN S 53/20 ''CRUELTY TO PERSON'' ''UNLAWFUL PUNISHMENT'' BY THE
GOSVERNOR OF CT NED LAMONT, ATTORNEY GENERAL OF CT WILLIAM TONG AND DOZEN OTHER STATE OFFICIALS WHILE THE DOJ
WATCHED AND LET THEM OBSTRUCT JUSTICE IN MAJOR FEDERAL CIVIL RIGHTS CASES.    PTSD, MAJOR DEPRESSED DISORDER,
GENERAL ANXIETY DISORDER, ADHD INATTENTIVE TYPE

See CT Superior Court Cases (USA)    filed
1. Jeremy M. Lawson    8/7/24
        v.    Jz
    The Connecticut Department of
        Social services

2. Jeremy M. Lawson
        v.
    The Connecticut Department of Social
4 District Court Case    services 41.
Lawson
    v.
Tong et al.    Case No. 324-CV-01016-MPS

---

**5    Education History**

Provide the number of years of school you successfully completed for each of the following levels of schooling.

Elementary/Primary School [5]    Secondary/High School [6]    University/College [4]    Trade/Other Post Secondary [0]

Give full details of all the secondary and post secondary education (including university, college and apprenticeship training) you have had.

Remove row ▶    [-]

| From | | To | | Ongoing | Level of Education |
|---|---|---|---|---|---|
| 2011 | 08 | 2012 | 08 | ☐ | MASTER DEGREE |
| YYYY | MM | YYYY | MM | | |

| Field of study | Name of school/institution |
|---|---|
| CRIMINAL JUSTICE | UNIVERSITY OF CINNCINATI |

| Certificate and diploma issued | City/Town | *Country | *Province/State |
|---|---|---|---|
| YES | CINNCINATTI | United States of America | CT |

Remove row ▶    [-]

| From | | To | | Ongoing | Level of Education |
|---|---|---|---|---|---|
| 2010 | 08 | 2011 | 05 | ☐ | BACHELOR DEGREE |
| YYYY | MM | YYYY | MM | | |

| Field of study | Name of school/institution |
|---|---|
| CRIMINOLOGY | CENTRAL CONNECTICUT STATE UNIVERSITY |

| Certificate and diploma issued | City/Town | *Country | *Province/State |
|---|---|---|---|
| YES | NEW BRITAIN | United States of America | CT |



CLERKS OFFICE
SUPERIOR COURT : HARTFORD GA 14 CRIMINAL COURT
DOCKET H14-CR24-0763184-S

THE STATE OF CONNECTICUT : JUNE 4, 2025
JUN -5 PM 3: 11
VS. : 101 LAFAYETTE ST
HARTFORD, CT 06106

JEREMY M LAWSON

### EX PARTE EMERGENCY PETITION FOR A WRIT OF ERROR CORAM NOBIS

The Petitioner requests the Court on an EX Parte Emergency basis issue a Writ of Error Coram

Nobis given the Petitioner's 8/23/24 Alford Plea was clearly entered under duress. With counsel

that was not only ineffective, but actively committing the Class D Felony Conn Gen. § 53-20

"Cruelty to persons" "unlawful punishment" in open court 5/24/24, 7/12/24, and 8/23/24.

    I.    Background

On February 27th 2023 the Petitioner informed Astread Ferron-Poole chief of staff

for the Connecticut Department of Social Services (DSS) they were not using all

allowable proof of allegations for the Domestic Violence Cash Benefit Program

(DVCBP) P.A. 21-78 Section 14 (e). Per the below snippet from an email from 12/15/2022

obtained via the Connecticut Freedom of Information Act. The language of Subsection B

Conn Gen § 17b-112a is "plain" and "unambiguous" not subject to statutory construction by DSS

under Conn Gen § 1-2z. The issue could have been fixed with a single email. Clearly

money was more important than lives to DSS. For exposing this and filing 2 illegally denied

Immediate EX Parte Temporary Injunction without hearing or notice 2/23/24 and 4/3/24 Docket

#HHD-CV24-5082600S. The Government of Connecticut enforced disappeared and attempted to

murder the Petitioner

Jeremy M. Lawson

V.

1

**REQUEST FOR AUDIO RECORDING**
JD-ES-325  Rev. 1-24

(*Fee Waiver*)

STATE OF CONNECTICUT
JUDICIAL BRANCH
SUPERIOR COURT
www.jud.ct.gov

**Instructions:**
1. Use this form or the online form located at https://app.eservices.jud.ct.gov/Transcript/Req/ to request copies of audio recordings of court proceedings that are publicly disclosable and have been recorded on or after November 1, 2018.
2. Complete all fields on this form. If you do not provide all the necessary information, this form may be returned to you.
3. Mail or deliver this form to one of the following:
   E-mail: audiorequests@jud.ct.gov
   Mail: Court Transcript Services, 90 Washington Street, Hartford, CT 06106
   Fax: (860) 706-5089
4. Do not send payment at this time. Payment will be accepted only after approval is obtained.

For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/

| Name | E-mail address |
| --- | --- |
| Jeremy M. Lawson | Bokatis.Appalso Jma.l.Com |
| Mailing address (Number, street, P.O. Box) | ☐ Requested audio for official use by a state or municipal official, agency, board or commission |
| 1 Cryall ST | |

| City/town | State | Zip code | Telephone number |
| --- | --- | --- | --- |
| Manchester | CT | 06042 | 954-999-8957 |

Delivery option for the audio recording (select one)
☐ Mail to address listed above
☐ Pick up at 225 Spring Street, Wethersfield, CT 06109 at the Centralized Infractions Bureau
☒ E-mail (maximum length is approximately 30 minutes)

**Information for audio recording**

| Name of case | Docket number |
| --- | --- |
| The State of Connecticut V. Jeremy M. Lawson | H14-CR24-0763184-S |
| Name of Judge/Magistrate (if known) | Address of court (Number, street, town, and zip code) | Courtroom (if known) |
| Judge Charrlisha | 101 Lafayette ST Hartford, CT 06106 | |

Court date(s) for audio recordings (mm/dd/yyyy)
4/12/24, 5/24/24, 7/12/24, 8/23/24

*Do not send payment at this time.* You will be notified whether your request has been approved or denied. If approved, you will be notified of the amount due. Please note: Refunds will not be issued.

**Rate:** $25.00 per day per docket number
(example: recordings for proceedings on July 1, July 2, and July 3 equals 3 days at $25.00 per day for a total of $75.00)

**Payment:** Acceptable forms of payment include cash, check, money order, or *credit card.
*Credit card orders are subject to a processing fee of 2.45% of the total amount charged or $1.50, whichever is greater.

**Note:** Audio recordings are made available on a CD as an MP3 file. Audio recordings may be e-mailed if the length does not exceed 30 minutes. Recordings should be available within one week from Court Transcript Services receiving the order.

| Signed | Print name | Date signed |
| --- | --- | --- |
| *(signature)* | Jeremy M. Lawson | 6/5/25 |

**Do not write below this line - For Internal Office Use Only**

| Request Approved? | Amount Due: | Signed | Date |
| --- | --- | --- | --- |
| ☐ Yes | | | |
| ☐ No | | Name/Title of Person Signing | |

| Identification Required? | If identification is required, name of individual authorized to pick up the recording |
| --- | --- |
| ☐ Yes | |
| ☐ No | |

[ Print Form ]          [ Reset Form ]



09/03/2024 12:30PM FAX  860 952 3547  HARTFORD SUPERIOR COURT  ☑0001/0008

**M-12**

JD-CR-71 LP REV. 7-05

STATE OF CONNECTICUT
SUPERIOR COURT

DOB: 03/29/1991

DISPOSITION DATE: AUG 2 3 2024

| ORIGINAL INFORMATION: | COURT DATE: | AT: | DOCKET NO.: H14H-CR24-0763184-S |
|---|---|---|---|
| YES | 04/12/2024 | GA14 - HARTFORD | |

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that

LAWSON JEREMY M

1 LYDALL ST, MANCHESTER, CT 06042

Did commit the offenses recited below:

Count: 1 HARASSMENT 2ND DEG    Type/Class: M/C  At: HARTFORD
On or About: 04/11/2023    In Violation Of CGS/PA No: 53a-183

C+F=W

SEE OTHER SHEETS
FOR ADDITIONAL COUNTS

| DATE | SIGNED (PROSECUTING AUTHORITY) |
|---|---|

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA

(JUDGE) Doyle P.     (DATE) 4-12-24    BOND 75,000 CLS    SURETY    ELECTION: ☐ CASH ☐ APPEAL ☐ COURT ☐ JURY

PUB. DEFENDER: Johnson    GUARDIAN    REDUCTION    B.O.    ELECTION WITHDRAWN DATE ☐ SEIZED PROPERTY

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE / NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|
| AUG 2 3 2024 | | G4 Alford | | GY | | | 75 days to serve |

| DATE | OTHER COURT ACTION Public Defender Appointed ✓ Denied | JUDGE S/ P. Doyle | CONTINUANCES |
|---|---|---|---|

APR 1 2 2024

past ct court only
Additional conditions to
be set by court if
defendant posts bond.
mental health + medical
No contact w/any staff
at DSS except for (staff
providing benefits to the defendant.
6/7/84 A Motion for Continuance (limited Doyle
JUN 2 4 2024 (post bo) Request for 54-56d Schumann
ordered

| DATE | PURPOSE | REASON |
|---|---|---|
| 1. 5/24/24 | | P |
| 2. 7-17-24 | | P |
| 3. 6/24/24 | | P |
| 4. 7/12/24 | 54-56, | |
| 5. | se-inc | |
| 6. 8/23/24 | Dele | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

☐ SEE REVERSE SIDE

| PROSECUTOR ON ORIGINAL DISPOSITION | REPORTER ON ORIGINAL DISPOSITION | SIGNED CLERK | SIGNED JUDGE |
|---|---|---|---|
| Azzaro | Petan | MW | |

Heure de réception Sept. 3. 2024 12:56PM N  2152 43

09/03/2024 12:31PM FAX  860 952 9547    HARTFORD SUPERIOR COURT    ☑0002/0009

M-12

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES | |
|---|---|---|---|---|
| | | | DATE | PURPOSE / REASON |
| JUL 12 2024 | Motion to withdraw counsel filed by A | Schulman | | |
| AUG 2 3 2024 | Parties stipulate to Report. Report Marke Defendant's Exhibit B. Full Exhibit A Found competent Motion to withdraw counsel granted but P.D. to remain as stand by counsel. A canvassed to proceed pro se Agreed upon disposition | Chaplin | | |
| | Advised of Penalty of Guilty Plea | | | |
| | Plea Found Voluntary | | | |
| | Advised of Immigration Laws | | | |
| | Pardon Notice Given | | | |

Heure de réception Sept 3, 2024 12:56PM "N" 2152 #4

09/03/2024 12:31PM FAX  860 952 3547       HARTFORD SUPERIOR COURT              ☒0003/0009
                                                                                M-12

**INFORMATION**
JD-CR-71 REV. 1-17

STATE OF CONNECTICUT
SUPERIOR COURT

| | |
|---|---|
| Prior Commitment | Disposition date |
| 3490141974 | Agency name Troop H | Agency number |

## Title, Allegation and Counts

| | | | |
|---|---|---|---|
| State of Connecticut vs (Name of accused) Lawson, Jeremy, M. | Residence (Town) of accused Manchester | | Docket number PLZ4-765184 |
| Address 1 Lydall ST | | Date of birth 03/30/1991 | The undersigned Prosecuting Authority of the State of Connecticut charges that: |
| To be held at (Town) HARTFORD | Geographical area number  14 | Court date | |

| Count One — Did commit the offense of: HARASSMENT 2ND | | | | Continued to | Purpose | Reason |
| At (Town) Hartford | On or about (Date) 04/11/2023 | In violation of General Statute number 53a-183 | | | | |

Count Two — Did commit the offense of:

| At (Town) | On or about (Date) | In violation of General Statute number |

Count Three — Did commit the offense of:

| At (Town) | On or about (Date) | In violation of General Statute number |

☐ See other sheet for additional counts        Date  7-1-24   Signed (Prosecuting Authority)

## Court Action

| Defendant advised of rights before plea | | | Bond | | Surety | ☐ 10 % | Election ☐ JT  ☐ JY | (Girls) |
| (Judge)  (Date) ☐ Attorney  ☐ Public defender  Guardian | | Bond of plea | | | ☐ Cash | Select property boundary number | |

| Count | Plea date | Plea | Pleas withdrawn Date / New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|
| 1 | | | | | $ | $ | |
| 2 | | | | | $ | $ | |
| 3 | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |

| Receipt number | Cost ☐ IMP ☐ NCI | Bond information ☐ Bond forfeited  ☐ Forfeiture vacated  ☐ Forfeiture vacated and bond reinstated | |
| Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q |
| Procedure or original disposition | Reprobationer or original disposition | Signed (Clerk) | Signed (Judge) |

*This is page 1 of a 2 page Information*

Heure de réception Sept 3, 2024 12:56PM N° 2152 4 5

09/03/2024 12:31PM FAX  860 952 3547        HARTFORD SUPERIOR COURT              ☑0004/0009

M-12

| INFORMATION | STATE OF CONNECTICUT | Disposition date |
| JD-CR-71 Rev. 1-17 | SUPERIOR COURT | |
| Police Case number | Agency name | Agency number |
| 2400141974 | Troop H | |

**Arrest Warrant**

Geographical area number 14    State of Connecticut vs. Lawson, Jeremy, M.    h/29/1991

To: Any Proper Officer of the State of Connecticut

By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. ("X" all that apply)

☐ A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐ B. Accused is not entitled to bail.

If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☐ C. Bail set at

☑ D. Non-financial conditions of release: *Do not contact the Complaint or any employee of DDS when directly supporting the applicant-related ____*

☑ E. Conditions of release not determined by the court.

| By the Court | Signed (Judge of the Superior Court) | Date 7/11/24 | Name of the Judge (Print or type) |

**Return On Arrest Warrant**

Geographical area number    Town of _____        Date 8/11/24    State of Connecticut

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of said accused, and have said accused here in court for examination.

Attest(Officer's signature and Department)

| Date | Other Court action | Judge |
| --- | --- | --- |
| | | |

*This is page 1 of a 2 page Information*

Heure de réception Sept 3. 2024 12:56PM N° 2152    46

On February 27th 2023 I informed Astread Ferron-Poole chief of staff for the Connecticut Department of Social Services (DSS) they were not using all allowable proof of allegations for the Domestic Violence Cash Benefit Program (DVCBP) P.A. 21-78 Section 14 (e). The language of Subsection B Conn Gen § 17b-112a is "plain" and "unambiguous"not subject to statutory construction by DSS under Conn Gen § 1-2z. That is essentially the only issue of law and the issue could have been solved with a single email. Per the below snippet of a December 15, 2022 email obtained via the Connecticut Freedom of Information Act DSS cared more about money than human lives.

**17b-112a states:**

For purposes of this section, allegations of domestic violence by a victim may be sufficient to establish domestic violence where the Department of Social Services has no independent, reasonable basis to find the applicant or recipient not credible. Upon alleging domestic violence an applicant or recipient may be required to provide a sworn statement or to submit to the department any evidence of such violence available to the applicant or recipient. Evidence of domestic violence may include, but is not limited to: (1) Police, government agency or court records; (2) documentation from a shelter worker, legal, medical, clerical or other professional from whom the applicant or recipient has sought assistance in dealing with domestic violence; or (3) a statement from an individual with knowledge of the circumstances which provide the basis for the claim of domestic violence. We may want to think about if/how we incorporate #3 (statement of individual with knowledge). If we do not incorporate, we need to be prepared to answer why.

As for not needing a police report or restraining order, I understand the commissioner's concern about the risk of pursuing those documents, but these benefits are a LOT of money, we have to have some way of substantiating the client's claims. If they already have those documents then great, but if they don't I feel like the application would have to come from a DV shelter. Yes, the plan is to set up an application process with DV shelters. We discussed this in our previous meeting and it sounded like the shelters were on board with doing the applications for clients they are already working with. But if the purpose of the benefit is to help the person escape their DV situation, they also need to take some steps on their end to make that happen and provide us with some sort of proof that they are taking some form of action (which would be a police report OR restraining order OR seeking help from a shelter). It would be great if we could collect information on other DV supports being received by the client, even if just for reporting purposes.

From 2015 to 2023, I worked for DSS. Most recently, I worked on a program that helped people move from hospitals and nursing homes into the community to receive the dignity and care they desired. My primary responsibility was interpreting complex state and federal laws in asset assessments. I maintained numerous databases to ensure the disbursement of benefits. I was also a member of the agency's civil rights committee and even served as its vice chair. I have always been actively involved in my community, from volunteering as an emergency medical technician to serving on city civil rights committees. I hold a Master of Degree in Criminal Law from the University of Cincinnati. None of that mattered after exposing the above.

By April 3, 2024 I had resigned my position and was filing my 2nd Immediate EX Parte Temporary Injunction without hearing or notice Hartford Superior Court Docket #HHD-CV24-5082600S.

Lawson

V,

The Department of Social Services et al.

13

https://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=HHDCV2450
82600S

This Injunction deeply implicated Offender 1 and 2 Governor Ned Lamont and Attorney General
William Tong. On April 8, 2024, I publicly reported the state of Connecticut to the U.S.
Department of Justice for Violation of federal civil rights. The state exploited a known deficit in
written communication to portray me as a "violent" criminal. Shortly after the University of
Connecticut released information under the Freedom of Information Act DSS which has an
educational contract with the university, had lied to their General Counsel 6/3/24. Manufacturing
evidence to maintain this cover up. With evidence attached they were literally lying…



On April 11, 2024 I was attempting to run to the Connecticut Supreme Court for help even talking to Chief Deputy Clerk Rene Robertson about the above noted Injunction, but it was too late in the afternoon. While I was doing so, with four envelopes of sealed evidence in my possession, the Connecticut Criminal Court issued a warrant for my arrest and set bail at $75,000, even though it knew my house was being foreclosed upon. The charge was "harassment" Conn Gen. § 53-183a of DSS, more specifically Astread Ferron-Poole over 1 text message. Concurrently almost immediately previous to this subconsciously knowing my fate I provided 6 emails to the Chief Information Officer at the Connecticut State Police directly proving not only my innocence, but the guilt of dozens of state employees these emails were sent from j_emt@hotmail.com to CSP.PIO@ct.gov. I voluntarily surrendered myself with the 4 stacks of conditionally under seal evidence shortly after being informed of the warrant for my arrest at the Troop H barracks 100R Washington St, Hartford, CT 06106, United States. During booking I stated several times on camera charging me with this offense was Conn Gen. § 53-20 "Cruelty to persons" "unlawful punishment". Not realizing the police were complicit in this Felony. As they refused to review any of the conditionally under seal evidence even attempting to physically cover it from the police body cameras noting on video "I am not reviewing any of that". I only weighed 47 kgs and had to park my car in a handicapped spot to even voluntarily surrender myself.

The Connecticut State Police transferred me to the custody of Hartford County Correctional at 177 Weston St, Hartford, CT 06120, United States. I was assigned inmate #447965. The last time I saw the 4 envelopes of sealed evidence was at 21:20 hours on April 11, 2024. I was transferred to the inpatient unit at Hartford County Correctional mainly due to my extreme psychological illness, gender identity, and I assume being 47 kg. The next morning April 12, 2024 to Harford Criminal Court at 101 Lafayette St, Hartford, CT 06106, United States. I was brought before a male bail commissioner and 2 female attorneys from the Connecticut Public Defenders Office. I told them about the Injunction and showed them property records verifying the withheld sealed evidence labelled as "misc paperwork". In addition to Amber Antonucci Program Director for Community Health Resources (CHR) Jail Diversion program within Hartford Superior Court noting I was afraid I would die if allowed to be returned to Department of Corrections custody as they had already withheld all my medication including Ativan (also known as Lorazepam).

I later when not held in solitary confinement drew what this hearing before Judge Paul Doyle April 12, 2024 looked like. Which I routinely describe in Court filings globally as my "illegal rushed arraignment". In which I am essentially commanded to stay silent and aappointed counsel via the Connecticut Public Defenders Office that as noted above was committing the Class D Felony Conn Gen. § 53-20 "Cruelty to persons" "unlawful punishment". Judge Doyle characterized me as "violent" so he could maintain me absurd bail and deny release. I requested to go to the hospital and mentioned I had made Freedom of Information Act requests. As the court ordered I not have any contact with DSS most likely to ensure I could not call any character witnesses. The Judicial Marshall laughed at me and refused to bring me to the hospital after this first kangaroo Court session.



I was returned to the Hartford County Correctional inpatient unit to cell #16. Spending days in solitary confinement sometimes without even the 1 hour allotted in the day room never given any toilet paper. The only Correctional Officer to ever show me any kindness and who can attest to my incredibly strange circumstances of incarceration and suspicious movements of me as an inmate is named Correctional Officer Lepiniski. He was the officer who opened the safe to confirm the existence of the 4 envelopes of sealed evidence and eventually told me it was "passed off". The last words I told him before I was eventually transferred was I had authorized a search not a seizure. During the around other 20 days at Hartford County Correctional. I was

not given phone access for 18 days until CO Lipenski essentially worked around his coworkers who attempted to murder me to provide it for me.

During the 18 days without phone access I characterized it as an enforced disappearance because my immediate friends and family had no idea where I was. I was moved to a separate cell for multiple days by 3 male guards and 1 female nurse next to a loud buzzing door. The lead guard at the time was white had a mustache, red hair, and a strong Brooklyn accent. The 2nd was a white male with black hair and a "man bun". The third I could not identified. The female nurse was white and older aged. Again I was completely left without Ativan which can have fatal results. I requested to go to the hospital 14 times. Until after being awake for days and lying on a cold jail cell floor to alleviate the worst of the excruciating muscle cramps and withdrawal symptoms from this attempted extrajudicial killing via forcible Ativan Withdrawal. I challenged the 3 officers and nurse with the property records confirming the withheld evidence labeled as "misc paperwork". Seizing on the fact they had made me extremely suicidal they dragged me down the hallway when I fainted told me to "stop acting". Stripped me naked stealing the property records and put me in a "turtle suit" a velcro smok essentially under which you are naked. They moved me to cell #15 CO Lepinski who was off for 3 days later noted this as odd. Even though I immediately reported the abuse and asked they check the CCTV footage. Captain Jo who came to investigate Immediately left when I mentioned the above Injunction.

The next day chained to a table in the day room APRN Patty MacKenzie attempted to gaslight me I requested a spiritual accommodation to be separated and should not make up further delusional allegations. The guard with the man bun who was present handed me a pair of clothes and they never tried to overtly murder me again, but they never resumed Ativan either. They attempted to prescribe an anti-psychotic to discredit the allegations. I refused this medication until I was threatened with beatings by Dr. Guzman with the lead guard told me not to mention the Injunction again in the day room. After complying with Dr. Guzman after the threat of corporal punishment I was eventually moved to Gulf Unit at Garner Correctional Institution at 50 Nunnawauk Rd, Newtown, CT 06470, United States.

I was able to learn the Federal Bureau of Investigations had dispatched Special Agent Jeff Sexton to my house April 12, 2024 not knowing about my "arrest" he left a business card. Neither he nor the Department of Justice Office of the Inspector General responded to any of my letters from prison. Nor has the Department of Justice actually provided any information requested under the Freedom of Information Act yet has acknowledged numerous requests. I spent 133 days total illegally incarcerated April 11, 2024-August 23, 2024 on a charge with a maximum sentence of 90 days. Judge Chaplin August 23, 2024 realized the defense and prosecution were committing the noted Class D Felony Conn Gen. § 53-20 "Cruelty to Persons" "unlawful punishment" for the 4th time in open court. Helped me through an Alford Plea made under extreme duress as I voiced their intention to immediately seek asylum in Canada noting on the record dozens of state employees had committed Felony. My assumption is Judge Chaplin denied the fee waiver for the June 5, 2025 EX Parte Emergency Petition for a Writ of Error Coram Nobis out if fear. No judge that took part in my enforced disappearance and trial in absentia was ever held accountable in fact the Judicial Review Council ethically cleared them.



**STATE OF CONNECTICUT**
JUDICIAL REVIEW COUNCIL

May 23, 2025

Jeremy Lawson
1 Lydall Street
Manchester, CT 06042

COMPLAINT

JUDGE PAUL DOYLE – JEREMY LAWSON

Dear Mr. Lawson:

The Judicial Review Council has concluded its investigation of your complaint, dated April 15, 2025, against Judge Paul Doyle and, at its meeting on May 21, 2025, determined, on the basis of the facts before it, that there was no violation of the Code of Judicial Conduct or Section 51-51i of the Connecticut General Statutes.

Please be advised further that your complaint refers to events that involved three other Judges, that is, Judge Nuala Drony, Judge Carl Schuman, and Judge Courtney Chaplin. Although you did not make a complaint against these other three Judges specifically, the event involving each Judge was investigated. At its meeting on May 21, 2025, the Council also determined, on the basis of the facts before it, that there was no violation of the Code of Judicial Conduct or Section 51-51i of the Connecticut General Statutes.

Your complaint, therefore, has been dismissed.

Sincerely,

John T. Walkley
Executive Director
Judicial Review Council

JTW/kmh

---

I made my 1st claim for international protection in Canada less than 24 hours after being released from my illegal incarceration on August 24, 2024 at Montréal-Pierre Elliott Trudeau International Airport it was noted in my asylum file I arrived In Canada with numerous Court documents. I realized the United States did not qualify as a safe third country under international law and attempted to file the below emergency injunction. To be illegally detained after 35 hours of no sleep in retaliation by the Canada Border Service August 25, 2024-September 10, 2024 at Laval Immigration Holding Centre. At the explicit direction of Offender # 3 Minister Dominic A. LeBlanc.

# Immediate Emergency Request for Injunctive Relief
# ATTN: Duty Judge

Jeremy M. Lawson

_____          case #_____
Plaintiff                                              To be assigned by clerk

V.

Minister of Citizenship and Immigration

_____
Defendant #1

Minister of Public Safety and Emergency Preparedness

_____
Defendant #2

1. Plaintiff requests the court please review Exhibit 1 12/15/22 email obtained via FOIA. Which shows the CT Department of Social Services disregarding the plain text of a law saying they need to take victims of DV at their word for DV benefit. They chose not to because the benefit were "a LOT" of money. $1467 versus a human life.

2. Plaintiff had reported this issue to DSS Chief of Staff Astread Ferron-Poole 2/27/23 under CT state law as the Plaintiff was still an employee this was a whistleblower complaint one of 100s. Since the only requirement 545 days ago was send one email to just take victims of DV at their word for benefits. Plaintiff has petitioned their Government state and federal all branches. American media and civil rights organizations. Every ethics or internal auditing mechanism imaginable. Now has to claim asylum from the US since it is not a "safe country".

3. Plaintiff requests the court reviews Exhibit 2 an email sent l 8/25/24 to the US DOJ, US consulate in Montreal, Former Press Secretary for the Citizenship and Immigration, Current Director of Communications, US Embassy in Ottawa, The CEO Meghan Scanlon of the Connecticut Coalition Against Domestic Violence (CCA DV), Liza Andrews the director of Public Policy, President of the University of Connecticut (UConn), General Counsel of UConn, and Public records at Uconn (to make it public record). This show a nation embracing fascism with bureaucracy as a cloak screen. Renditioning and torturing their own citizen for reporting what they did 2/27/23. Flagrantly failing to meet Factor 3 under section Section 102(2) of the Immigration and Refugee Protection Act.

1

4. Plaintiff sees per the general information provided on the Canada-US "Safe" Third Country the 3rd Factor is:

"Factor 3: Human rights record of the United States
The United States meets a high standard with respect to the protection of human rights. It is an open democracy with independent courts, separation of powers and constitutional guarantees of essential human rights and fundamental freedoms."

5. Plaintiff request the court review Exhibit 3 sent to the same recipients 8/25/24 describing a court that is clearly not independent up until 8/23/24 were the text book definition of a kangaroo court. In attempting to make the assertion the Plaintiff had harassed Astread Ferron-Poole. Clearly Plaintiff had a legitimate reason to contact her and the State had been engaging in whistleblower destruction (retaliation is too tame a term). Continuous harm to the plaintiff and democracy is a daily occurrence. In a world in which you arrive in a country and everyone by default assumes it is safe when the DOJ knew about this since 4/6/24. By 8/23/24 dozens if state employees had committed Conn Gen S. 53-20 "cruelty to person" "unlawful punishment". Attempted Murder via forcibly Ativan Withdrawal. Illegal seizure and destruction of "conditionally under seal" Exhibits. Solitary

Withdrawal. Illegal seizure and destruction of "conditionally under seal" Exhibits. Solitary confinement with no toilet paper. Abysmal conditions that were all systemic. With this information in a Canadian Court and with it in the hands of Defendant #1's ministry allow the United States to be designated under s. 159.3 of the IRPR.

6. Plaintiff has proved merits of claim, standing rights to bring it, Public importance, balancing of equities. Not just irreparable harm, but continuous. The Plaintiff will note for the courts Future review many emails showing ableist and transphobic asylum process In Canada. Plaintiff is Non-Binary uses they / them Pronouns. Prays to God this Court will just grant an immediate name change to Borealis Hedling the name consistent with their gender identity. Plaintiff is not "Mr." anything it makes no sense to presume gender and add unnecessary prefixes. Prongs per cited case law appear to be met for injunctive relief

RJR MacDonaldInc [1994] 1 SCR 311, 334. See also MetropolitanStores [1987] 1 SCR 110

7. Given the Plaintiff specific PTSD triggers this process is so horrifying. The Plaintiff ever growing stand rights requires sparing the individual who will meet the Plaintiff at 12p. Plaintiff has no place to stay, requires medical evaluation, and complicated medical intervention they have requested the State Department now help facilitate. Given the after hours emergency number on the US Consulate in Montreal website says call another number then that one says call another. Plaintiff lacks an actual wireless carrier to reliably call the 3rd phone loop.

8. Bureaucracy is a crime against humanity. Administrative and procedural law unnecessary delays and tricks the powerful use against vulnerable populations. Our constitutions are disregarded for policy and the deference of a court system that disregards equity. At least in the US treats the words "Emergency!" and "Please help

2

me!" as meaningless. They want $405 while the Plaintiff screams the Defendant controls even that they keep withholding it illegally. Luckily it appears Canadian law can provide a sufficient prejudgment remedy to cover the basic logistics of even having sufficient food, shelter, legal assistance, privacy, transportation, medical care (urgently), and firm diplomatic boundaries regarding the US Government. Plaintiff asserts you need to be able to actually stand to exercise your standing rights to their full extent. The US made me feel like I was their property more than a human being. Access to Justice requires immediate assistance from this Government. See case Zeitoun v EconomicalInsurance Group (2008) 91 OR (3d) 131, 145-146; 292 DLR (4th) 313 (Div Ct), affirmed in [2009] ONCA 415; 96 OR (3d) 639.

"t]he issues raised transcend the individual interests of the particular litigant, are of public importance, and have not been resolved in previous cases"

British Columbia (Minister of Forests) v Okanagan Indian Band (2003) 3 SCR 371

9. Plaintiff has no adequate remedy under law. Is entitled under the UN Declaration of Human Rights to live in a world without fear. Being homeless in an endless bureaucracy loop while the Government as always is inaccessible in any meaningful capacity on weekends. Injunctive Relief is a common equity mechanism to put defendants on notice and provide equitable relief.

Wherefore the Plaintiff Prays this Court:

Injunctive Relief:

1. Takes this Request "as is". Require no filing fee, suspend procedural law, Rule of merits of case immediately. Accept all Exhibits as forwarded emails.
2. Provide the Plaintiff immediate name change to "Borealis Hedling" and permanent residency with protections asylum seekers are afforded.
3. End the practice of deadnaming and misgendering of trans and Non-Binary individuals in all Government Services.
4. Require explanation of the ACA to asylum seekers to ensure their process is not hindered by lack of accommodation due to disability.
5. Provide Plaintiff a single point of contact with the Government of Canada to assess

5. Provide Plaintiff a single point of contact with the Government of Canada to assess needs in depth. Provide relief based on that immediate emergency assessment. (Bill the US government for everything)
6. Extend whistleblowers any special constitutional rights or protections this Court deems just or proper.
7. Revoke the United States designation under under s. 159.3 of the IRPR.
8. Appointment of legal counsel to this and all future related litigation under the Jurisdiction of this court.
9. Any other relief this Court deems Just and Proper.

3

---

Court has subject Matter Jurisdiction under The Constitution Act 1867.

I certify under penalty of perjury the information contained in this complaint is true and complete to the best of my knowledge

Legal name: Jeremy Lawson

Hopefully soon to be legal name: Borealis Hedling

They / Them

8/25/24

Montréal-Pierre Elliott Trudeau International Airport

Client id: 141953168

4

The United States State Department was kept informed via fax and recorded Phone calls made to the US Consulate in Montreal. They have still refused to release these calls under a October

21

29, 2024 request they acknowledged November 6, 2024. This is still the subject of ongoing litigation in openly corrupt US Courts that demand fees to even review these issues.



US District Court District of Columbia
Case No: 1:24-cv-02615-TNM

Emergency Motion to Compel release of US State Department FOIA Request Ref:
F-2025-02637

Jeremy M Lawson

V.

The Department Of Justice

The Plaintiff respectfully requests this Court compels the release of the calls the
Proposed Intervenor made between August 25, 2024 to September 10, 2024 to the US
Consulate in Montreal. As the compelling need the State Department assigned the
acknowledged request November 6, 2024 is still applicable. The Proposed Intervenor requests
the Court also ensure the appropriate Office of the Special Counsel investigation is not impeded
per 5 U.S.C § 552.

I.    Background

The State Department per EX 12.1 acknowledged the compelling needs of the Plaintiff
November 6, 2024 regarding the Plaintiff's October 29, 2024 FOIA request  for release of the
calls the Plaintiff made between August 25, 2024 to September 10, 2024 to the US Consulate in
Montreal from Laval Immigration Holding Centre. Yet even with expedited status and countless
requests for follow up have withheld this information.

Conclusion

The Plaintiff respectfully requests this Court compels the release of the calls the
Proposed Intervenor made between August 25, 2024 to September 10, 2024 to the US
Consulate in Montreal. As the compelling need the State Department assigned the

1

acknowledged request November 6, 2024 is still applicable. The Proposed Intervenor requests
the Court also ensure the appropriate Office of the Special Counsel investigation is not impeded
per 5 U.S.C § 552.

Memorandum of Law:

"Congress shall make no law respecting an establishment of religion, or prohibiting the free
exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people
peaceably to assemble, and to petition the Government for a redress of grievances."

-United States Constitution, Amendment I

"(F)
(i)Whenever the court orders the production of any agency records improperly withheld from the
complainant and assesses against the United States reasonable attorney fees and other

"(F)

(i)Whenever the court orders the production of any agency records improperly withheld from the complainant and assesses against the United States reasonable attorney fees and other litigation

costs, and the court additionally issues a written finding that the circumstances surrounding the withholding raise questions whether agency personnel acted arbitrarily or capriciously with respect to the withholding, the Special Counsel shall promptly initiate a proceeding to determine whether disciplinary action is warranted against the officer or employee who was primarily responsible for the withholding. The Special Counsel, after investigation and consideration of the evidence submitted, shall submit his findings and recommendations to the administrative authority of the agency concerned and shall send copies of the findings and recommendations to the officer or employee or his representative. The administrative authority shall take the corrective action that the Special Counsel recommends.

(ii)The Attorney General shall—

(I)notify the Special Counsel of each civil action described under the first sentence of clause (i); and

(II)annually submit a report to Congress on the number of such civil actions in the preceding year.

(iii)The Special Counsel shall annually submit a report to Congress on the actions taken by the Special Counsel under clause (i)."

-5 U.S.C § 552 4(f)

I swear under penalty of perjury this complaint is complete and true to the best of your knowledge.

2

Signed on the 30th of October 2025 at Travelodge Plus Dublin City Centre 44 Townsend ST Rm 120 Dublin 2 (Ireland).

Respectfully Submitted,
/s/ Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

Nos: To be assigned

**BOREALIS S HEDLING (Formerly Jeremy M Lawson)**
Plaintiff - Apellee

V.

**THE DEPARTMENT OF JUSTICE**
Defendant

On Emergency Appeal from the United States District Court
For the District of Columbia

APPELLEE'S EMERGENCY BRIEF

Borealis S Hedling
Pro se Litigant
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957

Dated this November 5, 2025

---

**SUMMARY OF CASE AND
STATEMENT CONCERNING ORAL ARGUMENT**

Following an attempt October 30, 2025 to File an Emergency Motion to proceed in Forma Pauperis, Consolidated Motion to Clarify / Recuse/ Reopen / Appoint Counsel, Emergency Request for a Declaratory Judgment and Permanent Injunction, and Emergency Motion to Compel  with the US District Court District of Columbia. Presiding Judge Trevor N McFadden November 5, 2025 refused to allow the filings against Article  13, & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. As he has continually participated in abuse of discretion to use procedural law to subvert the rule of law since

2

## TABLE OF AUTHORITIES

**International Instruments**

Article 13  UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment
or Punishment.................................................................................... 1, 3, & 4

Article 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or
Punishment........................................................................................ 1, 3, & 4

## STATEMENT OF JURISDICTION

This Court in Lieu of the US District Court District of Columbia to act lawfully since September
11, 2024 has Jurisdiction over this case under Article  13 & 14 of the UN Convention against
Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

## STATEMENT OF ISSUES

1. Did the court withhold judicial relief since September 11, 2024 to ensure the United
   States could falsely maintain the designation of being a safe third country against
   international law.

2. Did the court violate Article  13 & 14 of the UN Convention against Torture and Other
   Cruel, Inhuman or Degrading Treatment or Punishment by withholding Declaratory and
   Injunctive relief since September 11, 2024.

3. Did the court deprive themself of personal jurisdiction over the Plaintiff by acting in bad
   faith since September 11, 2024. Thus giving this Court immediate jurisdiction to meet the

3

United States requirement to have a domestic framework to allow an enforceable right to
fair and adequate compensation as required by Article 14 of the UN Convention against
Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

## STATEMENT OF THE CASE

On October 30, 2025 the Plaintiff attempted to File an Emergency Motion to proceed in Forma
Pauperis, Consolidated Motion to Clarify / Recuse/ Reopen / Appoint Counsel, Emergency
Request for a Declaratory Judgment and Permanent Injunction, and Emergency Motion to

Compel with the US District Court District of Columbia. Presiding Judge Trevor N McFadden

November 5, 2025 refused to allow the filings against Article 13, & 14 UN Convention against

Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. As he has continually

participated in abuse of discretion to use procedural law to subvert the rule of law since

September 11, 2024 he has issued the equivalent of a Final Judgement.

The Emergency Motion for a Declaratory Judgment and Permanent Injunction requested the

following relief:

"Wherefore the Plaintiff Prays the Court:

Declaratory Relief:

1. Declares people who Petition the Government of a Redress of their Grievances have a
   right to an effective remedy.

2. Declares the Courts of the United States recognize Borealis Serenity Hedling is a Citizen
   of The United Kingdom

4

Injunctive Relief:

1. The Court accepts that the Plaintiff's has renounced their Citizenship. Is no longer a
   citizen of the United States.

2. Direct the Clerk to change the Plaintiff's name in the Case Header to "Borealis S
   Hedling".

3. Any relief this Court Deems Just and Proper."

## SUMMARY OF ARGUMENT

The Courts of the United States can't just ignore international law and victims of torture because

the torturers are heads of state and judges.

## ARGUMENT

### I.   THIS COURT SHOULD GRANT RELIEF ILLEGALLY WITHHELD BY THE LOWER COURT

#### A. US Judges are Not Immune to International Criminal Law

Victims of torture have an enforceable right to fair and adequate compensation and as full a

means of rehabilitation as possible. Impunity thrives on systems that deliberately abandon rule of

law to shield institutional actors. The Principles Of Jus Cogens are non-derogable you can't use

judicial proceedings to psychologically torture a victim seeking redress via gaslighting and

weaponizing procedural law. The Nuremberg Principles were developed because individual

criminal responsibility was deemed necessary to ensure non-recurrence to avoid Genocide,

Crimes Against Humanity, and Wars of Aggression. Sadly without a court of Universal

Crimes Against Humanity, and Wars of Aggression. Sadly without a court of Universal

Jurisdiction or even just Domestic courts exercising it there will never be a process of

transitional Justice for victims of atrocities.

5

## CONCLUSION

Based upon the foregoing, the plaintiff-appellee, Borealis S Hedling requests this court grant the

Plaintiff the relief and judicial relief the Plaintiff sought in the October 30, 2025 Emergency

Motion to proceed in Forma Pauperis, Consolidated Motion to Clarify / Recuse/ Reopen /

Appoint Counsel, Emergency Request for a Declaratory Judgment and Permanent Injunction,

and Emergency Motion to Compel.

Dated November 5, 2025

Respectfully Submitted,
/s/ Borealis S Hedling
plaintiff-appellee
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957

6

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(a)(7)(B), the plaintiff-appellee states that this brief

contains 1,151 words.

The Immigration and Refugee Board of Canada held 2 detention Hearings August 29, 2024 and September 5, 2024 in which they illegally maintained my detention yet never questioned the validity of my fear of persecution. The friend of the Court appointed to help me Laila Demirdarche at Community Legal Services of Ottawa advocated for my release and was a witness to these Hearings. I withdrew my claim of international protection under duress September 6, 2024. Was eventually refouled handcuffed by CBSA agent Henry Kwan September 10, 2024. I immediately took a train from New York City to Washington DC after my bus broke down. I filed the above noted Lawsuit in US District Court District of Columbia Case No 1:24-cv-02615-TNM September 11, 2024 Lawson V The DOJ. With a copy of the April 11, 2024 police report the Connecticut State Police released to the Canadian Government, but will not release to me. A letter to the US Ambassador to Canada sent via the US Consulate in Montreal. A copy of the August 29, 2024 detention Hearing transcript. Along with a detailed guide on what key exhibits to access from the April 3, 2024 Injunction Hartford Superior Court Docket #HHD-CV24-5082600S Lawson v The Department of Social Services et al. Per the below November 7, 2025 UN Special Procedures report Judge Trevor N McFadden has refused to provide any relief and the Judicial Conference of the United States has refused to hold him accountable.



Emergency Request for a Declaratory Judgement /
Emergency motion for Summary Judgement
Preliminary Injunction     Emergency motion For Summary Judgement
Injunction
+ Entire TRO would be appropriate but is
with the credit
this hyperbolic
extreme depth

## UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**

**SEP 11 2024**

Case: 1:24-cv-02615
Assigned To : Unassigned
Assign. Date : 9/11/2024
Description: Pro Se Gen. Civ. (F-DECK)

Jeremy M. Lawson

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Jury Trial: (check one)  ☐ Yes  ☒ No

The Department of Justice

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

The Federal Bureau of Investigations
The State Department

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jeremy M. Lawson |
| Street Address | 1 Lydall ST |
| City and County | Manchester (Hartford County) |
| State and Zip Code | Connecticut, 06043 |
| Telephone Number | Need to change Canadian Government illegally seized Dog Cow |
| E-mail Address | J-elms@ hotmail, com |

Relocating to DC or Baltimore
Asylum in Canada was illegally denied

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5



Emergency Request for Preliminary Injunction /
Request for Preliminary Judgment

b. If the defendant is a corporation.

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*(handwritten)* 4/6/24 informed Office of Justice Programs of massive 42 USC 1983/1985(a+3) and 1986 conspiracies in connecticut to operate the Domestic Violence cash benefit PA. 21-78 Section 14(e), using 3 question B con g uas 17b-1134. DSS informed Vfn/iplications nat now only victims to Provide Proof or questionnably for Their word or all allowance suibdule. Plaintiff informed DSS Chief of Staff on 3/31/23 filed extensive litigation over a grievance that couldn't been fixed with 1 email. That cont/ line against Domestic Violence Supported Plaintiff. Multi liability/4755- Absolute the universityof connecticut King Show DSS/attorthein General Counsel 3/31/24 with from all Ag w/injuntons and Promote Forced disclosures for 3/6/24 /illegally incarcerated per 1335/(g)4/4/24 - 8/21/24. FBI Arrest section 1121/24 left Bridgeport out of House family/illegal Amy/Powerful

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*(handwritten)* Whereas the Plaintiff Prays the Court: Declaratory Relief

1. "Declare the connecticut Coalition Against Domestic Violence and University of connecticut can advocate for the civil rights of victims and survivors of Domestic violence, without fear of legislation from the state of connecticut, with adequate federal intervention to do so."

2. Determine if Court can change $922 to bring this action +§ whistleblower equality. Injunctive Relief

1. Enjoin the Practice of using the US Criminal Justice §§ to harass Whistleblower retaliation

2. Write all fees to bring and Sustain this action, or waive one writer

3. Compel State Dept to help Plaintiff §§ file immediately for Asylum longer continued Exhibits Attached

 

**UNITED NATIONS**
**HUMAN RIGHTS**
OFFICE OF THE HIGH COMMISSIONER

**Reference:** s530bd73

**Date:** Friday, November 7, 2025

**Type:** Human rights violation

**Original:** English

**Consent:** I am/we are the alleged victim(s), and I/we give my/our consent

## Related mandates

- freedom of opinion and expression
- human rights defenders
- independence of judges and lawyers
- Transitional justice
- disability

## Victims

**Name:** Borealis Hedling

**Type:** Individual

**Sex:** Other

**Pronouns:** They / Them

**Salutation:**

**First name (used name):** Borealis

**Family name (used name):** Hedling

**Gender identity (self-identified):** Non-binary

**Date of birth approximate?** 29/03/1991

**Victim is a child (under 18 years of age)?** No

**Nationality:** United Kingdom of Great Britain and Northern Ireland

**Email:** borealis.appeals@gmail.com

**Telephone:** 19599998957

**Address:**
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)

**Occupation:** Human Rights Defender

**Other status:** Person with disability, Refugee / asylum seeker, Other (Pansexual / demisexual )

**Affiliation or activity:** Humanitarian, solidarity, human rights-related activity

## Submitted by

**Name:** Borealis Hedling

**Type:** Individual

**Pronouns:** They / Them

**Salutation:**

**First name (used name):** Borealis

**Family name (used name):** Hedling

**Gender identity (self-identified):** Non-binary

**Email:** borealis.appeals@gmail.com

**Telephone:** 19599998957

**Address:**
Travelodge Plus Dublin City Centre
44 Townsend ST
Dublin 2 (Ireland)

## Disclosure

**Does the alleged victim(s) or group/community agree to have their name(s) disclosed in a letter that may be sent to the Government, or others, such as intergovernmental organisations including United Nations entities, businesses, military or security companies?**
Yes

**Does the alleged victim(s) agree to have their name(s) appear in a public report to the Human Rights Council?**
Yes

## Case details

**Country where the incident allegedly occured/is occuring/might occur:** United States of America

**If relevant to your submission, please indicate whether there are additional country/ies where the incident allegedly occurred/is occurring/might occur, or otherwise related to the case submitted** Sweden, Switzerland

**Please provide a short chronological summary of the incident: what happened; when (date/time); who was involved?**
As the UN Special Rapporteurs on this report are aware I am a human rights defender who caught the State of Connecticut not taking victims of domestic violence at their word for emergency benefits 27/2/23. To lose my career then fighting using civil rights litigation. To be enforced disappeared in retaliation 11/4/24. Subjected to an attempted extrajudicial killing via forcible Ativan Withdrawal during 18 days of being held in solitary confinement. Eventually held illegally for a total of 133 days 11/4/24-23/8/24 43 days past the maximum sentence saved by Judge Chaplin who still won't come forward publicly most likely due to fear for his life or career. I went to Canada and tried to file an Injunction showing the US was nit a safe third country under international law. To in retaliation be detained illegally 25/8/24-10/9/24 with the State Department being well informed via recorded phone calls and fax. Eventually dumped back on US soil handcuffed.

Which is what this report concerns the US District Court District of Columbia Case No 1:24-cv-02615-TNM Lawson V The DOJ. A case filed 11/9/24 in DC the day after the Canadian Government refouled me with the cooperation of the US Government. The Presiding Judge Trevor N McFadden from 11/9/24-3/12/24 ensured I received no relief to ensure the US could falsely maintain the designation of being a safe third country. During this time I was refouled by the Swiss Embassy in DC 12/9/24 their Supreme Court will still not provide timely relief either via medical evacuation by the Swiss Embassy in Dublin. I was refouled by the UK Embassy in Iceland 23/10/24. Subjected to a brutal campaign of psychological torture by Iceland 15/9/24-12/11/24 insisting the US was by default "safe" regardless of evidence. Ending in a unannounced police kidnapping back to the US 12/11/24 the day after I reported their President to the International Criminal Court. To be left homeless to die in Maryland with the full endorsement of the European Court of Human Rights Filtering Section. To have this case be closed not providing for the postponing of the 2024 US Election among numerous requests for injunctive and Declaratory relief.

The Judge Trevor N McFadden refused to reopen the DOJ case 31/1/25 was shielded by Judge Nagala in US District Court District of Connecticut Case 3:25-cv-163-SVN which only existed to expose corruption and organize data for an indifferent House Foreign Affairs Committee about the State Department Bureau of Democracy, Human Rights and Labor planning to lie on 2024 Country Human Rights Reports. I was refouled by the Peruvian/Brazilian/Ecuadorian/Dominican Consulates in Connecticut. Now as I am desperately trying to get any judicial relief as Ireland also left me to die homeless on my 10th claim of asylum 30/7/25 refusing to build a court of Universal Jurisdiction as required by Article 14 of the UN Convention against Torture based on my case and the Principles of Erga Omnes. I have to beg via an Emergency Appeal to the US Court of Appeals for the District of Columbia in Case No 25-5398 to even have the right to have my filings reviewed as Judge McFadden can violate international criminal law openly. In front of the U.N. COE, OAS, and EU with Impunity. While the US Congress and Executive Branch just openly flaunt International law in almost every aspect of their operation. Donald J Trump still holds Abrego Garcia and his family Hostage. Not being held accountable for various Crimes Against Humanity including construction of concentration camps, mass deportation, torture, and aiding and abetting Israels Genocide. Peddling a peace plan that openly violates international law depriving the Palestinian people of Reparations and self determination. The International community is well aware the UN Security Council violating the Charter by refusing to use Article 34 appropriately makes the ICJ advisory opinion on Palestine binding as the competent authority.

**Are there witnesses to the incident?** Don't know

**Is there evidence or substantiating information concerning the incident?** Don't know

**Does the alleged victim believe she/he was targeted due to her/his** Engagement in human rights, trade union, political, religious activities or other types of activities, LGBTI, National origin

Engaged in High level human rights litigation against judges and heads of state. Having presented a right to the creation of a court of Universal Jurisdiction under Article 38 of the Constitution of Ireland as no domestic or international remedy will provide relief as they shield the perpetrators. Including President Donald J Trump.

**Has the incident been reported to the relevant authorities?** Yes

**Please include details of any complaints filed or any other action taken by the alleged victim(s) or anyone else on their behalf?**
NATO, Council of Europe, EU, Organization of American States, dozens of countries refusing to use Article 35 of the UN Charter.

Most recently brought up issue of complete lack of accountability to Judicial Confrence of the United States.

**Has the Government taken action to prevent or investigate the incident, punish the perpetrators, or ensure compensation to the alleged victim(s)?** No

**Is this case under consideration by any other international or regional body?** Don't know

**freedom of opinion and expression**

**Please indicate any views, affiliations, past or present participation in political, social, ethnic or labour group/activity.**
Constantly speaking truth to very powerful organizations be it countries, the catholic church, civil society, or academia telling the Story of Sophie Scholl and dangers of fascism. By sharing my story and the legal framework to ensure non-recurrence while cataloging similar violations of international law. Using court systems to organize the data and test those systems ethically.



Submission of Information to Special Procedures Report        s530bd73

**Please indicate the nature of the medium affected (newspaper, independent radio, etc.), including circulation and frequency of publication or broadcasting, public performances, etc, as well as the political orientation of the medium, if relevant.**
Court filings and media.

**If the incident involves restrictions on a medium (e.g. censorship, closure of a news organ, banning of a book, etc.); please indicate the identity of the authority involved (individual and/or ministry and/or department), the legal statute invoked, and steps taken to seek domestic remedy.**
Went to the Press Ombudsman in Ireland 12/10/25 against the Irish Times suppressing information materially important to the right of self determination in several countries with no response. Continually have reported judges including the entire 4th Circuit Judicial Council for suppressing information that would benefit Abrego Garcia and victims of the Trump and Bukele administration.

**If the incident involves arrest of an individual or individuals, the identity of the authority involved (individual and/or ministry and/or department), the legal statute invoked, location of detention if known, information on provision of access to legal counsel and family members, steps taken to seek domestic remedy or clarification of personÂ¢â, "â,¢s situation and status.**
Currently I am a prisoner of the Government of Ireland being executed via poverty and PTSD to ensure I can't provide evidence to relevant UN subcommittees under Optional Protocols. Literally using the International protection process to not issue me travel documents. Disregarding Article 14 of the UN Convention against Torture so I have no resources to meaningfully fight back. Not even the basic 40 euro a week allowance...

**human rights defenders**

**Please indicate the status of the alleged victim(s) as a human rights defender: in what human rights activity is the alleged victim (person(s) / organization) engaged?**
Engaged in High level human rights litigation against judges and heads of state. Having presented a right to the creation of a court of Universal Jurisdiction under Article 38 of the Constitution of Ireland as no domestic or international remedy will provide relief as they shield the perpetrators. Including President Donald J Trump.

---

**Perpetrators**

**Please specify the number of alleged perpetrators: 1**

**Is the identity/occupation of the alleged perpetrator(s) known? Yes**

Judge Trevor N McFadden (main judicial perpetrator)

**Were the alleged perpetrators State agents or believed to be State agents? Yes**

US District Court District of Columbia Judge

**If the alleged perpetrators were State agents, were they acting in their official capacity? Yes**

John Sauer US Solicitor General has argued election interference can be an "official act" in some respect so if a US District Court Judge appointed by Donald J Trump helped ensure the 2024 US Election proceeded illegally to benefit him it would be an official act. So The President could claim immunity even if international law and the Fundamental Right to self determination does not allow it. As seen with Palestine he doesn't care what Fundamental freedoms or inalienable rights he threatens as long as he can accumulate power to hang on no matter the cost he will. The world is more than happy to let him rather than follow the Nuremberg Principles.

On September 12, 2024 I informed The UN High Commissioner on Refugees, International Criminal Court, and Embassy of Switzerland in DC of my need for protection. The Government of Switzerland against their own human rights defender guidelines refused me any help when I presented myself at the Embassy of Switzerland September 12, 2024. Eventually excluding this interaction from their 2024 Human Rights Report obtained via the Swiss Freedom of Information Act. Even gaslighted me the actions of the Swiss Embassy were ethical when I made a whistleblower complaint to the independent whistleblower platform of the FDFA. The Federal

Administrative Court, Cantonal Court of Zurich, and as noted Supreme Court of Switzerland have refused to help.



I ran to Iceland September 15, 2024 claiming Asylum on a layover as the Netherlands details asylum seekers automatically my Injunction was also ignored and I was turned away from the Reykjavík District Court September 16, 2024.

District Court of Reykjavík

Case No._____

# Request for Emergency Declaratory and Injunctive Relief

Borealis S. Hedling

V.

The Netherlands

Iceland

1. Plaintiff has been exceptionally wronged by both the US and Canada just for making the Whistleblower Complaint 2/27/23. Take victims of Domestic Violence at their word for emergency benefits. It would have taken 1 email to fix. Plaintiff requests Court review EX 1, 2, and 3 before proceeding (provided in form of emails with organized evidence and who has that evidence).
2. Canada is allowing the US to still have a designation under the third safe agreement in violation of IRPA Section 102 (2) with substantially more information than provided in EX 1-3. In flagrant violation of international human rights laws. Maintaining intimidation of a public university and 501(c) 3 to deprive them of their right to advocate for the civil rights victims and survivors of domestic violence. Including the 1951 UN Convention of Refugees, UN Charter, The Universal Declaration of Human Rights, Declaration on the Elimination of Violence Against Women, and International Covenant on Civil and Political Rights. Especially The Universal Declaration of Human Rights Declaration on the Elimination of Violence Against Women. In regards to the Plaintiff Article 14 of the Universal Declaration of Human Rights.
3. Plaintiff will format the defendant's constitution. To make their case and allow the court to absorb the original jurisdiction questions. Along with determine boundaries within International Courts might have Subject Matter Jurisdiction.
4. **Right to equal treatment under law in regards to Civil and Human Rights:**

VII.
Article 65
Everyone shall be equal before the law and enjoy human rights irrespective of sex, religion, opinion, national origin, race, colour, property, birth or other status.
Men and women shall enjoy equal rights in all respects.

To avoid violation of human rights normal proceedings of Asylum Seeking should not be in front of any body of Government besides the courts. To also avoid revictimization based on 8/25/24 experience with Canada Border Service and subsequent illegal arbitrary detainment. Especially in regards to Plaintiff's relationship to any process with bureaucracy involved mixed with direct past trauma See EX 4. Plaintiff was already told by a border patrol agent 9/15/24 they would never get Asylum from the US. Asked about psychiatric hospitalization versus actual merits of fear of persecution or danger Plaintiff faced in US. In blatant violation of discriminating based on national origin. The systemic bias absent the context and data the Plaintiff has provided this Court and Ministry of Justice has made this process already retraumatizing. Just like fingerprint taking as Plaintiff per Exhibits disappeared for 18 days into DOC custody. In solitary confinement with no toilet paper. Did not get to shower for 2 weeks. Was left next to a loud buzzing door to die of Ativan Withdrawal. So when CBSA took them then illegally detained the Plaintiff this process happened for a 3rd time today was awful.

5. **Citizenship granted according to law:**

Article 66
No one may be deprived of Icelandic citizenship. Loss of citizenship may, however, be provided for by law, in the event a person accepts citizenship in

another State. An alien can only be granted Icelandic citizenship according to law.

Plaintiff's Asylum Application must become before the courts as soon as possible. There is an inherent right of access to the courts Plaintiff has been denied in extreme degrees. They do not want any association with the US thus per request for injunctive relief prayer for relief #4. Plaintiff is seeking immediate grant of citizenship and Asylum protections via judicial review and court order.

End note

The US and Canada are "so-called" safe countries they are not obviously.

Wherefore the Plaintiff Prays the Courts:

**Declaratory Relief**:

Determine bureaucracy is a systemic Crime Against Humanity.

Determine importance of Syntax and order of Constitutions. Use of Gender Neutral Language in Constitution based on LGBTQIA+ civil rights protections.

Determine what diirect constitutional protections are necessary for whistleblowers.

**Injunctive Relief:**

1. Take consolidated filling via email and "as is".
2. Waiver of all fees to bring and sustain this action.
3. Accept filing without use of "legal name" it is deadnaming. Immediately change name to "Borealis Serenity Hedling".
4. Grant Citizenship and instant Asylum protections.
5. Any relief this Court deems Just and Proper.

I certify under penalty of perjury the information contained within this complaint is complete and true to the best of my knowledge

Borealis Serenity Hedling

9/16/24

Hopefully soon not "legal name": Jeremy Lawson

The Icelandic Supreme Court ignored me. The European Court of Human Rights began their extreme campaign of gaslighting when I attempted to call out these violations September 23, 2024.



The abuse of Iceland is already well covered in the oral evidence and a 6th preemptive November 8, 2024 Rule 39 Interim measures request thar was also transmitted to the International Criminal Court.

See US District Court District of Columbia Case No 1:24-cv-02165-TNM

Lawson

V.

The Department of Justice

Evidence provided concurrently to â€œfadi.el-abdallah@icc-cpi.intâ€ . Working on records request for US state department as well.

District Court of Reykjavik Case No: HDR202401-0001 illegally closed 31/10/2024

Jeremy M Lawson

V.

Iceland

See Icelandic National Archives entered emails fromâ€™ j_emt@hotmail.comâ€, â€œjeremy.lawson1991@gmail.comâ€, and â€œborealis.hedling@gmail.comâ€.

I still have not been granted protection by the President of Iceland, The District Court of Reykjavik, or The Immigration Appeals Board. I am being treated like an animal and I am afraid the Icelandic police will come for me against the Nuremberg principles due to hyper vigilance. I have Article 14 rights to enjoy asylum and freedom from fear of persecution. Rights under the UN Convention Against Torture Article 13 & 14. This is evil please help meâ€¦

## Confirmation

**Submission ID# 36a85c98-127c-4ebd-9155-c8dbda61e3ec**          **Submission Date# 11-11-2024**

### Evidence List

| FILE NAME | EXTENSION | SIZE |
|---|---|---|
| EX 46 03-11-2024 Emergency Letter to the Japanese Ambassador to Iceland .PDF | PDF | 33.08 KB |
| EX 14 Ref_ F-2025-02637 Freedom of Information Act Acknowledgement.PDF | PDF | 76.19 KB |
| EX 107 signed transporting refugees like inmates.PDF | PDF | 4.71 MB |
| EX 43 Revised Iceland International Criminal Court Referral.PDF | PDF | 58.73 KB |
| EX 57 Hard to Starboard giving the Torture USB to the pirate party.PDF | PDF | 14.93 MB |
| EX 39 EX 5 Lawson V Iceland .PDF | PDF | 4.37 MB |
| EX 21 EX160 Fee waiver.PDF | PDF | 494.2 KB |
| EX 47 06-11-2024 Addendum to Emergency letter to Japanese Ambassador to Iceland .PDF | PDF | 36.61 KB |

| | | |
|---|---|---|
| EX 9 24-O-25171 Lawson Closing Letter.pdf | pdf | 305.28 KB |
| EX 55 Iceland wants the torture USB drive back.PDF | PDF | 49.31 KB |
| EX 1 FOIA DSS email 15-12-22.pdf | pdf | 149.4 KB |
| EX 6 Addendum to complaint DC Bar Office of Disciplinary Counsel.PDF | PDF | 45.3 KB |
| EX 38 EX 4 Lawson V Iceland .PDF | PDF | 6.19 MB |
| EX 13 Emergency EXPARTE Notice 11_3_2024(1).PDF | PDF | 247.02 KB |
| EX 44 Customary International Law.PDF | PDF | 2.21 MB |
| EX 20 sign N244 Application 5-11-2024.pdf | pdf | 181.43 KB |
| EX 33 request to amend 5-11-2024 Sir.PDF | PDF | 124.72 KB |
| EX 19 UK SC moot case subject matter jurisdiction met.PDF | PDF | 167.28 KB |
| EX 52 Emergency Complaint on unsafe discharge 10-9-24.PDF | PDF | 70.09 KB |
| EX 15 Motion for a stay Lawson V The DOJ .PDF | PDF | 59.31 KB |
| EX 10 Postpone Election EMERGENCY EX PARTE TRO.PDF | PDF | 61.62 KB |
| EX 47 06-11-2024 Addendum to Emergency letter to Japanese Ambassador to Iceland .PDF | PDF | 36.61 KB |
| EX 18 Email to Canadian Embassy.PDF | PDF | 4.02 MB |

## Confirmation

**Submission ID# 36a85c98-127c-4ebd-9155-c8dbda61e3cc**                    **Submission Date# 11-11-2024**

| | | |
|---|---|---|
| EX 26 22-10-24 UK Supreme Court Letter.pdf | pdf | 73.69 KB |
| EX 5 Complaint Against Attorney General Merrick Garland (1).PDF | PDF | 220.51 KB |
| EX 120 signed Complaint to French Ambassador.pdf | pdf | 2.64 MB |
| EX 12 FOIA 12 redacted.PDF | PDF | 2.28 MB |
| EX 40 EX 6 Lawson V Iceland .PDF | PDF | 1.45 MB |
| Jeremy Michael Lawson 2024-26249.MP3 | MP3 | 28.61 MB |
| EX 31 Response from Joy Morrissey MP.PDF | PDF | 285.38 KB |
| EX 34 Emergency Appeal Lawson V Iceland .PDF | PDF | 56.78 KB |
| EX 16 Kings Bench Associates-Order.pdf | pdf | 98.55 KB |
| EX 39 EX 5 Lawson V Iceland .PDF | PDF | 4.37 MB |
| EX 25 UK Supreme Court apology.PDF | PDF | 3.37 MB |
| EX 50 Motion for prejudgment remedy Lawson V DOJ et al.PDF | PDF | 115.35 KB |
| EX 41 EX 7 Lawson V Iceland .PDF | PDF | 1.34 MB |
| EX 40 EX 6 Lawson V Iceland .PDF | PDF | 1.45 MB |
| EX 15 Motion for a stay Lawson V The DOJ .PDF | PDF | 59.31 KB |
| EX 4 Merry would you grant my petition for a Writ of Certiorari.PDF | PDF | 33.37 MB |
| EX 28 29-08-2024 IRB Hearing Transcript.pdf | pdf | 6.02 MB |
| EX 38 EX 4 Lawson V Iceland .PDF | PDF | 6.19 MB |
| EX 56 loophole giving the Torture USB to Icelands President.PDF | PDF | 442.62 KB |

| | | |
|---|---|---|
| EX 42 Referral to the ICC Canada .PDF | PDF | 83.59 KB |
| EX 35 Print appeal demand to Iceland Court of Appeals.PDF | PDF | 182.48 KB |
| EX 17 EMERGENCY Appeal JEREMY M LAWSON V The Home Secretary (1).PDF | PDF | 59.27 KB |
| EX 58 cease and desist to Iceland on illegal seizure of torture USB.PDF | PDF | 1.14 MB |
| EX 51 US state department refoulment loan.PDF | PDF | 2.68 MB |
| EX 7 illegal closure of complaint on Merrick Garland DC Disciplinary Counsel.pdf | pdf | 260.74 KB |
| EX 36 EX 1-2 of Lawson V Iceland.PDF | PDF | 1.87 MB |

## Confirmation

| Submission ID# 36a85c98-127c-4ebd-9155-c8dbda61c3cc | | Submission Date# 11-11-2024 |
|---|---|---|
| EX 30 illegal closure of ReykjavÂk District Court case.PDF | PDF | 873.03 KB |
| EX 8 Messages to White House.PDF | PDF | 810.69 KB |
| EX 24 21-10-2024 UK Supreme Court letter.pdf | pdf | 68.52 KB |
| EX 23 Exhibits List Lawson V Morrissey et al(1).PDF | PDF | 34.01 KB |
| Emergency Notice Leaving Iceland Safety Plan .PDF | PDF | 51.1 KB |
| EX 47 06-11-2024 Addendum to Emergency letter to Japanese Ambassador to Iceland .PDF | PDF | 36.61 KB |
| EX 37 EX 3 in Lawson V Iceland.PDF | PDF | 4.66 MB |
| EX 5 Complaint Against Attorney General Merrick Garland (1).PDF | PDF | 220.51 KB |
| Rule 39 Request 6 no refoulment to US by Iceland.PDF | PDF | 131.26 KB |
| EX 45 refugees do immolate themselves in Iceland.PDF | PDF | 2.85 MB |
| EX 22 Jeremy M Lawson V Joy Morrissey et al(2).PDF | PDF | 44.99 KB |
| EX 48 National Public Service Ethics Board _copy.pdf | pdf | 41.54 KB |
| EX 29 IRB Hearing Transcript 5-09-2024.pdf | pdf | 2.43 MB |
| EX 53 JML V DSS 4-3-24.pdf | pdf | 24.19 MB |
| EX 11 Emergency Appeal on Expediting FOIA Request No 25-00652.PDF | PDF | 44.5 KB |
| EX 3 Petition for a Writ of Certiorari .PDF | PDF | 100.95 KB |
| EX 54 Iceland the torture of getting records on your torture.PDF | PDF | 1.5 MB |
| EX 49 Letter to Chinese Embassy in ReykjavÂk Potential Article 32 para 2 claim.PDF | PDF | 47.3 KB |
| EX 32 Gender identity civil rights fight 2019.PDF | PDF | 2.19 MB |
| EX 27 10-23-23 Acknowledgement of CGS 4-176-1.pdf | pdf | 334.2 KB |
| EX 27 10-23-23 Acknowledgement of CGS 4-176-1.pdf | pdf | 334.2 KB |

Respectfully Submitted,
Legal name: Jeremy M Lawson

Plaintiff
Chosen name: Borealis S Hedling

My November 12, 2024 Unannounced police kidnapping is already well documented and the European Court of Human Rights deliberate indifference well covered.

US District Court District of Columbia

Case No: 1:24-cv-02615-TNM

Emergency Notice being illegally refouled with police escort to Baltimore

Lawson

V.

The Department of Justice

Started drafting 1344 hours
Around 12:30 hours 11/12/2024 3 police officers from the return and repatriation unit came to illegally refoul the Plaintiff at the behest of the Directorate of Immigration. During the initial exchange to rush the Plaintiff out they emailed 100 individuals including the European Court of Human Rights press office and French Embassy where they planned to claim Emergency Asylum. The police have the Plaintiff's phone. They touched legal documents without a warrant saying they were "helping". Plaintiff showed them the Rule 39 Interim measures request #6. In several previous interactions had noted the acts of torture 23/09/2024. They ignored repeated attempts at telling them this was illegal. A violation of Article 65 and 68 of the Icelandic Constitution. They couod be charged with various felonies including risking obstruction of Justice charges in the US. That under the Nuremberg Principles they could not just say "they were following orders". That the Plaintiff filed a International Criminal Court Referral with the President of Iceland, Prime Minister, and head of the Directorate of Immigration listed. Previously asked the police to arrest the Directorate of Immigration. An individual could not be arbitrarily deported based solely on national origin. They were in violation of Article 25 of the act on Foreign Nationals not accommodating for abuse by the CT State police or Canadian Border Services Agency. They will only provide badge numbers not names even though they are wearing lanyard ids with names on them

Their deliberate indifference and blind adherence to orders is a jarring example of fascism. They asked what the Plaintiff would do in Baltimore. Plaintiff explained they were destitute. Would contact the US state department and refuse to leave the airport as they will not set foot on US soil. Once the police finally provide them a copy of this illegal rushed deportation order. They would upload it to almost 30 press secure drops. Demand the US Government pay for a flight to Ecuador. Plaintiff can survive with no food for a while. Granted they are already malnourished given the lack of ADHD medication and severe PTSD, but the US Government will leave the Plaintiff stranded after being tortured it is their normal modis operandi. Plaintiff drafted this is a locked police holding area at 1344 hours to 1407 hours 11/12/2024

44

6. If they deny them too they will give up for the day and return to their Icelandic Police controlled housing to dissociate and call the EU Emergency Human Rights Defenders that wants one of the many NGOs or non-profits that watched them almost die to "sponsor" they are a real human rights defender. Have outright ignored the Plaintiff's pleas for help in the past.

Astread Ferron-Poole (primary "victim" in the State of Connecticut V Jeremy M Lawson) would not send 1 email 2/27/2023 so 623 days later the Plaintiff gets to walk around Reykjavík in the intermittent rain Monday fleeing for their lives claiming Asylum a 3rd, 4th, 5th, maybe 6th time. If they fail returning to housing controlled by law enforcement that ignore allegations of torture. Subject to potential random searches without a warrant and Article 19 of the Police Act saying they must obey the Icelandic police. Probably also to another illegally blocked action by K. Ryngielewicz Registrar of the "Filtering" Section to a form letter she wrote 23 /09/2023. While 2 lawyers at the building the Directorate of Immigration per EX 112 wants the torture USB returned to by 1600 hours 11/11/2024. Threaten to expel them from the country using law enforcement regardless of evidence provide them and issue a 27 country travel ban unless the Plaintiff withdrew since the District Court of Reykjavík illegally blocked filing of an injunction 9/16/2024 to bypass this cruelty. Then illegally closed an emergency injunction 10/31/24 per EX 93 filed 10/23/24 to avoid the clearly abusive mental torture of an illegal denial 10/24/24 and another "interview" by the Directorate of Immigration the Plaintiff asked be arrested weeks ago. Literally citing the Plaintiff must appeal that illegal denial of international protection to the Immigration Appeals Board who knew of Plaintiff's case in extensive detail since 9/27/24 when they tried to appeal the illegal withdrawal, but ended up homeless without sufficient medication or clothing to survive in the cold anyways. Somehow Joe Biden and Ned Lamont are still in power and not custody.

I swear under penalty of perjury this notice is true and complete to the best of my knowledge.

Signed on the 10th of November 2024 at Bæjarhraun 16 RM 220 Hafnarfjörður, Iceland

Respectfully submitted,
Legal name: Jeremy M Lawson

_____
Plaintiff
Chosen name: Borealis S Hedling
They / Them

US District Court District of Columbia

Case No: <u>1:24-cv-02615-TNM</u>

Emergency Notice being illegally refouled with police escort to Baltimore

Lawson

V.

The Department of Justice

Started drafting 1344 hours
Around 12:30 hours 11/12/2024 3 police officers from the return and repatriation unit came to illegally refoul the Plaintiff at the behest of the Directorate of Immigration. During the initial exchange to rush the Plaintiff out they emailed 100 individuals including the European Court of Human Rights press office and French Embassy where they planned to claim Emergency Asylum. The police have the Plaintiff's phone. They touched legal documents without a warrant saying they were "helping". Plaintiff showed them the Rule 39 Interim measures request #6. In several previous interactions had noted the acts of torture 23/09/2024. They ignored repeated attempts at telling them this was illegal. A violation of Article 65 and 68 of the Icelandic Constitution. They couod be charged with various felonies including risking obstruction of Justice charges in the US. That under the Nuremberg Principles they could not just say "they were following orders". That the Plaintiff filed a International Criminal Court Referral with the President of Iceland, Prime Minister, and head of the Directorate of Immigration listed. Previously asked the police to arrest the Directorate of Immigration. An individual could not be arbitrarily deported based solely on national origin. They were in violation of Article 25 of the act on Foreign Nationals not accommodating for abuse by the CT State police or Canadian Border Services Agency. They will only provide badge numbers not names even though they are wearing lanyard ids with names on them

Their deliberate indifference and blind adherence to orders is a jarring example of fascism. They asked what the Plaintiff would do in Baltimore. Plaintiff explained they were destitute. Would contact the US state department and refuse to leave the airport as they will not set foot on US soil. Once the police finally provide them a copy of this illegal rushed deportation order. They would upload it to almost 30 press secure drops. Demand the US Government pay for a flight to Ecuador. Plaintiff can survive with no food for a while. Granted they are already malnourished given the lack of ADHD medication and severe PTSD, but the US Government will leave the Plaintiff stranded after being tortured it is their normal modis operandi. Plaintiff drafted this is a locked police holding area at 1344 hours to 1407 hours 11/12/2024

Signed on the 12th of November 2024 at Keflavik International Airport police holding area.

Respectfully submitted,
Legal name: Jeremy M Lawson

Plaintiff
Chosen name: Borealis S Hedling
They / Them

46



EUROPEAN COURT OF HUMAN RIGHTS
COUR EUROPÉENNE DES DROITS DE L'HOMME

T : +33 (0)3 88 41 20 18
F : +33 (0)3 88 41 27 30
www.echr.coe.int

Jeremy Lawson (legal name)
Grensásvegur 108 RM 26
REYKJAVIK
Iceland

ECHR-LE2.0bR
HEP/AUD/zoa

12 November 2024

**BY ECHR RULE 39 SITE**

<u>Our Ref. 26633/24</u>

Dear Borealis S Hedling,

I acknowledge receipt of your correspondence of 12 November 2024 requesting the European Court of Human Rights under Rule 39 of the Rules of Court to prevent your expulsion to the United States which does not specify the date of planned expulsion or legal basis for it.

**I would inform you that, in accordance with the Court's practice, incomplete or unsubstantiated requests for interim measures are not normally submitted to a judge for a decision.**

A mere reference to submissions in other documents or domestic proceedings is not sufficient. All requests must be accompanied by copies of all relevant domestic court, tribunal or other decisions (e.g. in asylum or other proceedings). In particular, you must submit:

- information about the date of the expulsion;
- copies of all relevant domestic decisions issued in Iceland;
- a clear and a brief explanation of why you think you would be at risk of ill-treatment in the United States.

Accordingly, in its present form, your request to apply Rule 39 will not be submitted to a judge for decision. It is your responsibility to make sure that the relevant information and/or documents are received by the Court. Otherwise, the Court may not be in a position to consider the request.

You are invited to consult the Practice Direction on interim measures available on the Court's Internet site (www.echr.coe.int/practice-directions).

If no reply is received, the file will be destroyed in due course without further notice.

Yours faithfully,

P.P.

K. Ryngielewicz
Registrar of the Filtering Section

EUROPEAN COURT OF HUMAN RIGHTS
COUNCIL OF EUROPE
67075 STRASBOURG CEDEX
FRANCE

COUR EUROPÉENNE DES DROITS DE L'HOMME
CONSEIL DE L'EUROPE
67075 STRASBOURG CEDEX
FRANCE

Per the Transmission To the International Criminal Court regarding the Supreme Court of Ireland and August 27, 2025 UN Special Procedures report so is the Government of Ireland's abuse

5. Decision of the European Court of Justice: you can't present evidence of torture to

a€œcompetent authoritiesâ€ and

Record No: Rule 39 Interim measures request Our Ref. 26633/24

Date of Order: N/A Perfection Date:

Date of Judgment: 12/11/24

Names of Judge(s): K. Ryngielewicz Registrar of the Filtering Section

Where this application seeks leave to appeal directly from an Order of the High Court

has an appeal also been filed in the Court of Appeal in respect of that Order?

Yes No

6. Extension of Time: Yes No

If an application is being made to extend time for the bringing of this application, please set

out concisely the grounds upon which it is contended time should be extended.

7. Matter of general public importance:

If it is contended that an appeal should be permitted on the basis of matter(s) of general

public importance please set out precisely and concisely, in numbered paragraphs, the

matter(s) alleged to be matter(s) of general public importance justifying appeal to the

Supreme Court.

This section should contain no more than 500 words and the word count should appear at the

end of the text.

1. The Petitioner per Supplement evidence attached emailed the Irish Embassy in Oslo

20/9/24 who are the assigned Diplomatic Mission to Iceland proof they were a human

rights defender. Who illegally detained and refouled by the Canadian Government

after being enforced disappeared and illegally incarcerated by the Government of

Connecticut with the knowledge of the US Department of Justice. For making the

whistleblower complaint the Department of Social Services was not taking victims of

domestic violence at their word for emergency benefits. They were held on a $75,000

unplayable bond and held 43 days past the maximum sentence for filing the below

## Confirmation

**Submission ID# 29a1e34c-f517-4934-af19-d4b38ba8fc3f**     **Submission Date# 02-02-2025**

injunction.

Jeremy M Lawson

V.

The Connecticut Department of Social Services

Jeremy M Lawson V The Connecticut Department of Social Services et al.

https://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=HHDCV2450

82600S

2. Ended up tortured by Iceland while the ECHR illegally denied or administratively blocked

6 Category 1 Rule 39 Interim measures requests.

23/09/24 30 minute asylum claim coerced withdrawal interview:

https://drive.google.com/drive/folders/1qDkPN4bR3EwT3iR9u3l0KH3VyoIFC3KR

Google Drive to Rule 39 Interim measures requests 1-6 European Court of Human Rights

https://drive.google.com/drive/folders/19KJLs7-FpZFoYoLA-Fn1jfDIEaEcvtQD

3. The Federal Court in Ottowa, US Supreme Court, UK Supreme Court, and Inner House of

3. The Federal Court in Ottowa, US Supreme Court, UK Supreme Court, and Inner House of

the Court of Sessions are violating the principles of Jus Cogens and abuse by lower courts

makes accessing them torture in itself. Under Article 13 of the European Convention and of

the UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or

Punishment review of allegations of Torture. The Petitioner is just asking this court to:

-Declare the Petitioner is a human being

-End The Practice of deadnaming and misgendering of Trans and Non-binary individuals in all

Government services

-Declare everyone has the right to advocate for human rights individually and collectively without

fear.

8. Interests of Justice:

If it is contended that an appeal should be permitted on the basis of the interests of justice,

please set out precisely and concisely, in numbered paragraphs, the matters relied upon.

This section should contain no more than 300 words and the word count should appear at the

end of the text.

1, The Petitioner's original Grievance they Petitioned their Government to redress take victims at

their word for emergency benefits as required by law 27/2/23. Could have been resolved with a

single email†

9. Exceptional Circumstances: Article 34.5.4:

Where it is sought to apply for leave to appeal direct from a decision of the High Court,

---

## Confirmation

Submission ID# 29a1e34c-f517-4934-af19-d4b38ba8fc3f          Submission Date# 02-02-2025

please set out precisely and concisely, in numbered paragraphs, the exceptional

circumstances upon which it is contended that such a course is necessary.

This section should contain no more than 300 words and the word count should appear at the

end of the text.

The Petitioner is trapped in their country of persecution. Homeless, and desperately Seeking

emergency diplomatic Asylum from a World community that rather they commit Suicide. That

Compensate a victim of torture mainly through donating money to a children's cancer hospital.

While world Leaders openly violate international instruments with Impunity against the Nuremberg

Principles.

Please set out in the Appendix attached hereto the grounds of appeal that would be relied

upon if leave to appeal were to be granted.

Petitioner has the right under international law

11. Priority Hearing: Yes No

If the applicant seeks a priority hearing please set out concisely the grounds upon which such

priority is sought.

This section should contain no more than 100 words and the word count should appear at the

end of t

Under Article 13 of the UN Convention against Torture and Other Cruel, Inhuman or

Degrading Treatment or Punishment review of allegations of Torture require prompt

review by competent authorities.

12. Reference to CJEU:

If it is contended that it is necessary to refer matters to the Court of Justice of the European

If it is contended that it is necessary to refer matters to the Court of Justice of the European

Union please identify the matter and set out the question or questions which it is alleged it is

necessary to refer.

There is already a concurrent submission to the CJEU on Removing Iceland from the third safe

country list under Recast APD for refouling and torturing the Petitioner the European Commission

knew including Secretary-General Ilze Juhansone

Part II

The information contained in this part will not be published.

13. Applicant's Representatives:

Please identify the solicitor and counsel for the applicant, with contact details for the solicitor

dealing with the matter including an email address for the solicitor and lead counsel. In the

case of an applicant in person please provide contact details including telephone and email.

## Confirmation

**Submission ID# 29a1e34c-f517-4934-af19-d4b38ba8fc3f**                     **Submission Date# 02-02-2025**

Pro Se Litigant

Legal name: Jeremy M Lawson

Chosen name: Borealis S Hedling

They / Them

Mailing address (Homeless) 8640 Ridge RD Ellicott City Maryland 21403

Email: Silenceisvalidation@gmail.com

Phone +1-959-8957

### Evidence List

| FILE NAME | EXTENSION | SIZE |
|---|---|---|
| Gmail - Emergency Leave to appeal under Article 13 of the European Convention and UN Convention against Torture.PDF | PDF | 568.35 KB |
| Emergency Compliant Europe Convention on Preventing DV.PDF | PDF | 110.74 KB |
| Reported Form to Management.PDF | PDF | 346.54 KB |
| Last email 8-25-24 before Canada Gulag.PDF | PDF | 98.42 KB |
| Irish Embassy confirmation 20-9-24.PDF | PDF | 82.27 KB |
| Ireland Supreme Court attachments to Email 12-1-25 .PDF | PDF | 723.05 KB |
| 20-9-24 Email to Council of Europe Embassies.PDF | PDF | 6.12 MB |
| Emergency Compliant Europe Convention on Preventing DV.PDF | PDF | 110.74 KB |
| EX 2 2-27-23 email to Cristina Macpillis.pdf | pdf | 25.88 KB |
| 20-9-24 Email to Council of Europe Embassies.PDF | PDF | 6.12 MB |
| Gmail - Automatic Response_ Emergency Leave to appeal supplemental info email 2 or 2.PDF | PDF | 101.4 KB |
| Emergency Appeal Lawson V Iceland .PDF | PDF | 56.78 KB |
| Form 1 Application for Leave to Appeal.PDF | PDF | 299.95 KB |

Submission of Information to Special Procedures Report                                                    ulvn4bvr

 

**UNITED NATIONS**
**HUMAN RIGHTS**
OFFICE OF THE HIGH COMMISSIONER

**Reference:** ulvn4bvr                                          **Date:** Wednesday, August 27, 2025

**Type:** Follow-up information                                  **Original:** English

**Consent:** Not required

---

**Related mandates**

- arbitrary Detention
- international order
- disappearances
- human rights defenders
- disability

---

**Submitted by**

**Name:** Jeremy Lawson                                          **Type:** Individual

**Pronouns:** They / Them                                        **Salutation:**

**First name (used name):** Borealis                             **Family name (used name):** Hedling

**Gender identity (self-identified):** Genderfluid

**Email:** dauntless.peace@proton.me                             **Telephone:** 19599998957

**Address:**
St Aloysius Ward Mater Misericordiae University Hospital

---

**Case details**

**If the original submission was made online please provide the submission reference if known:** cd5ultr1

**The date of the original submission to the Special Procedures and the name of the person / organization who sent it, as contained in the original submission:**
23/11/24-present

This information is also going to be transmitted in Portuguese, Spanish, German, French, Dutch, Chinese, and Japanese for recording purposes. The translations are not exact
I am a human rights defender who provided the Irish government with information regarding cases of torture, refoulement, and crimes against humanity. This information has been ignored since 20/09/2024. Following the complaint cited below, filed on 22/08/2025 with the European Commission, I am subject to restrictions on freedom of movement. I am ignored by the United Nations, the Organization of American States, and the European Commission itself. I had to file a complaint with the Office of the European Ombudsman in the hope that the complaint below will be legally examined, in accordance with European and international law.

If Ireland does not allow transit:

According to Article 4 of the Cuban Constitution, asylum may be granted to those subjected to political persecution.

The Chinese Embassy can grant asylum in accordance with Article 32, Paragraph 2 of the Constitution of the Republic of China

Brazil, Mexico and Argentina have all ratified the 1954 Convention on Diplomatic Asylum, signed in Caracas

The Japanese embassy took no action when I was tortured in Iceland. Under Article 14 of the UN Convention Against Torture, I can seek asylum at their embassy in Dublin.

Under Article 21 of the Constitution of India, I can apply for asylum at the Embassy of India in Dublin.

Since the Commissioner for the Fundamental Law did not understand or did not deal with my complaint properly, I can apply for asylum under the Fundamental Law.

August 22, 2025 Complaint to the European Commission (edited)

---

United Nations Office of the High Commissioner for Human Rights                                          1/2

Submission of Information to Special Procedures Report                                                    ulvn4bvr

On January 12, 2025, the Applicant filed a direct appeal against a decision of the Court of Session with the Supreme Court of Ireland. There were indications that European law was not being correctly applied to the Applicant, given that Iceland had tortured him. Iceland subsequently unlawfully returned him to the United States on November 12, 2024, after allowing the United States and Canada to maintain their false safe third country designation. The Applicant was ignored, even citing contact with the Irish Embassy in Oslo on September 20, 2024, via email, detailing his enforced disappearance in the United States between November 11 and August 23, 2024, to halt a civil rights injunction.

Furthermore, declaring an unlawful detention while seeking international protection in Canada from August 25 to September 10, 2024, for attempting to file another injunction demonstrating that the United States did not meet the definition of a safe third country, and failing to revoke that designation, would constitute a systematic crime against humanity in the form of mass deportation. Both Iceland and Canada used the asylum process as torture against a human rights defender. Canada explicitly violated its commitments to human rights defenders.

The economic and psychological torture Complainant has faced since his unannounced abduction back to the United States by Icelandic police on November 12, 2024, has intensified each time he seeks help from any government at the Council of Europe, the UN, NATO, or the Inter-American Commission on Human Rights. UN Special Procedures Reports have yielded no results since November 23, 2024. Although Complainant has documented simultaneous violations of international law under the UN Convention against Torture, the UN Convention on the Rights of Persons with Disabilities, and the 1951 UN Convention Relating to the Status of Refugees, the principles of Jus Cogens and Erga Omnes, no country will invoke Article 35 of the UN Charter as long as the situation deteriorates.

**Additional information**

The applicant filed an injunction to prevent further traumatic abuses of the asylum system. After the Joint Committee on Justice, Home Affairs, and Migration of the Houses of the Oireachtas acknowledged a petition to the Nobile Office on July 28, 2025, the Scottish Court refused to act on it on July 22, 2025. Meanwhile, the Minister for Justice acknowledged another injunction filed on July 30, 2025, in the Irish High Court during a new application for international protection. The Irish High Court dismissed the injunction, which violated European and international law. The applicant was left homeless to die on July 30, 2025, and ordered to obtain a tent. This led to continued psychiatric hospitalization. However, the Government, through ostracism, refuses to admit guilt. This alone, coupled with hate crimes against the Indian population, demonstrates a blatant pattern of human rights violations.

This could allow the EU to suspend Ireland's rights as a Member State, given its failure to comply with international law. On August 20, 2025, another injunction was rejected by the Irish High Court, allowing Ireland to continue its violations of international instruments, including the Treaty on European Union. Ireland fails to uphold democracy, the rule of law, and human rights, violating the complainants' right to provide evidence to UN Subcommissions under the Optional Protocols. Along with other states that have failed to act since September 2024, the European Commission has allowed these abuses to continue without redress. The complainant has exhausted all available domestic and international remedies. Ireland will not apologize or provide compensation under Article 14 of the UN Convention against Torture. Ireland holds the complainants' US passports, as they openly seek reconciliation to obtain freedom of movement. Furthermore, it calls on governments to act compassionately and provide compensation also in the form of monetary donations to St. Judes Children's Research Hospital.

Given I am still a political prisoner of the Government of Ireland running out of medication literally filing Petitions for them to Stop covering Up the fact they are torturing me and refused to establish a Court of Universal Jurisdiction since September 11, 2025. I am requesting to ensure my safety Sweden medically evacuate me to help participate in this investigation under Article 11 and 13 of the UN Convention on the Rights of Persons with Disabilities

I swear under penalty of perjury the information contained in this statement is true and complete to the best of my knowledge.

Signed on the 5th of December 2025 at Travelodge Plus Dublin City Centre 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/S/ Borealis S Hedling
They / Them

Affidavit to Appeal in Forma Pauperis to Support of Appeal from a January 16, 2026 Order of the US District Court District of Columbia

On December 16, 2026 at ECF 212 the Plaintiff/Appellant filed a Motion to Intervene and Consolidate. As a Human Rights Defender who has since September 11, 2024 been denied any form of relief by the US District Court District of Columbia in violation of Article 3, 13, and 14 of the UN Convention against Torture. The Courts have consistently abused their discretion to cover up The 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and cover up The Domestic Violence Cash Benefit Program. Which amounted to Connecticut conducting a new enforced disappearance, trial in absentia, and attempted extrajudicial killing via forcible Ativan Withdrawal during 18 days of being held in solitary confinement with no toilet paper. For asking Connecticut to follow the law instead of shield officials who cared more about money than human lives.

**17b-112a states:**

For purposes of this section, allegations of domestic violence by a victim may be sufficient to establish domestic violence where the Department of Social Services has no independent, reasonable basis to find the applicant or recipient not credible. Upon alleging domestic violence an applicant or recipient may be required to provide a sworn statement or to submit to the department any evidence of such violence available to the applicant or recipient. Evidence of domestic violence may include, but is not limited to: (1) Police, government agency or court records; (2) documentation from a shelter worker, legal, medical, clerical or other professional from whom the applicant or recipient has sought assistance in dealing with domestic violence; or (3) a statement from an individual with knowledge of the circumstances which provide the basis for the claim of domestic violence. We may want to think about if/how we incorporate #3 (statement of individual with knowledge). If we do not incorporate, we need to be prepared to answer why.

As for not needing a police report or restraining order, I understand the commissioner's concern about the risk of pursuing those documents, but these benefits are a LOT of money, we have to have some way of substantiating the client's claims. If they already have those documents then great, but if they don't I feel like the application would have to come from a DV shelter. Yes, the plan is to set up an application process with DV shelters. We discussed this in our previous meeting and it sounded like the shelters were on board with doing the applications for clients they are already working with. But if the purpose of the benefit is to help the person escape their DV situation, they also need to take some steps on their end to make that happen and provide us with some sort of proof that they are taking some form of action (which would be a police report OR restraining order OR seeking help from a shelter). It would be great if we could collect information on other DV supports being received by the client, even if just for reporting purposes.

That the United States can't work in concert with foreign countries to participate in further acts of illegal detainment and refoulement as they did in Canada August 25, 2024-September 10, 2024.



*[Handwritten annotations at top:]* This is a crime against Humanity, Article 14 of the UN Declaration of Human Rights Exhibit. I Plead under the Alford Doctrine 8/23/24 since a Judge w/ integrity recused this State Attorney!

The State of Connecticut V. Jeremy Lawson

Ex Parte EX3

File complaint

GA#14 (Hartford) Criminal Court M-10 Docket # H14-CR24.0763184.5

**ASFC** **CBSA**

36 (1)(b) IRPA "a serious criminality having been convicted of an offence outside Canada that if committed in Canada would constitute an offense under an Act of Parliament punishable by a maximum term of imprisonment of at least 10 years."

**ASFC Montréal – Exécution de la loi**
Tuesday September 03rd, 2024

**ID:** 11-4195-3168
**Surname:** LAWSON
**First name:** Jeremy Michael
**Date of birth:** March 29st, 1991
**Country of birth :** United States of America

Also a class C Misdemeanor ConnGen s 53 a-183 Harassment 2 has gotta Max charge or $500 fine + 3 years in jail

unlawful charge

**Admissibility Hearing : Thursday, September 5th, 2024 at 09:00**

---

I, Francis Letellier, of the Canada Border Services Agency (CBSA), do solemnly declare that I make this solemn declaration conscientiously believing it to be true and knowing that it is of the same force and effect as if made under oath. ← This is Perjury

This file was referred to us for follow-up at the next detention review with a view to holding an admissibility hearing. The subject is under investigation to determine whether he is a person to whom section 36(1)b of the IRPA applies.

On September 3rd, 2024, we requested my colleague Henry Kwan from the Major Crime Investigation Unit to obtain from the authorities in Connecticut, USA, all the information concerning the criminal record, including police reports. The documents should be forwarded to us shortly.

Once we receive Mr. Lawson's court documents, we will be in a position to determine whether there are grounds to compromise the eligibility of his claim and support section 58(1)(c) of the IRPA. For the moment, my colleague cannot state a position.

Mr. Lawson's refugee claim is currently on hold pending a decision by a Board Member of the Immigration Division regarding the issuance of a possible removal order following the evidence to be presented by my colleague..

Considering Mr. Lawson's criminal history in the United States of America, I recommend that the subject's detention be maintained on the grounds that he will not appear for his eventual removal from Canada and sees no reasonable alternative to it, as he represents a certain risk to Canadian society. The evidence on file indicates that he is subject to the 36(1)(b) inadmissibility category of the IRPA.

Francis LETELLIER - 18637
Agent d'exécution de la loi
ASFC Montréal – section renvois

Agence des services frontaliers du Canada
Canada Border Services Agency

**Canadä**

Or participation by the US State Department in a police kidnapping by Icelandic police 11/12/24.



6:53  Fri, Jan 16

## Is the Government of Ireland officially refusing to Prosecute Officials for the Torture of Borealis S Hedling?  Inbox

**Borealis**  6:03 p.m.

to accessofficer, hrc-sr-truth, hrc-sr-torture, ogis, FACULTAD, ...

From  Borealis • borealis.appeals@gmail.com

To  accessofficer@dppireland.ie
hrc-sr-truth@un.org
hrc-sr-torture@un.org

Cc  ogis@nara.gov
FACULTAD DERECHO UNAM • facultad@derecho.unam.mx
SOS@international.gc.ca
postmaster@nobelpeaceprize.org
247@mfa.no
post@nobelpeacecenter.org
info.nobelprizemuseum@nobelprize.org
registrator.kansli@polisen.se
justitieombudsmannen@jo.se
law.postgraduate@tcd.ie
academic.registry@tcd.ie
dataprotection@tcd.ie
apply.scholarsatrisk@nyu.edu
scholarsatrisk@nyu.edu
ryan.howzell@nyu.edu
brennancenter@nyu.edu
nyuad.provost@nyu.edu
shape.engagements@shape.nato.int
shape.j10pao@nato.int
shape.band@nato.int
dubamb@um.dk
newsdesk@irishlegal.com
osd.pa.dutyofficer@mail.mil
AF.JAX.Workflow@us.af.mil
16AF.PA.MediaOps@us.af.mil
OnTheRecord@usmc.mil
PTGN_CHINFONEWSDESK@navy.mil
warcompa@socom.mil
osd.pentagonpressbadges@mail.mil
holysee.oas@diplomat.va
um@um.dk
pressevagten@um.dk
bbb@um.dk
udenrigsministeren@um.dk
GovPublicRecords@la.gov
SSK@ankl.dk

↩ Reply          ↪ Forward

6:53  Fri, Jan 16

SUPREMECTBRIEFS@usdoj.gov
alicia.dupree@usdoj.gov
johnny.walker@usdoj.gov
tips@nypost.com
tips@latimes.com
tips@slate.com
tips@themarysue.com
tips@newyorker.com
tips@injusticewatch.org
tips2@bloomberg.net
scoop@motherjones.com
newstips@commondreams.org
newsmanager@foxnews.com
news@skynews.com
news@thejournal.ie
news@irishstar.com
news@justsecurity.org
news@ctpublic.org
newsdesk@irishtimes.com
enquiries@ombudsman.org.za
info@medieombudsmannen.se
complaints@mediacouncil.ca
pfu@presse.no
ambassaden.dublin@gov.se
ambassaden.washington@gov.se
dmr@dmr.is
mfa@mfa.is
forseti@forseti.is
dppa-scsb3@un.org
sgcentral@un.org
UNOMS@un.org
Ombudsmediation@fpombudsman.org
lordmayor@dublincity.ie

Date    Jan 16, 2026, 6:03 p.m.

View security details

Yes or no?



---------- Forwarded message ----------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Thu, Jan 15, 2026, 3:11 AM

Reply          Forward



6:53 Fri, Jan 16

Subject: To the International Protection Appeals Tribunal on how exactly does the Dublin Regulation work when Iceland Refouled and Tortured me?
To: IPAT Appeals Registration <registration@protectionappeals.ie>, International Protection Office <info@ipo.gov.ie>, <ECJ.Registry@curia.europa.eu>, <hrc-sr-independenceJI@un.org>
Cc: <dataprotection@tcd.ie>, <provost@tcd.ie>, <academic.registry@tcd.ie>, <law.postgraduate@tcd.ie>, FACULTAD DERECHO UNAM <facultad@derecho.unam.mx>, <info@president.ie>, Niall Collins <niall.collins@oireachtas.ie>, <contact@csso.gov.ie>, <helen.mcentee@oireachtas.ie>, Joint Committee on Justice Home Affairs and Migration <justice@oireachtas.ie>, <disabilitymatters@oireachtas.ie>, <education@oireachtas.ie>, <hrc-sr-education@un.org>, <minister_fheris@dfheris.gov.ie>, <support@protectdefenders.eu>, <info@frontlinedefenders.org>, <secretar@tcd.ie>, <ogis@nara.gov>, <scholarsatrisk@nyu.edu>, <apply.scholarsatrisk@nyu.edu>, <philosophy@tcd.ie>, <philosophy@ucd.ie>


This doesn't work...

--------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Thu, Jan 15, 2026, 3:03 AM
Subject: To the Icelandic Ombuds Request for Review of 12949/2024 due to severe inconsistency regarding the 12/11/24 Unannounced police kidnapping you refused to investigate
To: <postur@umbodsmadur.is>, Póstur - KNU <postur@knu.is>, <althingi@althingi.is>, <hrc-sr-truth@un.org>, <registrator.kansli@polisen.se>, <anticorruption@prosecutor.se>, <justitieombudsmannen@jo.se>, <civilrights@oag.state.md.us>, <newhaven@ic.fbi.gov>, DESPP.Legal <despp.legal@ct.gov>
Cc: <ogis@nara.gov>, FACULTAD DERECHO UNAM <facultad@derecho.unam.mx>, <SOS@international.gc.ca>, <postmaster@nobelpeaceprize.org>, <247@mfa.no>, <press@trumporg.com>, <post@nobelpeacecenter.org>, <info.nobelprizemuseum@nobelprize.org>, <registrator.kansli@polisen.se>, <justitieombudsmannen@jo.se>, <law.postgraduate@tcd.ie>, <academic.registry@tcd.ie>, <dataprotection@tcd.ie>, <apply.scholarsatrisk@nyu.edu>, <scholarsatrisk@nyu.edu>, <ryan.howzell@nyu.edu>, <brennancenter@nyu.edu>, <nyuad.provost@nyu.edu>, <shape.engagements@shape.nato.int>, <shape.j10pao@nato.int>, <shape.band@nato.int>, <dubamb@um.dk>, <newsdesk@irishlegal.com>, <osd.pa.dutyofficer@mail.mil>, <AF.JAX.Workflow@us.af.mil>, <16AF.PA.MediaOps@us.af.mil>, <OnTheRecord@usmc.mil>, <PTGN_CHINFONEWSDESK@navy.mil>, <warcompa@socom.mil>, <osd.pentagonpressbadges@mail.mil>, <holysee.oas@diplomat.va>, <um@um.dk>, <pressevagten@um.dk>, <bbb@um.dk>, <udenrigsministeren@um.dk>, <GovPublicRecords@la.gov>, <SSK@ankl.dk>, <admin@odf.ie>, <entraide-civile-internationale@justice.gouv.fr>,

↩ Reply     ↪ Forward

6:53 Fri, Jan 16

<enquiries@ombudsman.org.za>, <info@medieombudsmannen.se>,
<complaints@mediacouncil.ca>, <pfu@presse.no>, <ambassaden.dublin@gov.se>,
<ambassaden.washington@gov.se>, <dmr@dmr.is>, <mfa@mfa.is>,
<forseti@forseti.is>, <dppa-scsb3@un.org>, <sgcentral@un.org>,
<UNOMS@un.org>, <Ombudsmediation@fpombudsman.org>,
<lordmayor@dublincity.ie>

How exactly was I in Iceland 12/11/24-15/11/24 when I was admitted to a hospital
because your police kidnapped me unannounced and left me to die homeless in
Baltimore 12/11/24?

Enlighten us please?



← Reply          → Forward



9. The evaluee is demonstrating the following behavior that leads me to conclude that they currently have a mental disorder: *was found stating that he would like to harm himself having suicidal thoughts* (Attach additional sheets if necessary)

10. The evaluee presents a danger to the life or safety of the evaluee or others because: _____

11. The evaluee has access to the following firearms/weapons: *n/a* (Attach additional sheets if necessary)

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

11/13/2024 *Otu Overby 1983*
Date    Petitioner

*poverby@motta.state.md.us*
E-mail

Fax

**TO THE PETITIONER:** You may be required to appear before the court. You have made the statements above under penalties of perjury. If an evaluation is ordered, it would be helpful if you could accompany the evaluee to the emergency facility and provide emergency facility authorities with all information that is pertinent to this petition. A petitioner who, in good faith and with reasonable grounds, submits or completes the Petition for Emergency Evaluation is not civilly or criminally liable for submitting or completing the petition.

CC-DC-013 (Rev. 12/09/2020)                    (front)                    PEEEV

---

**UMBOÐSMAÐUR ALÞINGIS**
Þórshamri, Templarasundi 5, 101 Reykjavík
Sími: 510 6700 • Netfang: postur@umbodsmadur.is
Heimasíða: www.umbodsmadur.is

Mál nr. 12949/2024

Reykjavík, 11. desember 2024

Jeremy Lawson
jeremy.lawson1991@gmail.com

*If you need assistance with understanding the Icelandic text contained in this letter, you are welcome to contact the Ombudsman's Office by telephone no. (+354) 510-6700 during weekdays from 09:00-11:30 and 12:30-15:00. You may also request further information by sending an email to postur@umbodsmadur.is.*

I

Vísað er til kvörtunar þinnar, sbr. tölvubréf í september sl., sem fékk málsnúmerið 12949/2024. Með tölvubréfi 8. október sl. var þess óskað nánari upplýsinga um kvörtunina, s.s. um hvaða íslenska stjórnvald eða stjórnvöld ættu í hlut.

Af svörum þínum með tölvubréfi síðar þann dag, svo og öðrum tölvubréfum frá þér, en mér hefur borist mikill fjöldi erinda frá þér, verður ráðið að kvörtunin beinist öðru fremur að Landspítala og

↩ Reply    ➜ Forward    ☺

**I**

Vísað er til kvörtunar þinnar, sbr. tölvubréf í september sl., sem fékk málsnúmerið 12949/2024. Með tölvubréfi 8. október sl. var þess óskað nánari upplýsinga um kvörtunina, um hvaða íslenska stjórnvald eða stjórnvöld ættu í hlut.

Af svörum þínum með tölvubréfi síðar þann dag, svo og öðrum tölvubréfum frá þér, en mér hefur borist mikill fjöldi erinda frá þér, verður ráðið að kvörtunin beinist öðru fremur að Landspítala og Útlendingastofnun. Í tölvubréfunum kom fram að þú værir ósáttur við heilbrigðisþjónustu af hálfu spítalans og að Útlendingastofnun hefði þvingað þig til þess að draga til baka umsókn um alþjóðlega vernd. Enn fremur vísaðir þú til heimilda umboðsmanns til þess að taka mál til meðferðar að eigin frumkvæði, sbr. 5. gr. laga nr. 85/1997 um umboðsmann Alþingis.

Í tilefni af kvörtun þinni voru bæði Útlendingastofnun og Landspítala rituð bréf 19. nóvember sl. og óskað upplýsinga um samskipti þín við þessi stjórnvöld. Svör þeirra bárust með bréfum 3. desember sl.

**II**

Meðal þess sem kemur fram í bréfi Útlendingastofnunar er að þú hafir tvívegis sótt um alþjóðlega vernd á Íslandi, 15. september sl. og aftur 16. október sl. eftir að hafa dregið fyrri umsókn til baka 23. september sl. Þá segir að stofnunin hafi synjað síðari umsókninni 24. október sl., kærunefnd útlendingamála hafi staðfest þá ákvörðun 13. nóvember sl., og að heimferðar- og fylgdardeild Ríkislögreglustjóra hafi flutt þig til Bandaríkjanna 15. nóvember sl. Það er því ljóst að eftir að þú kvartaðir til mín lagðir þú fram nýja umsókn um alþjóðlega vernd sem hlaut afgreiðslu hjá Útlendingastofnun og kærunefnd útlendingamála.

Þar sem ráðið varð að kvörtun þín lyti m.a. að því að umsókn þín um alþjóðlega vernd hefði ekki verið afgreidd og þar sem nú liggur fyrir

Þar sem ráðið varð að kvörtun þín lyti m.a. að því að umsókn þín um alþjóðlega vernd hefði ekki verið afgreidd og þar sem nú liggur fyrir endanleg niðurstaða stjórnvalda vegna hennar eru ekki efni til að ég fjalli frekar um kvörtun þína að þessu leyti.

**III**

Í bréfi Landspítala 3. desember sl. kemur fram að þú hafir dvalið um tíma á spítalanum í byrjun október sl. og hafir eftir það verið í samskiptum við talskonu sjúklinga sem hafi eftir nokkur samskipti við þig m.a. óskað upplýsinga frá þeirri deild sem þú dvaldir á sem hafi upplýst að þú hafir fengið viðeigandi mat og meðferð og viðtal við félagsráðgjafa vegna umsóknar þinnar um alþjóðlega vernd. Þá kemur fram sú afstaða spítalans að hann telji þig ekki hafa fengið ófullnægjandi þjónustu.

Í tilefni af svörum Landspítala skal bent á að samkvæmt 2. gr.



Í tilefni af svörum Landspítala skal bent á að samkvæmt 2. gr.
laga nr. 40/2007, um heilbrigðisþjónustu, fer heilbrigðisráðherra með
yfirstjórn heilbrigðismála og landlæknis. Samkvæmt 1. mgr. 12. gr. laga
nr. 41/2007 er landlækni skylt að sinna erindum er varða samskipti
almennings við veitendur heilbrigðisþjónustu og leiðbeina þeim sem til
hans leita um málefni heilbrigðisþjónustunnar. Í 2. mgr. greinarinnar
kemur fram að heimilt sé að beina formlegri kvörtun til landlæknis vegna
meintrar vanrækslu og mistaka við veitingu heilbrigðisþjónustu. Þá er
notendum heilbrigðisþjónustunnar jafnframt heimilt að bera fram formlega
kvörtun til landlæknis telji þeir að framkoma heilbrigðisstarfsmanna
við veitingu heilbrigðisþjónustu hafi verið ótilhlýðileg. Kvörtun til
landlæknis skal vera skrifleg og skal þar koma skýrt fram hvert sé
tilefni hennar, sbr. 3. mgr. 12. gr. laganna. Enn fremur er heimilt,
sbr. 6. mgr. sömu greinar, að kæra málsmeðferð landlæknis samkvæmt
ákvæði þessu til heilbrigðisráðherra. Ástæða þess að framangreint er
rakið er sú að ekki er gert ráð fyrir að umboðsmaður fjalli um mál fyrr
en búið er að tæma kæruleiðir innan stjórnsýslunnar, sbr. 3. mgr. 6.
gr. laga nr. 85/1997, um umboðsmann Alþingis.

Ég tel því rétt að þú leitir til landlæknis og eftir atvikum
heilbrigðisráðherra með athugasemdir þínar við þjónustu og meðferð sem
þú hlaust á Landspítala teljir þú tilefni til áður en ég get fjallað um
þær.

Vegna vísunar þinnar til frumkvæðisheimildar umboðsmanns tek ég
fram að við mat á hvenær henni er beitt er meðal annars litið til
starfssviðs og áherslna umboðsmanns, hagsmuna sem tengjast því málefni
sem um ræðir og málastöðu og nýtingar mannafla hjá embættinu. Verði
málefnið tekið til athugunar er almennt ekki upplýst um það sérstaklega
heldur er tilkynnt um athugunina á heimasíðu embættisins,
www.umbodsmadur.is.

2

UMBODSMADUR ALÞINGIS

III
Með vísan til alls framangreinds lýk ég athugun minni á kvörtuninni,
sbr. 1. mgr. 10. gr. laga nr. 85/1997, um umboðsmann Alþingis.
heldur er tilkynnt um athugunina á heimasíðu embættisins,
www.umbodsmadur.is.

2

UMBODSMADUR ALÞINGIS

III
Með vísan til alls framangreinds lýk ég athugun minni á kvörtuninni,
sbr. 1. mgr. 10. gr. laga nr. 85/1997, um umboðsmann Alþingis.
Undirrituð var kjörin umboðsmaður Alþingis 26. september 2024 og
hefur farið með mál þetta frá 31. október sama ár.



**III**

Með vísan til alls framangreinds lýk ég athugun minni á kvörtuninni, sbr. 1. mgr. 10. gr. laga nr. 85/1997, um umboðsmann Alþingis.

Undirrituð var kjörin umboðsmaður Alþingis 26. september 2024 og hefur farið með mál þetta frá 31. október sama ár.

Virðingarfyllst,

*Kristín Benediktsdóttir*

Kristín Benediktsdóttir

3



**REPRESENTATIVE OF THE PARLIAM**
Þórshamri, Templarasundi 5, 101 Reykjavik Phone:
510 6700 Email: postur@umbodsmadur.is
Website: www.umbodsmadur.is

Case No. 12949/2024

Reykjavik, December 11, 2024

Jeremy Lawson
jeremy.lawson1991@gmail.com

*If you need assistance with understanding the Icelandic text contained in this letter, you are welcome to contact the Ombudsman's Office by telephone no. (+354) 510-6700 during weekdays from 09:00-11:30 and 12:30-15:00. You may also request further information by sending an email to postur@umbodsmadur.is.*

Reference is made to your complaint, cf. email last September, which received case number 12949/2024. By email on October 8th, further information about the complaint was requested, such as which Icelandic government authority or authorities were involved.

From your replies by email later that day, as well as other emails from you, but I have received a large number of messages from you, it can be concluded that the complaint is directed primarily at Landspitali and the Directorate of Immigration. The emails stated that you were dissatisfied with the health care provided by the hospital and that the Directorate of Immigration had forced you to withdraw your application for international protection. Furthermore, you referred to the Ombudsman's authority to take up cases on his own initiative, cf. Article 5 of Act No. 85/1997 on the Ombudsman of the Parliament.

In response to your complaint, both the Directorate of Immigration and the National Hospital of Iceland were written to on November 19th, requesting information about your interactions with these authorities. Their responses were received by letter on December 3rd.

II

Among the things stated in the letter from the Directorate of Immigration is that you applied for international protection in Iceland twice, first on September 15th and again on October 16th after withdrawing your previous application on September 23rd. It also states that the agency rejected your second application on October 24th, and that the Immigration Appeals Board confirmed that decision on November 13th, and that the Repatriation and Escorts Department of the National Police Commissioner transferred you to the United States on November 15th. It is therefore clear that after you complained to me, you submitted a new application for international protection, which was processed by the Directorate of Immigration and the Immigration Appeals Board.

Since it was decided that your complaint related, among other things, to the fact that your application for international protection had not been processed, and since the government's final decision on it is now available, there is no reason for me to discuss your complaint further in this regard.

III

In the letter from Landspítali dated December 3rd, it is stated that you spent some time at the hospital in early October and that you have since been in contact with a patient advocate who has since had some contact with you, including requesting information from the ward where you were staying, which has informed you that you have received appropriate assessment and treatment and an interview with a social worker regarding your application for international protection. The hospital's position is also stated that it does not believe you have received inadequate service.

In response to Landspítali's responses, it should be noted that according to Article 2 of Act No. 40/2007, on health services, the Minister of Health is responsible for the management of health affairs and the Director of Health. According to Article 12, Paragraph 1 of Act No. 41/2007, the Director of Health is obliged to handle matters concerning public relations with health service providers and to guide those who seek his/her advice on health service matters. Paragraph 2 of the article states that a formal complaint may be made to the Director of Health due to alleged negligence and errors in the provision of health services. Users of health services are also permitted to submit a formal complaint to the Director of Health if they believe that the conduct of health care professionals in the provision of health services has been improper. A complaint to the Director of Health shall be in writing and shall clearly state the reason for it, cf. Article 12, Paragraph 3 of the Act. Furthermore, it is permitted, cf. 6. paragraph. of the same article, to appeal the proceedings of the Director of Health under this provision to the Minister of Health. The reason for the above is that the Ombudsman is not expected to deal with a case until the appeal channels within the administration have been exhausted, cf. 3. paragraph. of Article 6. Act No. 85/1997, on the Ombudsman of the Parliament.

I therefore believe it is right for you to contact the Director of Health and, where appropriate, the Minister of Health with your comments on the service and treatment you received at the National Hospital, if you consider it appropriate, before I can discuss the matter further.

In light of your reference to the Ombudsman's power of initiative, I would like to point out that when assessing when it is used, the Ombudsman's field of work and focus, interests related to the issue in question, and the status and utilization of human resources at the office are taken into account. If the issue is taken into consideration, it is generally not specifically announced, but rather the consideration is announced. The office's website, www.umbodsmadur.is. at



REPRESENTATIVE OF THE PARLIAM

III

With reference to all of the above, I conclude my examination of the complaint, cf. Paragraph 1 of Article 10 of Act No. 85/1997, on the Parliamentary Ombudsman. The elected Parliamentary Ombudsman signed on 26 September 2024 and has been handling this case since October 31 of the same year.

Sincerely,

Kristín Benediktsdóttir

Kristín Benediktsdóttir

6:54 Fri, Jan 16

← ↓ 🗑 ✉ ⋮

---------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Fri, Jan 9, 2026, 1:27 PM
Subject: On Ref 116193 on My concurrent complaint to the Swedish Police War Crimes Unit on your Minister of Finance Simon Harris is a massive issue
To: <Tomas.Murray@fspo.ie>, FSPO - Access <access@fspo.ie>, Info <info@fspo.ie>, <hrc-sr-disability@un.org>, <feedback@fspo.ie>
Cc: <support@protectdefenders.eu>, <info@frontlinedefenders.org>, <press@transparency.org>, <press@freedomhouse.org>

It makes it appear the FSPO is shielding the Bank of Ireland and the severe delay in actual in person mediation is to avoid liability. Normalize a situation that is anything, but...



1:24

← EX 1 Emergency...    �errorr  ☆  ⋮

Name of victim: Borealis S Hedling

Former name: Jeremy M Lawson

Pronouns: They / Them

Date of Birth 29/3/1991

Travelodge Plus

44 Townsend ST Rm 120

Dublin 2 (Ireland)

Borealis.appeals@gmail.com

+1-959-999-8957

_____

Offender #1

Governor Edward Miner Lamont Jr.

Pronouns He / Him

210 Capitol Ave, Hartford, CT 06106, United States

↩ Reply       → Forward       🙂



+1-860-566-4840

governor.lamont@ct.gov

Offender #2

Attorney General William Tong

Pronouns He / Him

165 Capitol Ave, Hartford, CT 06106, United States

+1-860-808-5318

Attorney.General@ct.gov

2

Offender #3

Minister Dominic A. LeBlanc

Pronouns He / Him

House of Commons
Ottawa, Ontario,
Canada
K1A 0A6

+1-613-992-1020

dominic.leblanc@parl.gc.ca

Offender # 4

Former Icelandic National Police Commissioner Sigríður Björk Guðjónsdóttir

Former Icelandic National Police Commissioner Sigríður Björk Guðjónsdóttir

Unknown location and contact

_____

Offender #5

Former Prime Minister of Iceland Bjarni Benediktsson

Kirkjustræti, 101 Reykjavik, Iceland

+354-563-0500

bjarni.benediktsson@althingi.is

_____

Offender #6

President of Iceland Halla Tómasdóttir

Sóleyjargata 1, 101 Reykjavik

+354 540 4400

forseti@forseti.is

3

Offender #7

Tánaiste of Ireland Simon Harris

5a Quinnsborough Rd, Bray, Co. Wicklow

+353-016183805

simon.harris@oireachtas.ie

(This is not an exhaustive list)

_____

Oral "interviews" conducted by The Government of Iceland

23/9/24 interview (29 minutes)

https://drive.google.com/drive/folders/1cXcgPTfbvV4IMOdS71IKan5__gFSCrtE

24/10/24 interview (3.5 hours)

https://drive.google.com/drive/folders/1pzPw1VXZONG9aiSBnhQoEAipiPdXCWFs

Rejected Google Drive rejected evidence from 27/10/25 complaint against the Embassy of Sweden in Dublin to the Swedish Parliamentary Ombuds

https://drive.google.com/drive/folders/13bVZDd2YV-MGY75GVuZDe3Cvmyw1m5un



Or ongoing acts of Transnational Repression by the Government of Ireland since 7/30/25

Ireland Court of Appeals

Case No _____
To be assigned

Emergency Request for a Perpetual Injunction

Borealis S Hedling
Travelodge Plus
44 Townsend St Rm 120
Dublin 2
Plaintiff

V.

The Judicial Council of Ireland
Green Street Courthouse,
Green Street,
Dublin D07
Defendant #1
&

Central Office Of The High Court
Ground Floor (East Wing),
Four Courts, Inns Quay,
Dublin 7
Defendant #2

&

Ireland Supreme Court Clerks Office
Four Courts, Inns Quay,
Dublin 7
Defendant #3

Subject matter jurisdiction:
This Court has Subject matter jurisdiction to hear this matter under Supplemental Provisions)
Act, 1961, s.45. Article 13 and 14 of the UN Convention against Torture and Other Cruel,
Inhuman or Degrading Treatment or Punishment. Article 34 of the 1951 UN Convention on the
Status of Refugees. Article 11 and 13 of the UN Convention on the Rights of Persons with
Disabilities. Under Section 28(6) of the International Protection Act of 2015. Article 2, 3, 6, 13,

and 14 of the European Convention on Human Rights. Article 26 & 27 of the 1969 Vienna Convention on the Law of Treaties. The Principle of **Nemo judex in causa sua.**

1.  Per the below January 13, 2026 action filed against John Mansfield Executive Officer of the International Protection Appeals Tribunal under Supplemental Provisions) Act, 1961, s.45. Given per EX 1 a January 2, 2026 email entitled "I would also caution the High Court Central Office a US Court just upheld my Defacto Public Execution via medical deprivation and Transnational Repression''. In relation to EX 2 a 25/9/25 deeds poll the Central Office refuses to lawfully file. Which per EX 3 a January 13, 2026 email entitled "If it makes you feel any better it is the JCCPs fault for suppressing ever Petition I have ever made since 11/9/25 including to Amend Article 29 of the Constitution of Ireland". That also details obligations to follow Article 26 & 27 of the 1969 Vienna Convention on the Law of Treaties. The Plaintiff's access to the Courts has been systematically blocked by the Defendants. Per EX 4-7 respectively EX 1-4 in the previous 2 actions embedded below. The Judicial Council has refused to help establish a court of universal jurisdiction and even meet obligations to train Court staff to follow Article 13 of the UN Convention on the Rights of Persons with Disabilities.

------------------------------------------------------------------------------------------------------------------

"High Court of Dublin

Case No _____

To be assigned

Emergency Request for a Perpetual Injunction

Borealis S Hedling
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2
Plaintiff

V.

John Mansfield Executive Officer at The International Protection Appeals Tribunal
International Protection Appeals Tribunal
6/7 Hanover Street East,
Dublin 2
Defendant

**Subject matter jurisdiction:**

This Court has Subject matter jurisdiction to hear this matter under Supplemental Provisions)
Act, 1961, s.45. Article 13 and 14 of the UN Convention against Torture and Other Cruel,
Inhuman or Degrading Treatment or Punishment. Article 34 of the 1951 UN Convention on the
Status of Refugees. Article 11 and 13 of the UN Convention on the Rights of Persons with
Disabilities. Under Section 28(6) of the International Protection Act of 2015. Article 2, 3, 6, 13,
and 14 of the European Convention on Human Rights.

1. Per the below rejected Emergency Motion for Summary Judgment on the application for
   asylum of Borealis S Hedling which essentially amounts to a Petition for a Writ of
   Habeas Corpus. The International Protection Appeals Tribunal via John Mansfield
   Executive Officer has provided a summary Judgment via severe abuse of discretion in
   not filing a lawful action alleging the International Protection Office is not the competent
   authority to render Judgment in this matter.



10:36  Tue, Jan 13

**IPAT Appeals Registration** 10:44 a.m.
to me

It looks like this message is in Irish
Translate to English

Dear Borealis Hedling

I am writing to acknowledge your correspondence to the International Protection Appeals Tribunal dated 12 January 2026.

A decision has not yet issued in your case before the International Protection Office.

Once a recommendation has issued If you wish to appeal the recommendation of an International Protection Officer in relation to a refusal of refugee status or subsidiary protection, you must do so using the form of the Notice of Appeal, available at the Tribunal's website: Notices of Appeal.

Regulation 5 of the International Protection Act 2015 (Procedures and Periods for Appeals) Regulations 2017 requires that an appeal shall be made by notice in writing, and in the prescribed form.

Please see attached leaflet providing information on the Legal Aid Board.

Yours sincerely

**John Mansfield (He/Him)**
**Oifigeach Feidhmiúcháin| IPAT**
*Executive Officer | Registration  | International Protection Appeals Tribunal*
**An Binse um Achomhairc i dtaobh Cosaint Idirnáisiúnta**
*International Protection Appeals Tribunal*

**6/7 Sráid Hanover Thoir,  Baile Átha Cliath D02 W320**

Reply     Forward

"Borealis S Hedling (PID: ID/1551608/25)

V.

The Immigration Protection Office

**Subject matter jurisdiction**:
This Tribunal has Subject matter jurisdiction to hear this matter under Article 13 and 14 of the UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 34 of the 1951 UN Convention on the Status of Refugees. Article 11 and 13 of the UN Convention on the Rights of Persons with Disabilities. Under Section 28(6) of the International Protection Act of 2015. Article 2, 3, 6, 13, and 14 of the European Convention on Human Rights. The Principle of **Nemo judex in causa sua.**

1. The Applicant is alleging the International Protection Office, High Court, and Supreme Court of Ireland lack personal jurisdiction over this matter. As indicated in this Motion for a Summary Judgment on the July 30, 2025 International protection application of Borealis S Hedling (formerly Jeremy M Lawson). Per EX 1 a December 5, 2025 Emergency Complaint to the Swedish Police War Crimes Unit including Simon Harris Minister of Finance the Government of Ireland has abused this process to hold the Applicant functionally prisoner. When per EX 2 a July 30, 2025 an email entitled "E11 Jeremy M Lawson potential suicide waiting on ambulance". The High Court against Article 11 and 13 of the UN Convention on the Rights of Persons with Disabilities denied the ability to even file a Perpetual Injunction in the High Court July 29, 2025 to bypass a process the Applicant noted would be used as torture.

2. Per EX 3 a January 12, 2026 email to the Standards in Public Office Commission (SIPO) entitled "To the SIPO Election issues and systemic corruption complaint" noting the Ireland Supreme Court's failure to lawfully declare the President of Ireland Catherine Connolly permanently Incapacitated for failure to follow her Oath. After she promised October 3, 2025 to advocate to hold individuals who commit Crimes Against Humanity, Genocide, and Wage wars of Aggression accountable. Or to Dissolve the 34th Dáli for failure to establish a Court of Universal Jurisdiction under Article 38 of the Constitution of Ireland since September 11, 2025. Or per EX 4 the Judicial Review Council to train Court staff in accordance with Article 13 of the UN Convention on the Rights of Persons with Disabilities to ensure non-recurrence.

  UNITED NATIONS
**HUMAN RIGHTS**
OFFICE OF THE HIGH COMMISSIONER

**Reference:** ulvn4bvr

**Type:** Follow-up information

**Consent:** Not required

**Date:** Wednesday, August 27, 2025

**Original:** English

## Related mandates

- arbitrary Detention
- international order
- disappearances
- human rights defenders
- disability

## Submitted by

**Name:** Jeremy Lawson

**Pronouns:** They / Them

**First name (used name):** Borealis

**Gender identity (self-identified):** Genderfluid

**Email:** dauntless.peace@proton.me

**Address:**
St Aloysius Ward Mater Misericordiae University Hospital

**Type:** Individual

**Salutation:**

**Family name (used name):** Hedling

**Telephone:** 19599998957

## Case details

**If the original submission was made online please provide the submission reference if known:** cd5ultr1

**The date of the original submission to the Special Procedures and the name of the person / organization who sent it, as contained in the original submission:**
23/11/24–present

**Details:**
This information is also going to be transmitted in Portuguese, Spanish, German, French, Dutch, Chinese, and Japanese for recording purposes. The translations are not exact.
I am a human rights defender who provided the Irish government with information regarding cases of torture, refoulement, and crimes against humanity. This information has been ignored since 20/09/2024. Following the complaint cited below, filed on 22/08/2025 with the European Commission, I am subject to restrictions on freedom of movement. I am ignored by the United Nations, the Organization of American States, and the European Commission itself. I had to file a complaint with the Office of the European Ombudsman in the hope that the complaint below will be legally examined, in accordance with European and international law.

If Ireland does not allow transit:

According to Article 4 of the Cuban Constitution, asylum may be granted to those subjected to political persecution.

The Chinese Embassy can grant asylum in accordance with Article 32, Paragraph 2 of the Constitution of the Republic of China

Brazil, Mexico and Argentina have all ratified the 1954 Convention on Diplomatic Asylum, signed in Caracas

The Japanese embassy took no action when I was tortured in Iceland. Under Article 14 of the UN Convention Against Torture, I can seek asylum at their embassy in Dublin.

Under Article 21 of the Constitution of India, I can apply for asylum at the Embassy of India in Dublin.

Since the Commissioner for the Fundamental Law did not understand or did not deal with my complaint properly, I can apply for asylum under the Fundamental Law.

August 22, 2025 Complaint to the European Commission (edited)

On January 12, 2025, the Applicant filed a direct appeal against a decision of the Court of Session with the Supreme Court of Ireland. There were indications that European law was not being correctly applied to the Applicant, given that Iceland had tortured him. Iceland subsequently unlawfully returned him to the United States on November 12, 2024, after allowing the United States and Canada to maintain their false safe third country designation. The Applicant was ignored, even citing contact with the Irish Embassy in Oslo on September 20, 2024, via email, detailing his enforced disappearance in the United States between November 11 and August 23, 2024, to halt a civil rights injunction.

Furthermore, declaring an unlawful detention while seeking international protection in Canada from August 25 to September 10, 2024, for attempting to file another injunction demonstrating that the United States did not meet the definition of a safe third country, and failing to revoke that designation, would constitute a systematic crime against humanity in the form of mass deportation. Both Iceland and Canada used the asylum process as torture against a human rights defender. Canada explicitly violated its commitments to human rights defenders.

The economic and psychological torture Complainant has faced since his unannounced abduction back to the United States by Icelandic police on November 12, 2024, has intensified each time he seeks help from any government at the Council of Europe, the UN, NATO, or the Inter-American Commission on Human Rights. UN Special Procedures Reports have yielded no results since November 23, 2024. Although Complainant has documented simultaneous violations of international law under the UN Convention against Torture, the UN Convention on the Rights of Persons with Disabilities, and the 1951 UN Convention Relating to the Status of Refugees, the principles of Jus Cogens and Erga Omnes, no country will invoke Article 35 of the UN Charter as long as the situation deteriorates.

## Additional information

The applicant filed an injunction to prevent further traumatic abuses of the asylum system. After the Joint Committee on Justice, Home Affairs, and Migration of the Houses of the Oireachtas acknowledged a petition to the Nobile Office on July 28, 2025, the Scottish Court refused to act on it on July 22, 2025. Meanwhile, the Minister for Justice acknowledged another injunction filed on July 30, 2025, in the Irish High Court during a new application for international protection. The Irish High Court dismissed the injunction, which violated European and international law. The applicant was left homeless to die on July 30, 2025, and ordered to obtain a tent. This led to continued psychiatric hospitalization. However, the Government, through ostracism, refuses to admit guilt. This alone, coupled with hate crimes against the Indian population, demonstrates a blatant pattern of human rights violations.

This could allow the EU to suspend Ireland's rights as a Member State, given its failure to comply with international law. On August 20, 2025, another injunction was rejected by the Irish High Court, allowing Ireland to continue its violations of international instruments, including the Treaty on European Union. Ireland fails to uphold democracy, the rule of law, and human rights, violating the complainants' right to provide evidence to UN Subcommissions under the Optional Protocols. Along with other states that have failed to act since September 2024, the European Commission has allowed these abuses to continue without redress. The complainant has exhausted all available domestic and international remedies. Ireland will not apologize or provide compensation under Article 14 of the UN Convention against Torture. Ireland holds the complainants' US passports, as they openly seek reconciliation to obtain freedom of movement. Furthermore, it calls on governments to act compassionately and provide compensation also in the form of monetary donations to St. Judes Children's Research Hospital.



Submission of Information to Special Procedures Report                                           eshlt44a

 

UNITED NATIONS
**HUMAN RIGHTS**
OFFICE OF THE HIGH COMMISSIONER

**Reference:** eshlt44a                                                **Date:** Monday, October 13, 2025

**Type:** Follow-up information                                        **Original:** English

**Consent:** Not required

---

**Related mandates**

- education
- human rights defenders
- torture
- disability
- privacy

---

**Submitted by**

| | |
|---|---|
| **Name:** Borealis Hedling | **Type:** Individual |
| **Pronouns:** They / Them | **Salutation:** |
| **First name (used name):** Borealis | **Family name (used name):** Hedling |
| **Gender identity (self-identified):** Genderfluid | |
| **Email:** dauntless.peace@proton.me | **Telephone:** 19599998957 |

**Address:**
Travelodge Plus Dublin City Centre
44 Townsend St Rm 120
Dublin 2 (Ireland)

---

**Case details**

**If the original submission was made online please provide the submission reference if known:** n6b6ezyf

**The date of the original submission to the Special Procedures and the name of the person / organization who sent it, as contained in the original submission:**
23/11/24-present

**Details:**
On 11/10/25 I made the following complaint to the Dignity, Respect, and Consent Office against Provost Linda Doyle. As has been show systematically globally in universities in the US, UK, Iceland, Canada, Mexico, and Ireland the chilling effect of supporting me in anyway is seen as impossible. Instead I am subjected to what would normally be considered indirect bully in the form of Shunning. However, contextually it is torture as all parts of society or a normal life become closed. Even when the data on systemic corruption and bureaucracy being used as a means to suppress fundamental freedoms and human rights has extreme value for academia. As a full means of rehabilitation as possible being able to use this data to build transitional justice systems. Along with organize it for other varied uses I am deprived of even the right to get assistance applying for a post graduate program. Receive the funds to pursue education as Article 14 UN Convention Against Torture compensation. The extreme isolation and abuse culture within society regardless of having the credentials and exceedingly original research is meaningless because I challenged the systemic cruelty within society more broadly. All opportunities and human rights instruments are denied for me and continues to drastically effect any ability to even associate with anyone or any institution that may stop the extreme psychological torture and economic abuse I have been subjected to for years. That this is a very strong indicator of suppression of the Rights of public universities. Also a deliberate decision of institutions to blacklist me participating in the same abuse against their own professed institutional values and codes of ethics. Even the process to seek redress becomes almost impossible to approach. The expectations it will not just be another exercise in gaslighting or victimization has been deeply reinforced by the Houses of the Oireachtas ensuring there is no enforceable right to fair and adequate compensation or a full means of rehabilitation possible. That there is no commitment to make even the broken systems that exist marginally accessible for someone with severe PTSD from years of institutional abuse and betrayal. Which ensures I remain without validation of my experience and creates a deep sense of isolation so I won't seek help at all.

""On 24/9/25 I contacted the Disability Hub at askds@tcd.ie and the Trinity Law School Post Graduate Program at law.postgraduate@tcd.ie noting a significant disability with communicating with Institutions and Solicitors Via written communication. That I needed a reasonable accommodation in applying for a research PHd via a verbal application or with voluminous data provided in the initial contact. Which included Transcripts and Proof of being awarded a Masters Degree in Criminal Justice from the University of Cincinnati. Beyond that it cites essential elements such as the dissertation focus stated as "Compassion as a Panacea: Combatting the Crime Against Humanity that is Bureaucracy in Memory of Sophie Scholl". Including the only relevant research I could find noting a severe lack of research in the field. Noting active

---

Submission of Information to Special Procedures Report                                          eshlt44a

experimentation and a research methodology. The easily verifiable evidence of torture was the most pressing concern. As I moved to essentially
ask the College to grant me Sanctuary as relief as an Article 14 UN Convention against Torture just grant the Sanctuary Scholarship minus a
process that with 1 email showed I met all the requirements for such relief.

### Additional information

As a Public University I stated multiple times the College was bound by the same international instruments the Government of Ireland was
concurrently violating. I contacted this office in good faith 29/9/25 requesting in person assistance with filing this complaint and
did not receive a response. Even noting what email addresses to audit for a quack investigation citing Article 11 and 13 of the UN Convention on
the Rights of Persons with Disabilities. I contacted the Provost at provost@tcd.ie with a disability that was being severely exacerbated via shunning
and an extreme fear of going to the Disability Hub in person at that time. Asking to just grant a PHd in a moment of frantic searching for the
obvious validation I was engaged in high level human rights defense work that was
being clearly subverting by a Government invested in me publicly humilating myself. Instead of honoring the professed values of being a Sanctuary
University or following the cited international instruments just to
accommodate a simple application I was ignored. To the point where I leafleted the College 6/10/25 in Memory of Sophie Scholl noting the
historical failure of the University of Munich in 1943 to stand up for Sophie Scholl Who executed for her Human Rights Defense work. Doing this
to someone in my situation is akin to a public execution. Inevitably the Provost should have addressed the systemic issues before I
noted in my International protection claim that I was denied reasonable accommodations in education.

The treatment of Trinity College in my situation is cruel, degrading, and Inhuman. Is a direct violation of international law."

Note on why this should immediately proceed to a formal process and I don't need to exhaust informal options:

"These are serious well founded allegations of violating international law. Every process I have ever participated in good faith noted above have
been excercises in gaslighting and abuse to shield institutional actors. Along with limit liability as the objective evidence proves the immediate merits
of the case with little to no investigation required. There is no purpose to not require a formal process to ensure non-recurrence."



*[Handwritten annotations at top:]* Exhibit. I Plead under the Alford Doctrine 8/23/24 since a Judge with integrity realized the State Attorney!

EX Parte
EX 3

OE
eat

File complaint

GA# 14 (Hartford) Criminal Court
M-10
Docket # H14-CR24.0763184-5

LWSUN

## ASFC CBSA

*[Handwritten:]* 36 (1)(b) IRPA

"a serious criminal having been convicted Of an offence outside Quebec/Canada committed in Canada would constitute an offense under an Act Of Parliament punishable by a maximum term of Imprisonment of at least 10 years."

ASFC Montréal – Exécution de la loi
Tuesday September 03rd, 2024

**ID:** 11-4195-3168
**Surname:** LAWSON
**First name:** Jeremy Michael
**Date of birth:** March 29th, 1991
**Country of birth :** United States of America

*[Handwritten:]* Also a class C Misdemeanor Conn Gen.S 53 g-183 Harassment 2 has got a Max charge or $500 fine. 1.year. six months

*[Handwritten:]* unlawful charge

***Admissibility Hearing : Thursday, September 5th, 2024 at 09:00***

I, Francis Letellier, of the Canada Border Services Agency (CBSA), do solemnly declare that I make this solemn declaration conscientiously believing it to be true and knowing that it is of the same force and effect as *if made under oath.* *[Handwritten:]* ← This is Perjury

This file was referred to us for follow-up at the next detention review with a view to holding an admissibility hearing. The subject is under investigation to determine whether he is a person to whom section 36(1)b of the IRPA applies.

On September 3rd, 2024, we requested my colleague Henry Kwan from the Major Crime Investigation Unit to obtain from the authorities in Connecticut, USA, all the information concerning the criminal record, including police reports. The documents should be forwarded to us shortly.

Once we receive Mr. Lawson's court documents, we will be in a position to determine whether there are grounds to compromise the eligibility of his claim and support section 58(1)(c) of the IRPA. For the moment, my colleague cannot state a position.

Mr. Lawson's refugee claim is currently on hold pending a decision by a Board Member of the Immigration Division regarding the issuance of a possible removal order following the evidence to be presented by my colleague..

Considering Mr. Lawson's criminal history in the United States of America, I recommend that the subject's detention be maintained on the grounds that he will not appear for his eventual removal from Canada and sees no reasonable alternative to it, as he represents a certain risk to Canadian society. The evidence on file indicates that he is subject to the 36(1)(b) inadmissibility category of the IRPA.

Francis LETELLIER - 18637
Agent d'exécution de la loi
ASFC Montréal – section renvois

*[Signature]*

Agence des services frontaliers du Canada    Canada Border Services Agency

## Canada

Emergency       US District court

Ministor of public screen    Ethmed sealed    The State of CT     File ID 0018-CV-0062E-02
Canada     EX1   Ethmed EX2in     v.     LAWSON, J 1991/3/29   PAGE 2 OF 6
LAWSON, Jeremy Michael       JeremyLawson

| | No | Yes |
|---|---|---|
| e) been refused admission to, or ordered to leave Canada or any other country? | ☑ No | ☐ Yes |
| f) been involved in an act of genocide, a war crime or in the commission of a crime against humanity? | ☑ No | ☐ Yes |
| g) used, planned or advocated the use of armed struggle or violence to reach political, religious or social objectives? | ☑ No | ☐ Yes |
| h) been associated with a group that used, uses, advocated or advocates the use of armed struggle or violence to reach political, religious or social objectives? | ☑ No | ☐ Yes |
| i) been a member of an organization that is or was engaged in an activity that is part of a pattern of criminal activity? | ☑ No | ☐ Yes |
| j) been detained, incarcerated, or put in jail? | ☐ No | ☑ Yes |
| k) had any serious disease or physical or mental disorder? | ☐ No | ☑ Yes |

**If your answer to any of these questions is YES, provide details below**

ILLEGALY INCARCERATED BETWEEN 2024-04-11 AND 2024-08-23 ON CHARGE OF ''HARASSMENT'' IN CONNECTICUT V. JEREMY
LAWSON. DOING THIS WAS A COMMISSION OF CONN GEN § 53/20 ''CRUELTY TO PERSON'' ''UNLAWFUL PUNISHMENT'' BY THE
GOVERNOR OF CT NED LAMONT, ATTORNEY GENERAL OF CT WILLIAM TONG AND DOZEN OTHER STATE OFFICIALS WHILE THE DOJ
WATCHED AND LET THEM OBSTRUCT JUSTICE IN MAJOR FEDERAL CIVIL RIGHTS CASES. PTED, MAJOR DEPRESSED DISORDER,
GENERAL ANXIETY DISORDER, ADHD INATTENTIVE TYPE

See CT Superior Court cases (USA)
1. Jeremy M. Lawson        filed
     v.                 8/11/24
    The Connecticut Department OF
           Social Services
2. Jeremy M. Lawson
     v.
    The connecticut Department of Social
             services any
  US District court case
    Lawson
    Tanzer 41. Case No. 3:24-CV-01015-MPS

---

**5** | **Education History**

Provide the number of years of school you successfully completed for each of the following levels of schooling.

Elementary/Primary School   **5**     Secondary/High School   **6**     University/College   **4**     Trade/Other Post Secondary   **0**

Give full details of all the secondary and post secondary education (including university, college and apprenticeship training) you have had.

Remove row ▶ | ▬

| From | | To | | Ongoing | Level of Education |
|---|---|---|---|---|---|
| 2011 | 08 | 2012 | 08 | ☐ | MASTER DEGREE |
| YYYY | MM | YYYY | MM | | |

| Field of study | Name of school/institution |
|---|---|
| CRIMINAL JUSTICE | UNIVERSITY OF CINCINNATTI |

| Certificate and diploma issued | City/Town | *Country | *Province/State |
|---|---|---|---|
| YES | CINNCINATTI | United States of America | CT |

Remove row ▶ | ▬

| From | | To | | Ongoing | Level of Education |
|---|---|---|---|---|---|
| 2010 | 08 | 2011 | 05 | ☐ | BACHELOR DEGREE |
| YYYY | MM | YYYY | MM | | |

| Field of study | Name of school/institution |
|---|---|
| CRIMINOLOGY | CENTRAL CONNECTICUT STATE UNIVERSITY |

| Certificate and diploma issued | City/Town | *Country | *Province/State |
|---|---|---|---|
| YES | NEW BRITAIN | United States of America | CT |

3. Under Section 28(6) of the International Protection Act of 2015 the Applicant has a right to a rebuttal presumption regarding allegations of torture against authorities. No "Asylum Application" process should be weaponized against the Applicant to shield the actors of that state for participating in the same abuse the Applicant is fleeing. To arbitrarily keep the Applicant in a perpetual limbo absent access to medical care, education, financial services, the courts, and meaningful complaint mechanisms violates Article 14 of the UN Convention against Torture. Transnational Repression against a Human Rights Defender using the process is a precedent that can't be undone. The practice can at least stop if this Tribunal acts lawfully as a "competent authority".

4. The Applicant has no adequate remedy at law

Wherefore The Applicant Prays this Tribunal:

1. Summarily grants the Applicant Borealis S Hedling Refugee status against the US, UK, Iceland, and Canada.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge

Signed on the 12th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Applicant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957"

2. The Plaintiff is alleging this process is Torture and they are just referred back to the process to be further tortured…

3. The Plaintiff has no adequate Remedy at law.

Wherefore the Plaintiff Prays the Court grants the following relief the Plaintiff sought July 29, 2025 absent the request for Citizenship:
1. Summarily grants the Applicant Borealis S Hedling Refugee status against the US, UK, Iceland, and Canada.

<u>Injunctive Relief:</u>

1. Ends the Practice of Deadnaming and Misgendering of all Trans and Non-binary individuals in all Government Services.

2. Changes the Plaintiff's legal name to " Borealis Serenity Hedling".

3. Immediately grants the Plaintiff International Protection against The United States, Canada, and Iceland.

4. Directs the President of Ireland to use his powers under Section 12 of the Ireland Nationality and Citizenship Act to grant the Plaintiff citizenship without notification of granting it to the public.



5. Offers international protection to Kilmar Armando Abrego Garcia and his family in Ireland.

6. Any relief this court deems just and proper.

<u>Declaratory Relief:</u>

1. Declares compassion is the foundation of peace, justice, and freedom in the World.

2. Declares everyone has the right to advocate for human rights individually and collectively.

3. Declares the courts of Ireland will bear the cost of litigation if the issues raised by a case transcend the individual interests of the particular litigant, are of public importance, and have not been resolved in previous cases. In cases where the litigant can't properly pursue the case without support.

4. Declares all victims of crimes must receive benefits and services provided by law without fear of discrimination.

5. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence.

6. Declares The Government of Ireland shall respect international law.

7. Declares Government institutions shall act in good faith.

8. Declares Government activities must be conducted in the public interest and be proportionate to the ends sought.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 29th of July 2025 on a bus between Connecticut and Boston Logan Airport.

Respectfully submitted,
Jeremy M Lawson
Plaintiff
Chosen name: Borelis S. Hedling
They / Them
Address: Homeless

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge

Signed on the 13th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

Respectfully submitted,
/s/ Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957"

---------------------------------------------------------------------------------------------------------------------

2.  The Plaintiff has been denied any form of assistance from the Government of Ireland since September 20, 2024 and from the courts of Ireland since January 12, 2025. Clerks are not judges and no one is immune from international criminal law. This is the last mechanism within the Judicial Branch of the Government of Ireland before only SIPO ethics complaints can offer a potential remedy.

3.  The Plaintiff has no adequate remedy at law.

Wherefore the Plaintiff Prays this Court:

1.  Compels the The Judicial Council of Ireland to meet their statutory function and train Court Staff to follow Article 13 of the UN Convention on the Rights of Persons with Disabilities to ensure access to the courts for vulnerable individuals.

2.  Compels the Central Office Of The High Court to lawfully file the Emergency Request for a Perpetual Injunction:

Hedling

V.

Mansfield

3.  Compels the Ireland Supreme Court Clerks Office to file the Emergency Request for Declaratory and Injunctive Relief:

Hedling

V.

Connolly et al.

4.  Any relief this court deems just and proper.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 14th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957"

---

Exhibits List

1. January 2, 2026 email entitled "I would also caution the High Court Central Office a US Court just upheld my Defacto Public Execution via medical deprivation and Transnational Repression''

2. September 25, 2025 deeds poll on name Change and Citizenship change

3. January 13, 2026 email entitled "If it makes you feel any better it is the JCCPs fault for suppressing ever Petition I have ever made since 11/9/25 including to Amend Article 29 of the Constitution of Ireland".

4. December 5, 2025 Emergency Response to the Swedish Police War Crimes Unit

5. July 30, 2025 email entitled "E11 Jeremy M Lawson potential suicide waiting on ambulance"

6. January 12, 2026 Email entitled "To the SIPO Election issues and systemic corruption complaint"

7. September 23, 2025 Email entitled "Emergency Request to the Ireland Judicial Council on Article 13 UN Convention on the Rights of Persons with Disabilities Training Requirements / Defining impartially in Human Rights Abuse cases as having Compassion.

---

Certification of Service

I Certify Under penalty of perjury this complaint and Exhibits have been emailed to the following parties

<info@judicialcouncil.ie>

JXMansfield@protectionappeals.ie

contact@csso.gov.ie

, <supremecourtapps@courts.ie>, <hcpresidentsregistrar@courts.ie> , <supremecourtsubs@courts.ie>, <supremecourt@courts.ie>

<hcpresidentsregistrar@courts.ie>, Deed Poll Query <deedpollquery@courts.ie>, HighCourtCentralOffice@courts.ie, OfficeoftheCEO@courts.ie,

Signed on the 14th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

Respectfully submitted,
/s/ Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957"

The Presiding Judge is more than free to keep demonstrating what impunity looks like.

████████████████████████████

US District Court District of Columbia

Case No: 1:25-cv-00766-JEB

Emergency Motion to Clarify

J.G.G. et al.,
Plaintiffs,

and

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)

Proposed Plaintiff-Intervenor

v.

Trump et al.
Defendants,

The Proposed Intervenor respectfully requests the Court clarify specifically in the Order at ECF
214 what it means by "provide them with hearings that satisfy the requirements of due process
by January 5, 2026.

    I.    Background

The Proposed Intervenor filed an Emergency Motion to Intervene and Consolidate at ECF 212
December 16, 2025. When Courts consider Motions for Summary Judgment they are supposed
to consider the entire record. In the Memorandum Opinion at ECF 215 the Court doesn't opine
on the obvious criminal liability the "Government". Via Secretary Noem, Deputy Attorney
General Todd Blanche, or numerous other officials are required to face for participating in the
Crime Against Humanity of Mass Deportation. It just allows the same institutional actors decide
how to handle more hearings allowing "due process".

    II.    Asking the Officials who sent these Human Beings to a Concentration Camp to
          Determine what "Due Process" They are Afforded is Criminally Negligent

As noted in EX 18 a December 23, 2025 to the ACLU who has had a week to not ignore the
5000 lbs gorilla in the room the filing at ECF 212. "The Due Process of asking
the Nazi to remove labels is your goal ▢?"



When you display what is happening visually not via walks of text that obscure the Orwellian nature it really makes it imperative the Court clarify this order immediately.

**They say:**

**I am "Mr. Lawson" the homeless psychotic criminal, banned from Europe, risks to Canadaians. Not a human being.**





**They say these are terrorists being held in a prison. Not human beings being held in a concentration camp.**



Conclusion

The Proposed Intervenor respectfully requests the Court clarify specifically in the Order at ECF 214 what it means by "provide them with hearings that satisfy the requirements of due process by January 5, 2026.

Signed on the 23rd of December 2025 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland).

Respectfully submitted,
/s/ Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
+1-959-999-8957
Borealis.appeals@gmail.com

CERTIFICATION OF SERVICE

I swear under penalty of perjury this Emergency Motion and associated exhibits have been sent to the following parties electronically

The Plaintiffs Counsel

nsmith@aclu.org

mngo@aclu.org

osarabia@aclu.org

samdur@aclu.org

cwofsy@aclu.org

aspitzer@acludc.org

smichelman@acludc.org

ashah@acludc.org

lgelernt@aclu.org

dgalindo@aclu.org

agorski@aclu.org

ptoomey@aclu.org

smahfooz@aclu.org

ojadwat@aclu.org

hshamsi@aclu.org

m.tan@aclu.org

strivedi@democracyforward.org

bgirard@democracyforward.org

mwaldman@democracyforward.org

srich@democracyforward.org

sperryman@democracyforward.org

awiggins@democracyforward.org

ccoogle@democracyforward.org

pboisture@democracyforward.org

The Department of Justice:

Drew.c.ensign@usdoj.gov

tiberius.davis@usdoj.gov

SUPREMECTBRIEFS@usdoj.gov & USADCS.ServiceCivil@usdoj.gov

johnny.walker@usdoj.gov

alicia.dupree@usdoj.gov

usadc.civil@usdoj.gov

Signed on the 23rd of December 2025 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2
(Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
+1-959-999-8957
Borealis.appeals@gmail.com

It will never change the reality of the actual truth no one immune to International criminal law and victims of torture have a right to immediate access to medical care and rehabilitation. As well as the right to have their torturers punished.

███████████████████████████████

US District Court District of Columbia

Case No: 1:25-cv-04178-UNA

Emergency Motion for a EX Parte TRO

Hedling

V.

Trump et al.

1. The Defendants even having been kept informed of filings in this case. US District Court District of Columbia Case No 1:25-cv-04062-UNA Hedling v Meek et al filed November 14, 2025. Requesting the Relief:

Injunctive Relief:
1. As long as the Government of the United States refuses to meet their obligations to provide fair and adequate compensation to the Plaintiff as required by Article 14 of the UN Convention against Torture. Direct Clerks of US Courts to accept the Plaintiff's filings via email at no cost.
2. End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all government services.
3. Any Relief this Court Deems Just and Proper.
Declaratory Relief:
1. Declares the enforceable right to Redress in Article 14 of the UN Convention against Torture is a self executing provision absent Congress meeting requirements to provide a Framework in the US Legal system as required by the plain text of the Treaty.
2. Declares victims of torture have a constitutional right to counsel when seeking redress.
3. Declares victims of torture are exempt from court costs. Under Article 13 of the UN Convention against Torture as charging them is a form of ill-treatment and delays prompt review.
4. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence.
5. Declares Foreign Ambassadors are not Immune to legal claims in US Courts arising from violations of international criminal law.
6. Determines if the US Supreme Court Jurisdictional deadline of 90 days in cases arising from claims under Article 14 of the UN Convention against Torture is enforceable.

2. The Defendants even having been also kept informed of filings US District Court District of Columbia Case No: 1:26-0057 filed January 3, 2026 Requesting the Relief
Declaratory Relief
1. Declares Impeachment actions relating to violations of International Criminal Law can be brought actio popularis directly to the Senate as the House of Representatives is no

longer a "competent authority".

2. Declares Members of Congress can help human rights defenders no matter where they are located.

Injunctive Relief

1. Affirms this action meets the Requirements of being properly drafted Articles of Impeachment against Judge Trevor N McFadden. On the following 4 charges:

● "Violating Article 13 and 14 of the UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

● "Torture of a Human Rights Defender"

● "Failing to Postpone the 2024 Election undermining the Right of Self-Determination"

● "Participating in the Systemic Crime Against Humanity of Falsely Maintaining the Designation of being a Safe Third Country

2. Immediately informs Chief Justice John Roberts he will need to preside over Judge Trevor N McFadden's Trial in the Senate on an Emergency Basis.

3. Any relief this Court Deems Just and Proper.

3. Are publicly threatening use of the Insurrection Act to continue obstructing Justice in the investigation of a public execution and to continue committing the Crime Against Humanity of Mass Deportation.

6:26

**TRUTH.**

← **Truth Details**
10849 replies



**Donald J. Trump** 
@realDonaldTrump

If the corrupt politicians of Minnesota don't obey the law and stop the professional agitators and insurrectionists from attacking the Patriots of I.C.E., who are only trying to do their job, I will institute the INSURRECTION ACT, which many Presidents have done before me, and quickly put an end to the travesty that is taking place in that once great State. Thank you for you attention to this matter! President DJT

**13k** ReTruths     **49.6k** Likes          1/15/26, 1:04 PM

4.  The Plaintiff has no adequate remedy at law.

Wherefore the Plaintiff Prays the Court:

1.  Suspends any further use of Article 2 powers by Donald J Trump for any purposes.

2.  Any relief this Court Deems Just and Proper.

I swear under penalty of perjury this Complaint is complete and true to the best of my knowledge.

Signed on the 15th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957

The Presiding Judge is not excluded from that liability.

I swear under penalty of perjury this affidavit is complete and true to the best of my knowledge.

Signed on the 16th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
+1-959-999-8957
Borealis.appeals@gmail.com

US District Court District of Columbia

Case No: 1:25-cv-00766-JEB

Emergency Request for a Declaratory Judgment

J.G.G. et al.,
Plaintiffs,

and

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)

Proposed Plaintiff-Intervenor

v.

Trump et al.
Defendants,

1. The Proposed Intervenor in light of the fact multiple countries refuse to use Article 35 of the UN Charter. The Constitution requires a certain category of cases to be handled with sensitivity when involving Foreign Relations. The Proposed Intervenor seeks Emergency clarification. If this is the appropriate venue to hear this case especially given the concurrent access to the courts litigation in US District Court District of Columbia Case No 1:25-cv-04062-UNA Hedling V Meek et al.





Then why is the UN Security Council not using Article 34 of the UN Charter to address this?

2.  The Proposed Intervenor and class members have no adequate remedy at law.

Wherefore The Proposed Intervenor Prays this Court

1, Determines given the number of Ambassadors and Foreign Ministers refusing to aid the class members by invoking Article 35 of the UN Charter to hold Donald J Trump accountable for the Crime Against Humanity of Mass Deportation. If the Court lacks subject matter jurisdiction as cases involving Ambassadors are Original jurisdiction cases of the US Supreme Court

Signed on the 31st of December 2025 at Travelodge Plus Dublin City Centre 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
+1-959-999-8957
Borealis.appeals@gmail.com

CERTIFICATION OF SERVICE

I swear under penalty of perjury this Emergency Motion and associated exhibits have been sent to the following parties electronically

The Plaintiffs Counsel

nsmith@aclu.org

mngo@aclu.org

osarabia@aclu.org

samdur@aclu.org

cwofsy@aclu.org

aspitzer@acludc.org

smichelman@acludc.org

ashah@acludc.org

lgelernt@aclu.org

dgalindo@aclu.org

agorski@aclu.org

ptoomey@aclu.org

smahfooz@aclu.org

ojadwat@aclu.org

hshamsi@aclu.org

m.tan@aclu.org

strivedi@democracyforward.org

bgirard@democracyforward.org

mwaldman@democracyforward.org

srich@democracyforward.org

sperryman@democracyforward.org

awiggins@democracyforward.org

ccoogle@democracyforward.org

pboisture@democracyforward.org

The Department of Justice:

Drew.c.ensign@usdoj.gov

tiberius.davis@usdoj.gov

SUPREMECTBRIEFS@usdoj.gov & USADCS.ServiceCivil@usdoj.gov

johnny.walker@usdoj.gov

alicia.dupree@usdoj.gov

usadc.civil@usdoj.gov

Signed on the 31st of December 2025 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
+1-959-999-8957
Borealis.appeals@gmail.com