# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 30, 2026
Lyle W. Cayce
Clerk

No. 25-10534

W.M.M., *on their own behalf and on behalf of others similarly situated*;
F.G.M., *on their own behalf and on behalf of others similarly situated*;
A.R.P., *on their own behalf and on behalf of others similarly situated*,

*Petitioners—Appellants*,

*versus*

Donald J. Trump, *in his official capacity as President of the United States*; Pamela Bondi, *Attorney General of the United States, in her official capacity*; Kristi Noem, *Secretary of the United States Department of Homeland Security, in her official capacity*; United States Department of Homeland Security; Todd Lyons, *Acting Director of the Director of United States Immigration and Customs Enforcement, in his official capacity*; United States Immigration and Customs Enforcement; Marco Rubio, *Secretary of State, in his official capacity*; United States State Department; Josh Johnson, *in his official capacity as acting Dallas Field Office Director for United States Immigration and Customs Enforcement*; Marcello Villegas, *in his official capacity as the Facility Administrator of* the Bluebonnet Detention Center; Phillip Valdez, *in his official capacity as Facility Administrator of* the Eden Detention Center; Jimmy Johnson, *in his/her official capacity as Facility Administrator of* the Prairieland Detention Center; Judith Bennett, *in her official capacity as Warden of the Rolling Plains Detention Center*,

*Respondents—Appellees.*

_____

Appeal from the United States District Court

No. 25-10534

For the Northern District of Texas
USDC No. 1:25-CV-59

_____

ORDER:

    IT IS ORDERED that the motion of Borealis S. Hedling for leave to intervene is DENIED.

    IT IS FURTHER ORDERED that the motion of Borealis S. Hedling to disqualify counsel for the respondents is DENIED.

    IT IS FURTHER ORDERED that the motion of Borealis S. Hedling to transfer the appeal to the U. S. Supreme Court is DENIED.

    /s/ Jennifer W. Elrod  
    Jennifer Walker Elrod  
    *Chief Judge*