# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Docket No. 25-10534

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners – Appellants*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents – Appellees*,

**On Appeal from**
United States District Court for the Northern District of Texas,
No. 1:25-cv-59-H

**PETITIONERS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL THE <u>SEALED</u> VERSION OF PETITIONERS' MOTION TO ADD CLASS REPRESENTATIVE AND ACCOMPANYING DECLARATIONS**

Spencer Amdur
Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
Cody Wofsy
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
E: samdur@aclu.org
E: nsmith@aclu.org
E: osarabia@aclu.org

Lee Gelernt
Daniel Galindo
Ashley Gorski
Patrick Toomey
Omar Jadwat
Hina Shamsi
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
E: lgelernt@aclu.org
E: dgalindo@aclu.org

<div style="columns:2">

E: mngo@aclu.org
E: cwofsy@aclu.org

Brian Klosterboer
Tx Bar No. 24107833
Thomas Buser-Clancy
TX Bar No. 24078344
Savannah Kumar
TX Bar No. 24120098
Charelle Lett
TX Bar No. 24138899
Ashley Harris
TX Bar No. 24123238
Adriana Piñon
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org
aharris@aclutx.org
apinon@aclutx.org

E: agorski@aclu.org
E: ptoomey@aclu.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005
(212) 549-2500
E: khuddleston@aclu.org

*For Petitioners-Appellants W.M.M., F.G.M., A.R.P., et al.*

*Barred in Texas and Arizona only; supervised by a member of the D.C. Bar*

</div>

Petitioners–Plaintiffs ("Petitioners") have filed a redacted version of their Motion to Add Class Representatives and accompanying declarations as exhibits. Petitioners move this Court for leave to file the unredacted versions under seal. The filing under seal is identical to the version on the public docket, except for unredacted exhibits and one modified footnote in the Motion.

To determine whether sealing is appropriate, the Fifth Circuit conducts a "document-by-document, line-by-line balancing of the public's common law right of access against the interests favoring nondisclosure." *Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410, 419–20 (5th Cir. 2021) (cleaned up). That balance favors targeted sealing here for substantially the same reasons that Petitioners have moved to have the additional Petitioners proceed under pseudonym in this matter. Petitioners challenge the Presidential Proclamation invoking the Alien Enemies Act, and their filings contain highly sensitive information about their immigration status and fears of persecution.

Counsel for Petitioners contacted counsel for Respondents for their position, and Respondents do not oppose sealing.

Thus Petitioners respectfully request that the Court permit them to file the concurrently filed Motion and accompanying declarations under seal.

| | |
|---|---|
| Dated: February 23, 2026 | Respectfully submitted, |
| | */s/Lee Gelernt* |
| Spencer Amdur | Lee Gelernt |
| Noelle Smith | Daniel Galindo |
| Oscar Sarabia Roman | Ashley Gorski |
| My Khanh Ngo | Patrick Toomey |
| Cody Wofsy | Omar Jadwat |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Hina Shamsi |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 425 California Street, Suite 700 | 125 Broad Street, 18th Floor |
| San Francisco, CA 94104 | New York, NY 10004 |
| T: (415) 343-0770 | T: (212) 549-2660 |
| E: samdur@aclu.org | E: lgelernt@aclu.org |
| E: nsmith@aclu.org | E: dgalindo@aclu.org |
| E: osarabia@aclu.org | E: agorski@aclu.org |
| E: mngo@aclu.org | E: ptoomey@aclu.org |
| E: cwofsy@aclu.org | E: ojadwat@aclu.org |
| | E: hshamsi@aclu.org |
| Brian Klosterboer | |
| Tx Bar No. 24107833 | Kathryn Huddleston* |
| Thomas Buser-Clancy | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| TX Bar No. 24078344 | 915 15th Street, NW, 7th Floor |
| Savannah Kumar | Washington, DC 20005 |
| TX Bar No. 24120098 | (212) 549-2500 |
| Charelle Lett | E: khuddleston@aclu.org |
| TX Bar No. 24138899 | |
| Ashley Harris | *For Petitioners-Appellants W.M.M., F.G.M., A.R.P., et al.* |
| TX Bar No. 24123238 | |
| Adriana Piñon | |
| TX Bar No. 24089768 | |
| ACLU FOUNDATION OF TEXAS, INC. | **Barred in Texas and Arizona only; supervised by a member of the D.C. Bar* |
| 1018 Preston St. | |
| Houston, TX 77002 | |
| (713) 942-8146 | |
| bklosterboer@aclutx.org | |
| tbuser-clancy@aclutx.org | |
| skumar@aclutx.org | |
| clett@aclutx.org | |

2

aharris@aclutx.org
apinon@aclutx.org

3

## CERTIFICATE OF SERVICE

I certify that on February 23, 2026, a true and correct copy of this document was transmitted to the Clerk of the United States Court of Appeals for the Fifth Circuit via the Court's CM/ECF document filing system. The motion will be served by e-mail on Respondents' counsel promptly after the filing is submitted.

<div style="text-align: right">

*/s/ Lee Gelernt*
Lee Gelernt

</div>

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 188 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Times New Roman) using Microsoft Word (the same program used to calculate the word count).

*/s/ Lee Gelernt*
Lee Gelernt