# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 15, 2026

Mr. Spencer Amdur
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Noah Baron
Asian Americans Advancing Justice - AAJC
1620 L Street, N.W.
Suite 1050
Washington, DC 20036

Mr. Thomas Paul Buser-Clancy
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Ms. Amy E. Davis
Law Center of Amy E. Davis, L.L.C.
151 Calle de Francisco
Suite 200, PMB 1263
San Juan, PR 00901

Mr. Tiberius T. Davis
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Norman Larry Eisen
Democracy Defenders Fund
600 Pennsylvania Avenue, S.E.
Suite 15180
Washington, DC 20003

Mr. Drew C. Ensign
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Daniel Galindo
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Mr. Lee P. Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
New York, NY 10004-0000

Ms. Brianne Jenna Gorod
Constitutional Accountability Center
1730 Rhode Island Avenue, N.W.
Suite 501
Washington, DC 20036

Ms. Ashley Gorski
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Mr. Brandon R. Gould
Covington & Burling, L.L.P.
850 10th Street, N.W.
1 City Center
Washington, DC 20001-4956

Ms. Kathryn Huddleston
American Civil Liberties Union
915 15th Street, N.W.
7th Floor
Washington, DC 20005-0000

Mr. Thomas T. Hydrick
Office of the Attorney General
for the State of South Carolina
P.O. Box 11549
Columbia, SC 29211

Mr. Omar C. Jadwat
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street
18th Floor
New York, NY 10004-0000

Mr. Sean Ming-Jun Lau
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400


Ms. Sidra Mahfooz
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004-2400


Mr. My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
San Francisco, CA 94104


Mr. William Jeffrey Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Vienna, VA 22180-5615


Mr. George M. Padis
Sbaiti & Company, P.L.L.C.
3102 Maple Avenue
Dallas, TX 75201


Ms. Adriana Cecilia Pinon
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288


Mr. Joshua A. Rosenthal
Asian Law Caucus
55 Columbus Avenue
San Francisco, CA 94111


Ms. Nancy Naseem Safavi
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044


Mr. Oscar Sarabia Roman
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Hina Shamsi
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Ms. Noelle Smith
American Civil Liberties Union Foundation
425 California Street
7th Floor
San Francisco, CA 94104

Mr. Joseph David Spate
Office of the Attorney General
for the State of South Carolina
P.O. Box 11549
Columbia, SC 29211

Mr. Carl Takei
California Department of Justice
Police Practices Section
1515 Clay Street
20th Floor
Oakland, CA 94612

Mr. Darren S. Teshima
Covington & Burling, L.L.P.
415 Mission Street
Suite 5400
Suite 5400
San Francisco, CA 94105

Mr. Patrick Toomey
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Ms. Leah Tulin
Brennan Center for Justice at NYU School of Law
777 6th Street NW
Suite 1100
Washington, DC 20001

        No. 25-10534   W.M.M. v. Trump
                       USDC No. 1:25-CV-59

Dear Counsel,

Attached is a revised case caption, which should be used on all
future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

_____

Case No. 25-10534

_____

W.M.M., on their own behalf and on behalf of others similarly situated; F.G.M., on their own behalf and on behalf of others similarly situated; A.R.P., on their own behalf and on behalf of others similarly situated,

Petitioners - Appellants

v.

Donald J. Trump, in his official capacity as President of the United States; Todd Wallace Blanche, Acting Attorney General of the United States, in his official capacity; Markwayne Mullin, Secretary of the United States Department of Homeland Security, in his official capacity; United States Department of Homeland Security; Todd Lyons, Acting Director of the Director of United States Immigration and Customs Enforcement, in his official capacity; United States Immigration and Customs Enforcement; Marco Rubio, Secretary of State, in his official capacity; United States State Department; Josh Johnson, in his official capacity as acting Dallas Field Office Director for United States Immigration and Customs Enforcement; Marcello Villegas, in his official capacity as the Facility Administrator of the Bluebonnet Detention Center; Phillip Valdez, in his official capacity as Facility Administrator of the Eden Detention Center; Jimmy Johnson, in his/her official capacity as Facility Administrator of the Prairieland Detention Center; Judith Bennett, in her official capacity as Warden of the Rolling Plains Detention Center,

Respondents - Appellees