**No. 25-10534**

## United States Court of Appeals for the Fifth Circuit

W.M.M., F.G.M., and A.R.P., *et al.*,

*Petitioners—Appellants,*

– v. –

Donald J. Trump, *in his official capacity as President of the United States*, et al.,

*Respondents—Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas
USDC NO. 1:25-CV-59

### MOTION FOR WITHDRAWAL OF CARL TAKEI AS COUNSEL FOR AMICI

Noah Baron
Asian Americans Advancing Justice
| AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 868-0396
nbaron@advancingjustice-aajc.org

Robert S. Chang
Fred T. Korematsu Center for Law
and Equality
UC Irvine School of Law
401 E. Peltason Dr.
Irvine, CA 92697
Telephone: (949) 824-3034
rchang@law.uci.edu

Darren Seiji Teshima
Robert D. Fram
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
dteshima@cov.com
rfram@cov.com

Benedict M. Lenhart
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5114
blenhart@cov.com

Joshua Rosenthal
Asian Law Caucus
55 Columbus Ave.
San Francisco, CA 94111
Telephone: (628)345-5628
joshr@asianlawcaucus.org

*Attorneys for Amicus Curiae*

Pursuant to Fifth Circuit Rule 27.1.10, Amici Curiae Japanese American Citizens League and other Asian American and Pacific Islander ("AAPI") organizations respectfully move to withdraw Carl Takei's appearance in this case. In support of this Motion, *amici* state the following:

1. Carl Takei has departed the Asian Law Caucus on December 1, 2025.

2. *Amici* will continue to be represented in this case by the remaining counsel of record who have entered appearances, including Joshua Rosenthal of the Asian Law Caucus, who entered an appearance on December 4, 2025 (Doc. 285).

Respectfully submitted,

*/s/ Joshua Rosenthal*
Joshua Rosenthal
Asian Law Caucus
55 Columbus Ave.
San Francisco, CA 94111
Telephone: (628) 345-5628
joshr@asianlawcaucus.org

Darren Seiji Teshima
Robert D. Fram
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
dteshima@cov.com
rfram@cov.com

Benedict M. Lenhart
Covington & Burling LLP

ii

850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5114
blenhart@cov.com

Robert S. Chang
Fred T. Korematsu Center for Law and
Equality
UC Irvine School of Law
401 E. Peltason Dr.
Irvine, CA 92697
Telephone: (949) 824-3034
rchang@law.uci.edu

Noah Baron
Asian Americans Advancing Justice
|AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 868-0396
nbaron@advancingjustice-aajc.org

*Counsel for Amici Curiae Japanese
American Citizens League and other
Asian American and Pacific Islander
("AAPI") organizations*

July 27, 2026

## CERTIFICATE OF SERVICE

I certify that on July 27, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Joshua Rosenthal*
Joshua Rosenthal

*Counsel for Amici Curiae Japanese American Citizens League and other Asian American and Pacific Islander ("AAPI") organizations*